Name: Sylvia Scott Gibson & James E. Gibson

Address: 12341 Arenisca Verde Dr.

Moreno Valley, CA 92557

Phone: 951-242-4518

Fax: 

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E. Gibson | CASE NUMBER: |
|---|---|
| Plaintiff | EDCV 11-21 ODW (DTBx) |
| | To be supplied by the Clerk of |
| | The United States District Court |
| v. | |
| Amazon.com & Their Third Party Urban Dictionary & Wikimedia Foundation Inc. | **Plaintiffs Statements Dismissing Defendant Wikimedia Foundation Inc Only** |
| Defendant(s). | |

Plaintiffs Sylvia Scott Gibson & James E. Gibson dismiss the Defendant Wikimedia Foundation only from the complaint because they took down and removed the false and discriminating statement off their website about my birth name and book, that was made, saying my book Latawnya The Naughty Horse Learns To Say No To Drugs is directed toward black children warning them about the danger of crack. They also took down other statements that was made on their website that should not have been made. This statement is to be entered in the Courts with the Notice Of Dismissal Pursuant to Federal Rules Of Civil Procedures 41(2) or (c) dismissal of Wikimedia Foundation without prejudices.

March 15, 2011                    Sylvia Scott Gibson & James E. Gibson

*[signatures: Sylvia Scott Gibson & James E. Gibson]*

CV-126 (09/09)                    PLEADING PAGE FOR A COMPLAINT