| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | FILED |
|---|---|
| Christopher J. Petersen (SBN 251439)<br>Squire, Sanders & Dempsey (US) LLP<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071<br>(213) 624-2500<br><br>Attorneys for Dismissed Defendant Wikimedia Foundation, Inc. | 2011 MAR 23  AM 11: 52<br><br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST OF CALIF.<br>LOS ANGELES |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| SYLVIA SCOTT GIBSON & JAMES E. GIBSON | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | 11-CV-00021-ODW-DTBx |
| v. | |
| AMAZON.CO & THIER THIRD PARTY, ET AL. | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of <u>Los Angeles</u>, State of California, and not a party to the above-entitled cause. On <u>March 23, 2011</u>, I served a true copy of <u>Notice of Dismissal and Plaintiffs Statements Dismissing Defendant Wikimedia Foundation, Inc. Only</u> ~~by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(B)~~; by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Sylvia Scott Gibson and James E. Gibson, 12341 Arenisca Verde Drive, Moreno Valley, CA 92557 (Pro Se)
Allan E. Anderson, Ropers Majewski Kohn & Bentley, 515 South Flower Street, Suite 1100, Los Angeles, CA 90071 (Attorneys for Defendant Amazon.com)
Christopher J. Petersen, Squire, Sanders & Dempsey (US) LLP, 555 South Flower Street, 31st Floor, Los Angeles, CA 90071 (Attorneys for Dismissed Defendant Wikimedia Foundation, Inc.)

Place of Mailing: <u>555 South Flower Street, 31st Floor, Los Angeles, CA 90071</u>
Executed on <u>March 23, 2011</u> at <u>Los Angeles</u>, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
[x] I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*
Juanita Vasquez

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

| *Signature* | *Party Served* |
|---|---|

CV-40 (01/00) | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE | **ORIGINAL** | CCD-40