Sylvia Scott Gibson (In Pro Per)
James E. Gibson (In Pro Per)
12341 Arenisca Verde Drive
Moreno Valley, CA 92557
TEL: (951) 242-4518

RECEIVED BUT NOT FILED
MAR 22 2011

FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2011
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E. Gibson | CASE NUMBER: 11-CV-00021-ODW-DTBx |
|---|---|
| Plaintiff(s), | |
| v. | |
| Amazon.com & Their Third Party, et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ ONLY Defendant(s) <u>Wikimedia Foundation, Inc., erroneously named as "Wikipedia The Free Encyclopedia"</u>
is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by <u>Plaintiffs Sylvia Scott Gibson & James E. Gibson</u>.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

March 15, 2011
Date

*Signature of Attorney/Party*
Plaintiff Sylvia Scott Gibson

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*