UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-21 ODW(DTBx) | Date | March 28, 2011 |
|---|---|---|---|
| Title | Sylvia Scott Gibson et al v. Amazon.com | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   **Order Vacating Scheduling Conference**

The Court is in receipt of the parties' Joint Rule 26(f) Report. The Court has reviewed the report and deems a scheduling conference unnecessary. Accordingly, the scheduling conference presently set for April 4, 2011 at 1:30 p.m. is hereby **VACATED**, and no appearances are necessary. A Scheduling and Case Management Order will issue, if appropriate.

IT IS SO ORDERED.

: 00

Initials of Preparer   RGN