| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Sylvia S Gibson & James E Gibson<br>12341 Arenisa Verde Dr<br>Moreno Valley, CA 92557 | (951) 242-4518 |  |
| E-MAIL:<br>ATTORNEY FOR:  in propria persona | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>U.S.District Ct-Central Dist. of Calif.<br>312 N Spring St. Main Fl/G-8<br>Los Angeles, CA 90012 | | |
| PLAINTIFF:<br>Sylvia Scott Gibson & James E Gibson | | COURT CASE NO.: CV11-21<br>EDCV11210DW(DTBX) |
| DEFENDANT:<br>Amazon. Com & Their Third Party Urban Dictionary et al | | |
| **Proof of Service - Summons** | | LEVYING OFFICER FILE NO.:<br>2011385693 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Attachments, Summons & Complaint**

3. a. Party served:      **Urban Dictionary**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **Daniel Phelps, HR**

4. Address where party was served:   **149 New Montgomery St 3rd Fl**
   **San Francisco, CA 94105**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 03/17/2011 (2) at: 01:00 PM.

6. The Notice to the Person Served (on summons) was completed as follows:
   d. on behalf of:  Urban Dictionary
        under the following Code of Civil Procedure section: CCP 416.90 (Authorized Person)

7. Person who served papers:
   a. Name:   **Dep. Anjie Versher #1001**
   b. Address:  **San Francisco Sheriff  Civil Section 1 Dr. Carlton B. Goodlett PL Rm 456  Civil Divison  San Francisco, CA 94102**
   c. Telephone Number:    **(415) 554-7235**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Friday, March 18, 2011

Hearing: <No Information>

Sheriff's Authorized Agent
Michael Hennessey, Sheriff

Remarks