FILED

| | |
|---|---|
| 1 | Name: Sylvia Scott Gibson @ James E. Gibson |
| 2 | Address: 12341 Arenisca Verde Dr. |
| 3 | Moreno Valley, CA 92557 |
| 4 | Phone: 951-242-4518 |
| 5 | Fax: |
| 6 | In Pro Per |

2011 APR -8  PM 12: 20

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9  Sylvia Scott Gibson & James E. Gibson . . .

10

11                                    **Plaintiff**

CASE NUMBER:

EDCV 11-21 ODW (DTBx)

12                        v.

13  amazon.com and their Third party,

14  Urban Dictionary, .

15                        **Defendant(s).**

Request to file
Second
Amended Complaint

16

17  The Plaintiffs are requesting  to amend 2nd complaint, case number EDCV 11-21 ODW (DTBx)

18  which has been filed against amazon.com & their third Party, Urban Dictionary. Now a new

19  defendant will be added Pacific Luthern University. They are illegally publishing and selling my

20  children book for $24.99 a book. They are committing 100% copyright Infringement.

21

22  We found out there is another book published from my book. The books ISBN is

23  13: 9780533091027.  My children book ISBN is 10: 0533-09102-0

24  An ISBN is assigned to each edition. I own the copyrights for the first edition. For a 13: digit ISBN

25  with prefix: 978 or 979 ( indicating the industry, in this case, 978 denotes book publishing)

26  Another book has been published using my birth name. Proof is attached.

27  _Sylvia Scott Gibson & James E. Gibson_ April 5, 2011

28  Sylvia Scott Gibson & James E. Gibson

CV-127 (09/09)          **PLEADING PAGE FOR A SUBSEQUENT DOCUMENT**

1

Exhibit -1

2

Letter from the library explaining ISBN

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**ISBN Question**                                                   Tuesday, March 29, 2011 3:36 PM

From: "April Nava" <apriln@moval.org>
  To: "'sylviagibson2003@yahoo.com'" <sylviagibson2003@yahoo.com>


Good Afternoon Sylvia,

I received your letter regarding your question about why a book would have 2 ISBNs. The answer is that in
2007, ISBN numbers changed from a 10-digit number to a 13-digit number prefixed with 978. I am not exactly
sure why some publishers are still including both 10-digit and 13-digit ISBNs on some books. Perhaps it is due
to a gradual phasing out of the 10-digit format? But the numbers basically mean the same thing. Below is a
nice explanation from Wikipedia of what the ISBN numbers mean:


An ISBN is assigned to each edition and variation (except reprintings) of a book. The ISBN is 13 digits long if
assigned after January 1, 2007, and 10 digits long if assigned before 2007. An International Standard Book
Number consists of 4 or 5 parts:
1.

for a 13-digit ISBN, a GS1</wiki/GS1> prefix: 978 or 979 (indicating the industry; in this case, 978 denotes
book publishing)
2.     the group identifier, (language-sharing country group)
3.     the publisher code
4.     the item number, (title of the book)
5.     a checksum</wiki/Checksum> character or check digit</wiki/Check_digit>.

The ISBN separates its parts (group, publisher, title and check digit) with either a hyphen</wiki/Hyphen> or a
space. Other than the check digit, no part of the ISBN will have a fixed number of digits.

I hope this helps to answer your question. Please let me know if you have any more questions.
Thanks,
April
April Nava
Librarian
Moreno Valley Public Library
25480 Alessandro Blvd.
Moreno Valley, CA 92553
t: 951.413.3887
f: 951.413.3895
e: apriln@moval.org
w: www.moval.org<http://www.moval.org/>

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit - 2

Web page with proof my book is being illegally published and sold

sylvia scott gibson - Google Search
Page 2 of 3
Case 5:11-cv-00021-ODW -DTB   Document 37   Filed 04/08/11   Page 5 of 8   Page ID #:275

### Drugs is a www phonebusters ca by **sylvia scott gibson** began ...

Fda does universities to require on typical examinations in my sickness are to fall you explain single about suppressing the industrial testing - like it wo ...
axupyvuf.forumo.org/t24-drugs-is-a-www-phonebusters-ca-by-**sylvia-scott**-**gibson**-began-towards-diverse-months-seeking-them-about-the- ... - Cached

