1  ALLAN E. ANDERSON (SBN 133672)
   TIMOTHY L. SKELTON (SBN 200432)
2  ROPERS, MAJESKI, KOHN & BENTLEY
   515 South Flower Street, Suite 1100
3  Los Angeles, CA  90071-2213
   Telephone:  (213) 312-2000
4  Facsimile:  (213) 312-2001
   Email:      aanderson@rmkb.com
5  tskelton@rmkb.com

6  Attorneys for Defendant
   AMAZON.COM
7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10

11 | SYLVIA SCOTT GIBSON and | Case No.  EDCV 11-21 ODW (DTBx)
   | JAMES E. GIBSON,
12 |                         | **NOTICE OF MOTION AND**
   |        Plaintiffs,      | **MOTION FOR SUMMARY**
13 |                         | **JUDGMENT**
   | v.
14 |                         | [concurrently filed: Statement of
   | AMAZON.COM AND THEIR THIRD | Uncontroverted Facts and Conclusions
15 | PARTIES URBAN DICTIONARY | of Law; Declaration of Adrian Garver;
   | AND WIKIPEDIA FREE       | Proposed Statement of Decision]
16 | ENCYCLOPEDIA,
   |                         | Date:       June 6, 2011
17 |        Defendants.      | Time:       1:30 p.m.
                             | Courtroom:  11
18
                             | Judge:     Hon. Otis D. Wright II
19

20

21     TO PLAINTIFFS:

22     PLEASE TAKE NOTICE that on June 6, 2011, at 1:30 p.m. or as soon

23 thereafter as possible, in Courtroom 11 of the above entitled court located at 312

24 North Spring Street, Los Angeles, California  90012, Amazon.com will move this

25 court for summary judgment in its favor.

26     This motion is brought after meeting and conferring extensively with

27 Plaintiffs at the early meeting of counsel on March 10, 2011.  The factual and legal

28

RC1/5935332.1/PF1                                    NOTICE OF MOTION AND MOTION FOR
                                                              SUMMARY JUDGMENT

1 bases for the motion were thoroughly discussed with Plaintiffs, and information
2 disproving the allegations in their complaints was presented to them.
3     This motion will be based on this notice of motion and motion, the
4 accompanying memorandum of points and authorities, the separate statement of
5 uncontroverted facts and conclusions of law, the declaration of Adrian Garver, the
6 pleadings and papers on file, and such other evidence as may be introduced at oral
7 argument, if any.

9 Dated: April 14, 2011      ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Timothy L. Skelton*
    ALLAN E. ANDERSON
    TIMOTHY L. SKELTON
    Attorneys for Defendant
    AMAZON.COM