```
ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email:    aanderson@rmkb.com
          tskelton@rmkb.com
```

Attorneys for Defendant
AMAZON.COM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No. EDCV 11-21 ODW (DTBx)<br><br>**[PROPOSED] STATEMENT OF DECISION ON AMAZON.COM'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 6, 2011<br>Time: 1:30 p.m.<br>Courtroom: 11<br><br>Judge: Hon. Otis D. Wright II |

This case involves Plaintiffs' book *Latawnya, The Naughty Horse, Learns to Say "No" to Drugs*. Plaintiffs allege fraud and copyright infringement against Amazon.com.

Plaintiffs fail to state a claim for fraud. Fraud requires a plaintiff to plead and prove: "(1) a knowingly false representation by the defendant; (2) an intent to deceive or induce reliance; (3) justifiable reliance by the plaintiff; and (4) resulting damages." *Service by Medallion, Inc. v. Clorox Co.*, 44 Cal.App.4th 1807, 1816 (1996). Fraud must be pleaded with specificity. Fed. R. Civ. P. 9(b). Plaintiffs' complaint does not plead any of the required elements, much less with the required

specificity.  They have also not offered any proof to support their claim.  Amazon.com is thus entitled to partial summary judgment on plaintiffs' fraud claim.

Amazon.com is similarly entitled to partial summary judgment on Plaintiffs' copyright claim.  Amazon.com has established that it did not itself sell the long-out-of-print *Latawnya* book.  Decl. of Adrian Garver, ¶¶ 6-7.  It therefore cannot be liable for direct infringement.

The only sales of the *Latawnya* book on the Amazon.com Web site were 34 used copies sold by third-party sellers since 2007.  *Id*. at ¶ 6.  Plaintiffs have failed to plead or prove any basis for secondary liability for Amazon.com for the third-party sales of used books.  Under the First Sale Rule, a person is free to resell a book as he wishes.  17 U.S.C. § 109; *Bobbs-Merrill Co. v. Straus*, 210 U.S. 339, 350-51 (1908).  Without direct liability as to a third-party seller, there can be no indirect liability (vicarious liability or contributory infringement) against Amazon.com.  *E.g*., *MDY Indus., LLC v. Blizzard Entm't, Inc*., 2011 U.S. App. LEXIS 3428 (9th Cir. Feb. 17, 2011); *A&M Records, Inc. v. Napster, Inc*., 239 F.3d 1004, 1019, 1022 (9th Cir. 2001).

For these reasons, the Court GRANTS Amazon.com's Motion for Summary Judgment in its entirety.

DATED: _____   _____
Honorable Otis D. Wright II
United States District Court Judge