# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 11-0021 ODW (DTBx) | Date | April 18, 2011 |
| Title | *Sylvia Scott Gibson, et al. v. Amazon.com, et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Steve Chung | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings (In Chambers):**   **Order Granting Plaintiffs' Request to File Second Amended Complaint [37]**

Plaintiffs' request to file a second amended complaint is GRANTED. [37] Defendants' motion for summary judgment [39] is thus moot and hereby vacated. Defendants may re-file said motion as they see fit.

**SO ORDERED**

---- : 00

Initials of Preparer   RGN