1   ALLAN E. ANDERSON (SBN 133672)
    TIMOTHY L. SKELTON (SBN 200432)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    515 South Flower Street, Suite 1100
3   Los Angeles, CA  90071-2213
    Telephone:  (213) 312-2000
4   Facsimile:  (213) 312-2001
    Email:      aanderson@rmkb.com
5   tskelton@rmkb.com

6   Attorneys for Defendant
    AMAZON.COM
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

| 11 | SYLVIA SCOTT GIBSON and JAMES E. GIBSON, | Case No.  EDCV 11-21 ODW (DTBx) |
|---|---|---|
| 12 | Plaintiffs, | **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| 13 | v. | |
| 14 | AMAZON.COM AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA, | [concurrently filed: Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Adrian Garver; Proposed Statement of Decision] |
| 15-17 | Defendants. | |
| 18-19 | | Date:  June 6, 2011<br>Time:  1:30 p.m.<br>Courtroom:  11 |
| 20 | | Judge:  Hon. Otis D. Wright II |

21   TO PLAINTIFFS:

22       PLEASE TAKE NOTICE that on June 6, 2011, at 1:30 p.m. or as soon

23   thereafter as possible, in Courtroom 11 of the above entitled court located at 312

24   North Spring Street, Los Angeles, California  90012, Amazon.com will move this

25   court for summary judgment in its favor.

26       This motion is brought after meeting and conferring extensively with

27   Plaintiffs at the early meeting of counsel on March 10, 2011.  The factual and legal

28

1  bases for the motion were thoroughly discussed with Plaintiffs, and information
2  disproving the allegations in their complaints was presented to them.
3      This motion will be based on this notice of motion and motion, the
4  accompanying memorandum of points and authorities, the separate statement of
5  uncontroverted facts and conclusions of law, the declaration of Adrian Garver, the
6  pleadings and papers on file, and such other evidence as may be introduced at oral
7  argument, if any.

9  Dated:  April 25, 2011      ROPERS, MAJESKI, KOHN & BENTLEY

  By: */s/ Timothy L. Skelton*
      ALLAN E. ANDERSON
      TIMOTHY L. SKELTON
      Attorneys for Defendant
      AMAZON.COM

RC1/5935332.1/PF1      - 2 -      NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT