1   ALLAN E. ANDERSON (SBN 133672)
    TIMOTHY L. SKELTON (SBN 200432)
2   ROPERS, MAJESKI, KOHN & BENTLEY
    515 South Flower Street, Suite 1100
3   Los Angeles, CA 90071-2213
    Telephone: (213) 312-2000
4   Facsimile: (213) 312-2001
    Email:      aanderson@rmkb.com
5   tskelton@rmkb.com

6   Attorneys for Defendant
    AMAZON.COM
7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  SYLVIA SCOTT GIBSON and            Case No. EDCV 11-21 ODW (DTBx)
    JAMES E. GIBSON,
12                                      **DECLARATION OF ADRIAN**
                Plaintiffs,             **GARVER IN SUPPORT OF**
13                                      **MOTION FOR SUMMARY**
    v.                                  **JUDGMENT**
14
    AMAZON.COM AND THEIR THIRD
15  PARTIES URBAN DICTIONARY            Date:      June 6, 2011
    AND WIKIPEDIA FREE                  Time:      1:30 p.m.
16  ENCYCLOPEDIA,                       Courtroom: 11
17              Defendants.             Judge:     Hon. Otis D. Wright II

18

19

20

21       I, Adrian Garver, declare and state as follows:

22       1.     I am the Copyright Compliance Officer at Amazon.com.  Due to the

23  responsibilities of my role, I am an expert at research and analysis of sales of items

24  on Amazon.com.  I am over the age of 18.  If called as a witness, I could and would

25  competently testify to the following facts, all of which are within my own personal

26  knowledge.

27       2.     Plaintiffs are misreading the Amazon.com search result printouts

28  attached to their complaint as Exhibit 1.  The strikethrough means that the search

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

term was ignored, and the results do not incorporate those terms.  For instance, the search result "latawnya ~~the~~ naughty horse ~~learns to say no to drugs~~ ~~in the United Kingdom sylvia scott gibson~~" (Complaint, Exh. 1, p. 3 (page 8 of the document)) means that each of the struck-through terms was disregarded by Amazon.com's computers.  Amazon.com's computer reduced the search phrase to "latawnya naughty horse."

3.    Further, each of these results (Complaint, Exh. 1, pp. 3-13) show the same thing – that Amazon.com does not have the *Latawnya* book for sale.  There only four *used* copies offered for sale by four different third-party sellers.[1]

4.    Amazon.com does not "sell birth names."

5.    Plaintiffs' allegation that a "Web. page printed off 11-26-2010 shows that amazon has Granite City Green Guys publishing my book since 06-19-2007" is false.  Plaintiffs are misinterpreting the Google search results (Complaint, Exh. 1, p. 14 (page 20 of the document)).  What was "published" on June 19, 2007 by "Granite City Green Guy" was a (satirical) *review* about the *Latawnya* book, not the book itself.  Attached hereto as "Exhibit A" is a true and correct copy of a printout of Amazon.com's page for the *Latawnya* book as it appeared on April 6, 2011.  This is the page that is displayed when one clicks on the Google search result relied on by Plaintiffs.  About halfway down the shortened version of the reviews displayed on the right-hand side of the page, one can see the (satirical) review (entitled "Horse isn't just for horses any more – a cautionary tale"), along with the phrase "Published on June 19, 2007 by Granite City Green Guy."  It is this phrase that is being reflected in the Google search results.

6.    Amazon.com itself has never sold the *Latawnya* book.  Attached hereto as "Exhibit B" is a true and correct copy of a printout of all sales of the

---

[1] In addition to selling products from its own inventory, Amazon.com offers third parties a sales platform, much like eBay.  The listings for these products are created by the individual third-party sellers.  The sales transaction is between the seller and the buyer.  The sellers ship the goods directly to buyer; Amazon.com never takes possession of the goods.  Amazon.com only provides the platform (and in some cases, payment processing or fulfillment services).

1    *Latawnya* book on the Amazon.com Web site.  As this shows, the only sales of that

2    book on the Amazon.com Web site have been 34 sales of used copies sold by third-

3    party sellers over the last four years.

4         7.    I am informed that Plaintiffs are claiming that there is a "second

5    printing" of the *Latawnya* book out there with an ISBN differing from the original

6    book by only the last two numbers.  The ISBN of the *Latawnya* book is

7    0533091020.  Plaintiffs are claiming that Amazon.com had some role in a "second

8    printing" with ISBN 05330910 (truncating the last two digits).  This is not possible.

9    First, ISBN numbers are either ten or thirteen digits.[2]  They are never eight digits.

10   Second, ISBN numbers are serial, so they get larger, not smaller, over time.  Third,

11   the odds of a second *Latawnya* book being assigned a nearly identical ISBN are

12   astronomical.  Finally, there would be no reason for a publisher to obtain a second

13   ISBN for an already-existing book.

14        8.    But setting aside the inherent implausibility of this claim, I have

15   searched the ISBN database (http://isbndb.com), and there is no such book.  That

16   search always returns the book with ISBN 0533091020 (Ms. Gibson's 1991 book).

17   In any event, even if there were such a "second printing" somewhere, Amazon.com

18   has never sold it.  Entering that eight-digit number into Amazon.com's search

19   engine yields no results.  The only other *Latawnya* book ever sold by Amazon.com

20   is the 2010 book *Latawnya the Naughty Horse Two* (ISBN 1448978599), which I

21   understand is not at issue in this case.

22        I declare under penalty of perjury under the laws of the United States that the

23   foregoing is true and correct.

24        Executed this 13ᵗʰ day of April 13, 2011, at Seattle, Washington.

25

26

27   [2] Any 10-digit ISBN can be converted to its 13-digit equivalent.  Here, Ms. Gibson's 10-digit
     ISBN is 0-533-09102-0.  That same ISBN expressed in 13 digits is 978-0-533-09102-7.  Attached
28   hereto as "Exhibit C" is a true and correct copy of a printout of this ISBN conversion
     (http://www.isbn.org/converterpub.asp).

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1

Adrian Garver

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RCI/5935531.2/PF1

- 4 -

DECLARATION OF ADRIAN GARVER ISO MSJ

# EXHIBIT A

Amazon.com: Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (97805530910...   Page 1 of 5

Hello, Timothy L. Skelton. We have recommendations for you. (Not Timothy?)     Amazon Cloud Player: Play Your Music Anywhere

Timothy's Amazon.com  |   Today's Deals  |   Gifts & Wish Lists  |   Gift Cards        Your Digital Items  |  Your Account  |  Help

**Shop All Departments**    Search  [Books ▼] [_____]        1  Cart        Wish List

**Books**          Advanced Search   Browse Subjects   New Releases   Bestsellers   The New York Times® Bestsellers   Libros en español   Bargain Books   Textbooks



**Customer image from** Flababo
**Roll over image to see notes**
See 1 customer image
Share your own customer images
I own the rights to this title and would like to make it available again through Amazon.

**Tell the Publisher!**
I'd like to read this book on Kindle

Don't have a Kindle? Get your Kindle here, or download a **FREE** Kindle Reading App.

### Latawnya, the Naughty Horse, Learns to Say "No" to Drugs [Hardcover]
Sylvia S. Gibson (Author)

(37 customer reviews) |        (0)

**Available from these sellers.**

4 used from $97.47    1 collectible from $99.25

5 used & new from $97.47

Have one to sell?

Share

---

## Customers Who Viewed This Item Also Viewed                                     Page 1 of 4

Back



**Latawnya the Naughty Horse Two** by Sylvia Scott Gibson
$24.95



**The House That Crack Built** by Clark Taylor (19)
$6.95



**Birth Control is Sinful in the Christ...** by Eliyzabeth Yanne Stro... (104)
$132.30



No image available

**Alfie's Home** by Richard A. Cohen (24)

Next



**Who Cares About Disabled People? (Who Cares About......** by Pam Adams (1)



**My Big Sister Takes Drugs** by Judith Vigna (2)
$6.95

---

### Product Details
**Reading level:** Ages 9-12

Exhibit A, Page 5

Amazon.com: Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (97805530910... Page 2 of 5

**Hardcover**
**Publisher:** Vantage Pr (May 1990)
**Language:** English
**ISBN-10:** 0533091020
**ISBN-13:** 978-0533091027
**Product Dimensions:** 8.5 x 5.8 x 0.2 inches
**Shipping Weight:** 7.2 ounces
**Average Customer Review:**        (37 customer reviews)
**Amazon Bestsellers Rank:** #3,149,431 in Books (See Top 100 in Books)

Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?

---

## Customer Reviews

**37 Reviews**

| | |
|---|---|
| 5 star: | (28) |
| 4 star: | (1) |
| 3 star: | (1) |
| 2 star: | (1) |
| 1 star: | (6) |

**Average Customer Review**
(37 customer reviews)

Share your thoughts with other customers:

### Most Helpful Customer Reviews

213 of 218 people found the following review helpful:

**An Epic Tale of Life, Sisterhood and Death**, May 5, 2007
By judolphin    (Florida, USA) - See all my reviews
This review is from: Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (Hardcover)
This is the tale of three African American horses (Latawnya, Latoya and Daisy), who leave the stable and get drugs from four white horses (Connie, Chrystal, Jackie and Angie). It is a timely and poignant tale that will leave you laughing, crying, and making scary noises.

It starkly and accurately presents the real dangers horses in black neighborhoods face from Caucasian equine drug pushers; when one of the horses died of a drug overdose, this reviewer wept openly. This is a lesson all children, foals, calves, chicks and cubs must learn before it is too late.

A classic of our time. Get it while you still can.

Help other customers find the most helpful reviews      | Report abuse | Permalink
Was this review helpful to you?                                                      Comments (9)

130 of 136 people found the following review helpful:

**A horse of a different collar...**, May 16, 2007
By Jocelyn Widdershins "Silverfish"    (Chicago) - See all my reviews
This review is from: Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (Hardcover)
A solid read right out of the gait! While most reviewers may feel as if they were mercilessly pommeled by the message of this book (adapted from the Canterbury Tales), I found the story a great starting point for discussion. Sure to stirrup controversy, 'Latawnya' has her blinders removed by the harsher truths of life. Neighsayers, doubtlessly, feel it may be too 'adult' for youngsters, however, parents saddled with the responsibility of educating their kids may disagree. The unbridled truths revealed herein can only serve to corral the impetuous spirits of today's youth by presenting the dangers of today's world as they are. Stable homes are built on open relationships created thusly. Ms. Gibson doesn't trot around the moral to be learned, and, as such the reader is not reined in by obfuscations. I can only hope that others help to make this spread like Wildfire, the more the farrier. It behooves you to buy this book!

Help other customers find the most helpful reviews      | Report abuse | Permalink
Was this review helpful to you?                                                      Comments (8)

71 of 72 people found the following review helpful:

**Latawnya Hits Home**, June 29, 2007
By Barry Charming    (Nashville, TN United States) - See all my reviews
This review is from: Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (Hardcover)


ADVERTISEMENT

BOSE

Dedicated to Innovation
Enjoy lifelike performance
Shop now

Ad feedback

### Most Recent Customer Reviews

**Perfect for scaring your children straight**
Parents everywhere rely on books to teach their children the values that they are unable to teach themselves, values that are best taught in a small, colorfully illustrated book... **Read more**
Published 6 months ago by A.J. Raffles

**A literary marvel, with prose comparable to shakespear or Wilbur wright**
Although I found this book to be frightening, and I am unable to pass the difficult quiz at the end after many tries, I could not believe how life changing this book was. **Read more**
Published 21 months ago by C. Moore

**I Want to thank Gawd For Showing me this book....**
.....Thank you, GAWD. And thank you, Mrs. Gibson for writing such a heartbreaking, yet triumphant novel about the dangers of horses playing smoking and drinking games.... **Read more**
Published on August 23, 2007 by BITTER

**Thank you Latawna!**
I used to be an alcoholic, drud-addicted AND

Exhibit A, Page 6

On the surface, Sylvia S. Gibson's stirring account of equine tranche de vie is an eye-opening page-turner. When picked up for the fourth and fifth time, however, the story is far deeper than initially expected. These horses represent humanity, and they are smoking drugs. WE are smoking drugs. Gibson is a wordsmith, subconsciously compelling the reader to put oneself in Latawnya's hooves.

This brillant work is rated with 4 stars because the story is deceptively written for children, but it deals with heavy issues: horses smoking drugs, horses drinking alcohol, horses overdosing, and horses dying. Some of the illustrations are quite graphic as well, depicting most of the previously mentioned situations, as well as horse-to-horse kissing. It was wise for the artist to avoid images of horses hugging. Be warned if you have children under 18.

This should be required reading for mankind. Dig deep into this story.

Help other customers find the most helpful reviews     Report abuse | Permalink
Was this review helpful to you?        Comment

Share your thoughts with other customers:
› **See all 37 customer reviews...**

naughty horse.
But thanks to this inspired work ( thank you God ),
I am not a horse anymore.
Published on August 16, 2007 by Monsieur Monsieur

**Where've you been all my life?**
So wow. Ok. Latawnya, who copies everyone, copies the smoking and drinking horses and not her sisters who are not smoking and drinking, yet in the same vicinity. **Read more**
Published on July 11, 2007 by Heterophonic

**silly claptrap**
its the reefer madness of the book word folks
looks the writer was takeing drugs herself

Published on June 28, 2007 by Charles Gramm

**Horse isn't just for horses anymore-- a cautionary tail**
I found this book while shopping for my donkeys. Since I don't raise horses, but donkeys, I was worried that the story and illustrations would be too horse-centric for my donkeys... **Read more**
Published on June 19, 2007 by Granite City Green Guy

**an amazing horses 'tail' and triumph over tragedy**
At first glance this might just look like your average Run-of-the-mill novel. However when one delves deeper into the thought provoking pages, it is impossible to deny Sylvia... **Read more**
Published on June 18, 2007 by Peter K.

**AH-Mazing. Truly.**
This book doesn't just deal with horse issues, it deal with issues for all mamals, and maybe even some reptiles and amphibians. **Read more**
Published on June 13, 2007 by Alicia M. Fournier

**Cats can learn from naughty horses.**
I can't express how grateful I am that my friend sent me this book! The timing of it is a godsend! You see, last night I came home to find my cats molesting my Ugly Doll.
**Read more**
Published on June 13, 2007 by H. Duffin

**Search Customer Reviews**

☑ Only search this product's reviews

› **See all 37 customer reviews...**

**Tag this product** (What's this?)
Think of a tag as a keyword or label you consider is strongly related to this product.
Tags will help all customers organize and find favorite items.

› **Explore product tags**

**Search Products Tagged with**

**Sell a Digital Version of This Book in the Kindle Store**
If you are a publisher or author and hold the digital rights to a book, you can sell a digital version of it in our Kindle Store. Learn more

Exhibit A, Page 7

## Customer Discussions

---

## Listmania!

---

## So You'd Like to...

---

### Look for Similar Items by Category

Books > Children's Books > Animals
Books > Children's Books > Literature

---

### Look for Similar Items by Subject

Search **Books** by subject:
- [ ] Children: Grades 4-6
- [ ] Juvenile Fiction
- [ ] Animals - Horses
- [ ] Social Issues - Drugs, Alcohol, & Substance Abuse

[ Find books matching ALL checked subjects ]
i.e., each book must be in subject 1 AND subject 2 AND ...

---

### Feedback
- If you need help or have a question for Customer Service, **contact us**.
- Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
- Is there any other feedback you would like to provide? **Click here**

---

### Your Recent History (What's this?)

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet

**Make Money with Us**
Sell on Amazon
Join Associates
Advertise Your Products
Self-publish with Us
› See all

**Let Us Help You**
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

**amazon**.com

Canada   China   France   Germany   Italy   Japan   United Kingdom

AmazonWireless   Askville   Audible   DPReview   Endless   Fabric   IMDb   Shopbop   Small Parts   Warehouse Deals   Woot   Zappos

Amazon.com: Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (978053309f0...   Page 5 of 5

| Cellphones & Wireless Plans | Community Answers | Download Audio Books | Digital Photography | Shoes & More | Sewing, Quilting & Knitting | Movies, TV & Celebrities | Designer Fashion Brands | Industrial Supplies | Open-Box Discounts | Never Gonna Give You Up | Shoes & Clothing |

Conditions of Use   Privacy Notice   © 1996-2011, Amazon.com, Inc. or its affiliates

**EXHIBIT B**

| ui_date | ASIN | Merchant Customer | Quantity |
|---|---|---|---|
| 8/30/2007 | 533091020 | 6816801 | 1 |
| 1/4/2008 | 533091020 | 1639156940 | 1 |
| 5/1/2007 | 533091020 | 84971278 | 2 |
| 5/1/2007 | 533091020 | 254621760 | 1 |
| 9/8/2007 | 533091020 | 889466300 | 4 |
| 3/4/2008 | 533091020 | 1589636 | 1 |
| 5/1/2007 | 533091020 | 660225930 | 1 |
| 3/28/2010 | 533091020 | 94380458 | 1 |
| 5/1/2007 | 533091020 | 142403540 | 1 |
| 9/21/2007 | 533091020 | 5425519 | 2 |
| 5/1/2007 | 533091020 | 1174681460 | 1 |
| 5/1/2007 | 533091020 | 1326786660 | 1 |
| 5/2/2007 | 533091020 | 84971278 | 1 |
| 9/9/2007 | 533091020 | 889466300 | 1 |
| 6/3/2008 | 533091020 | 526343201 | 1 |
| 3/27/2010 | 533091020 | 481696740 | 1 |
| 8/7/2010 | 533091020 | 479937830 | 1 |
| 5/1/2007 | 533091020 | 541728021 | 1 |
| 12/26/2008 | 533091020 | 408548400 | 2 |
| 8/17/2009 | 533091020 | 1012180060 | 1 |
| 5/17/2008 | 533091020 | 1174681460 | 1 |
| 5/1/2007 | 533091020 | 1589636 | 1 |
| 5/1/2007 | 533091020 | 28414786 | 1 |
| 4/24/2008 | 533091020 | 1174681460 | 1 |

# EXHIBIT C



| HOME | ABOUT | FEEDBACK | HELP | RESOURCES |
| ISBN US | ISBN PR | ISBN INT'L | SAN | SAN PR |

Apply for ISBN, SAN Below: ▼        **SUBMIT**



EAN-13 Bar Codes
for Publishers
with ISBNs
-- Click Here --

▷ **ISBN-13 Online Converter**

**Convert your ISBN:**

**Complete 10-digit ISBN**   0-533-09102-0

**Complete 13-digit ISBN**   978-0-533-09102-7

**SUBMIT**

**Clear**

Need to convert a large list of ISBNs . Use our Bulk Converter
**GO** Enquire about obtaining your converted list.

HOME | ABOUT | FEEDBACK | HELP | RESOURCES  | ISBN US  | ISBN PR  | ISBN INT'L  | ISMN | SAN | SAN PR
| DIGITAL ISBN/DEV

ⓑBowker

Copyright © 2004 R.R. Bowker LLC. All rights reserved.