### Cases filed matching **"Sylvia Scott Gibson"** :: Justia Dockets & Filings

Plaintiff: **Sylvia Scott Gibson**. Defendant: Cafepress.com, Inc. Presiding Judge: Magistrate Judge Wayne D. Brazil. Cause Of Action: Federal Question ...
dockets.justia.com › Dockets & Filings - Cached

### **Sylvia Scott Gibson** - Books - Compare Prices, Reviews and Buy at ...

**Sylvia Scott Gibson** - 3 results like the God Makes Everything Possible, Ricky the Skating Worm and Friends, Rico, the Mysterious Worm **Sylvia Scott Gibson** ...
www.nextag.com/Books--zz**Sylvia**+**Scott**+**Gibson**z200000zB6z5---html - Cached

### Books For Sale

In this educational fable, **Sylvia Scott Gibson** informs children of the hazards and dangers of horse drug use. Only $24.99. Click Here to Order ...
www.plu.edu/~ellswoma/Books%20For%20Sale.htm - Cached - Similar- Block all plu.edu results

### **Sylvia Scott Gibson's** Blog

Jan 7, 2011 ... Latawnta The Naughty Horse Two by **Sylvia Scott Gibson** & James E. Gibson. Latawnya The Naughty Horse Two is an anti-drug children book. ...
www.goodreads.com/author/show/...**Sylvia_Scott_Gibson**/blog - Cached

### Ricky the Skating Worm and Friends, **Sylvia Scott Gibson** ...

BARNES & NOBLE: Ricky the Skating Worm and Friends by **Sylvia Scott Gibson** - Save with New Lower Prices on Millions of Books. FREE Shipping on $25 orders!
search.barnesandnoble.com/.../**Sylvia-Scott-Gibson**/.../9781608364732 - Cached - Similar

**Previous**      1 **2** 3 4 5 6 7 8 9 10 11      **Next**

Search Help      Give us feedback

 

**Books For Sale**

 About Us

 Books For Sale

 Become An Author

 Featured Book

 Author Testimonials

*A tale about a horse...*



In this educational fable, Sylvia Scott Gibson informs children of the hazards and dangers of horse drug use.

**Only $24.99**
Click Here to Order

*A dignified dog...*



This inspiring tale tells a true story of a courageous dog who lives with a homeless Indian underneath a freeway. We're serious.

**Only $14.99**
Click Here to Order

*Our first poetry collection...*



*The Darker Fall* is our first poetry collection to date. Featuring poetry from Rick Barot, this collection will make you appear smart at social gatherings.

**Only 19.99**
Click Here to Order

Contact Information

Copyright @ Margaret, Tyler, Brisbna
Updated May 2007



BOOK-IT.COM

**About Us**

**Books For Sale**

**Become An Author**

**Featured Book**

**Author Testimonials**

First Name:                         Last Name:

Address:

City:                            State:       Zip:

Phone:                         Email:

☐ Sign me up for email recommendations from Book-It.

Check the book you want to order:

☐ Latawnya, the Naughty Horse, Learns to Say "No" to Drugs $24.99

☐ Bo Dog $14.99

☐ The Darker Fall $19.99

Credit Card:       Visa                Card Number:

Name of Cardholder:                   Expiration Date: 01

*Submit*

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sylvia Scott Gibson + James E Gibson

PLAINTIFF(S).

v.

Amazon.com and their third
Party) Urban Dictionary

DEFENDANT(S).

CASE NUMBER

EDCV 11-21 ODW (DTBx)

## PROOF OF SERVICE - ACKNOWLEDGMENT
## OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside _____, State of California, and not a party to the above-entitled cause. On April 8 _____, 20 11 ____, I served a true copy of Request to file Second Amended Complaint _____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Moreno Valley, CA _____
Executed on April 8 ___, 20 11 __ at Moreno Valley ___, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Sylvia Scott Gibson

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____
*Signature*

_____
*Party Served*

CV-40 (01/00)                    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE