| | |
|---|---|
| 1 | Name: __Sylvia Scott Gibson & James E. Gibson__ |
| 2 | Address: __12341 Arenisca Verde Dr.__ |
| 3 | __Moreno Valley, CA 92557__ |
| 4 | Phone: __951-242-4518__ |
| 5 | Fax: _____ |
| 6 | In Pro Per |
| 7 | |

**FILED**
CLERK, U.S. DISTRICT COURT

**MAY – 2 2011**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sylvia Scott Gibson & James E. Gibson | | **CASE NUMBER:** |
| | | EDCV 11-21 ODW (DTBx) |
| | **Plaintiff** | To be supplied by the Clerk of |
| | | The United States District Court |
| **v.** | | |
| Amazon.com & Their Third Party | | **Second Amended Complaint** |
| Urban Dictionary and Pacific Lutheran University | | **Copyright Infringement, Fraud, Unfair Competition** |
| | **Defendant(s).** | **Jury Trial Demand** |

### JURISDICTION

1, The Court has Jurisdiction over the subject matter of this action pursuant to

28U.S.C.SS1331 and 1338(a)

2. This Court has Jurisdiction over this subject matter because the plaintiffs live in this district

and both plaintiffs are disabled and can not travel long distances straight.

### VENUE

3. Venue is proper pursuant to 28 U.S.C. S 139 because the property at issue in the complaint

is located in this district. The plaintiffs lives in this district. The property was created in this district

by the plaintiffs. This property is being sold in this district by the defendants.

Second Amended Complaint - page 1.

1                                    PARTIES

2

3      4. Plaintiffs name Sylvia Scott Gibson & James E. Gibson are natural people with a residence

4   in Riverside County, California Address 12341 Arenisca Verde Dr. Moreno Valley, CA 92557

5      5. Defendants Amazon.com and Their Third Party are business located at 410 Terry Ave N.

6   Seattle, WA 98109-5210

7      6. Defendants Urban Dictionary located at 149 New Montgomery St. 3rd Floor

8   San Francisco, CA 94105 USA

9      7. Defendants Pacific Lutheran University 1010  122nd St. S. Tacoma, WA 98447

10                                  Claim One

11                    Copyright Infringement, Fraud and Unfair Competition

12      8. It seames like the Defendants amazon.com and Thier third party conspired in a conspiracy to

13   take my anti-drug children book away from my family and me.

14    They are using my children book for their own personal gain and they have

15   shut me the author, my husband and my children out of my own book that I created and wrote.

16   My children and husband helped me to pay for my book Latawnya The Naughty Horse Learns To

17   Say No To Drugs. Amazon.com and their Third party is unfair competition.

18   This is what the Defendants Amazon.com and their third party did to my anti-drug children book.

19   1. They illegally published another edition of my book Latawnya The Naughty Horse Learns To Say

20   No To Drugs 2. Amazon renamed the author from Sylvia Scott Gibson to Sylvia S Gibson on their

21   illegal published second edition book. 3. Amazon is using my 10 digit ISBN from my original book

22   on their illegally published second edition book and then they attached a 13 digit ISBN to my 10

23   digit ISBN on their Illegally published second edition book. Proof- This is copyright Infringement

24   and fraud.   (See exhibit 2) Amazon.com is also showing on their illegal published second edition

25   book hard copy published in 1991.( First published in 1990) original title was published by Vantage

26   Press. I do not know anything about a Sylvia S Gibson. My name is Sylvia Scott Gibson. Showing on

27   the Internet that my Latawnya Book by Sylvia S Gibson publish 1990 two edition Printed

28   Second Amended Complaint - Page 2.

1  off the internet 3-29-11

2  It shows that my book the product is shipped to these different countries using Sylvia S Gibson not

3  My name Sylvia Scott Gibson. 1. United Arab Emirates 2. Australia 3. Belgium 4. Bahrain

4  5. Switzerland 6. CI  7. Germany 8. Spain  9. Finland 10. France 11. Hong Kong 12. Indonesia

5  13. India 14. Japan 15. Kenya 16. Kuweit 17. Sri lane 18. Maleysie 19. Net 20. New Zealand

6  21. Russia 22. Saudii Arabie 23. Singapore 24. Thaliland 25. South Africa See exhibit __2__

7  Printed off the internet 4-11-2011.

8  Sylvia S Gibson should not be involved with my books or products. My name has only been used at

9  Vantage Press as Sylvia Gibson and Sylvia Scott Gibson.

10  I do not know who Sylvia S Gibson is. Amazon.com is using the name Sylvia S Gibson all

11  over the internet with my book and ISBN alone with their new 13 digit ISBN.

12  Printed off the Internet 4-11-2011. On Book Finders website they have the name of my book

13  by Sylvia S Gibson alone with my ISBN and their 13 digit ISBN Published 1990 by Vantage Press.

14  It shows that amazon has my book in stock for $101.32 Printed off the internet 4-9-11

15  On one of amazon book sites Latawnya The Naughty Horse Learns To Say No To Drugs

16  by this Sylvia S Gibson amazon have 6 new Latawnya Books for sale and 6 used books

17  for sale. The only way you can get new books you have to publish them or have them

18  published. This web page was printed off 4-13-2011. When ever I have a book published

19  with a publisher I only use 1. my marriage name Sylvia Gibson or my birth and marriage name

20  Sylvia Scott Gibson only. You will find these two names on my contract with my publisher and on

21  the registered copyrights.  amazon.com and their third party have published a illegal second edition

22  of my book using that name Sylvia S Gibson and they stated that Vantage Press Published 2 editions

23  in 1990-1991 under this name Sylvia S Gibson. I do not know who Sylvia S Gibson is. Vantage

24  Press published one book for me in 1990 - Copyright in 1991 by Sylvia Scott Gibson. an e-mail from

25  Vantage Press Jennifer Davids states that Vantage Press only published one book for me in 1990

26  name Latawnya The Naughty Horse Learns to Say No To Drugs. dated 4-8-11.  See exhibit __3__

27  Second e-mail dated 4-13-11 states their records do not show a second book published for me.

28  Second Amended Complaint - Page 3.

1  I would like for Amazon to tell me who is this Sylvia S Gibson and why are they using her name to
2  deceit me and the public by placing her name all over my books and products on the Internet.  I
3  wrote Amazon.com & their third Party a Cease and Desist letter asking them to remove this woman
4  name Sylvia S Gibson from all connections concerning my books and products on the internet
5  because she has not signed any of my contracts with my publishers  and have not
6  registered any of my books with the Copyright Office at the Library of Congress with me.
7  I clicked on  Sylvia S Gibson illegally author of Latawnya on Goodread.com
8  If all this information is legal and true about the two editions, anyone should be able to print it
9  off the Internet. When you click on print preview , It does not show any  information about the
10 book showing two editions. It would not let my printer print the information off. It will not let you
11 print off information about their illegally published book by amazon fraudulently author Sylvia S
12 Gibson. So I decided to take pictures of the second edition with the information about the book.
13 On Google search Latawnya the Naughty Horse Learns To Say No To drugs It shows amazon.com
14 Latawnya The Naughty Horse Learns To Say No To Drugs alone with their fraudulently illegal
15 author Sylvia S Gibson, It shows Sylvia S Gibson five different times connected to my book
16 Latawnya The Naughty Horse Learns to Say No to Drugs and the original author Sylvia Scott
17 Gibson is shown one time at the bottom of the page. Printed from the Internet 4-15-2011 Including
18 a blank sheet not showing the information, but enclosed is 4 different pictures showing all the
19 information about the two editions of the book. How the book changed from looking one way to
20 the other way. It is showing the name of the book by amazon.com author Sylvia S Gibson. These
21  pictures show that my book has been published for the second time. This is copyright Infringement
22 and fraud by using a different author name on my book Latawnya The Naughty Horse Learns To
23 Say No To Drugs. It is showing the name of the book by Sylvia S Gibson 10 and 13 digit ISBN.
24  amazon.com Latawnya The Naughty Horse Learns to Say No To Drugs. It also shows that amazon
25 states buy this children book from amazon.com. The pictures with exhibits show proof copyright
26 Infringement and fraud. exhibit $\mathcal{A}$ Also see exhibit $\mathcal{5}$ okweekend.com will show why amazon.com
27 want to take my book away from me. Amazon sales jumped from 5,000,000 to 3,944 in a few days.
28 Second Amended Complaint - Page 4.

1  On google search engine I typed my name Sylvia Scott Gibson in. The first thing that I saw on the
2  top of the web page is my newly published book Latawnya The Naughty Horse Two impersenated
3  by Sylvia S Gibson amazon.com author: Latawnya The... They are using that Fraud name Sylvia S
4  Gibson to open up the site that have my name Sylvia Scott Gibson and two of my other books. This
5  is very unfair to me. My name Sylvia Scott Gibson should be at the top of all of the web. pages to
6  open up my own books and products on the Internet web sites not someone else name that I do not
7  know anything about. It is also shown on the web site Latawnya The Naughty Horse Two by Sylvia
8  S Gibson: Wee Wee. The... amazon have this Sylvia S Gibson impersonating me.  See eXhibit 6
9  They used this name to open up my blogspot.com where my e-book and two more of my books
10  with the authors names Sylvia Scott Gibson & James E Gibson.
11  I want the impersonate name Sylvia S Gibson removed from  all of my books, websites and products
12  websites and any other properties I may have on the Internet connected to my name Sylvia Scott
13  Gibson. I found on one of amazon.com customers reviews pages . This review is from Latawnya The
14  Naughty Horse Learns To Say No To Drugs located on comments, I see that this person say:
15  1. I haven't read the book, but your puns were awesome! 2. The other person said, you really rode
16  the puns across the finish lines. 3. That was Just brilliant. Have you ever thought about entering a
17  punning competition.  They left their website for getting in touch. 4. This person said, those were
18  the best puns ever, and I thought I was good in making puns! 5. this one say, Very Punny!
19  Amazon.com and their third party took my book . They did not have to put my name into porn in
20  order to help them sell my book. I think that is discussing for amazon.com to hook up an anti-drug
21  children book into porn. I have never lived in the world of porn. I have 9 children and I have been
22  married for 40 years to the same man. We do not play that porn stuff. This is public slander and
23  discrimination about me and all I was trying to do is write a book to help children to say no to
24  drugs. I feel like amazon.com and others are treating me as low down and dirty as they can.
25  I was wondering why I was receiving so many messages and pictures from the porn world. Now I
26  know why. Proof printed off the Internet 3-21-2011. See exhibit___ 10___

27
28  Second Amended Complaint page 5.

1 | On Saturday November 13, 2010, I sent amazon.com Executive customers relations Ms. Allissa
2 | Bratager a cease and desist e-mail asking amazon to stop all illegal sales of my family birth name,
3 | my birth name alone with my book. The same e-mail that I sent the cease and desist letter to
4 | MS Allissa Bratager and I had been communicating with this email erc@amazon.com back and
5 | forward with her for almost a year. Proof shown in exhibit 3 same e-mail mail address sent from
6 | her to me and me to her. She can verify she received the cease and desist e-mail from me because
7 | she received all the other e-mail. Amazon.com partners at you tube will not let me put a 5 to 10
8 | minute video on you tube of my other books because of my Latawnya book thet amazon.com has
9 | taken is on you tube. amazon want that book to get all the attention and they are holding my other
10 | books back from you tube. Since amazon published a 2nd edition, they changed my name on my
11 | book from Sylvia Scott Gibson to Sylvia S Gibson.  1. Sylvia S Gibson opens up all the web pages
12 | with my name & book on the Internet. 2. They have my name Sylvia Scott Gibson opening up all
13 | the web pages where my books and products are located. 3. Then they put Sylvia Scott Gibson
14 | and Sylvia S Gibson on the same website opening up my books & products. This is an act of fraud
15 | and deceit against me and the public.

16 |
17 | Special Statement from Plaintiff James E. Gibson:  I have the right to be on this law suit because
18 | I am one of the original illustrators of the book Latawnya The Naughty Horse Learns To Say No To
19 | Drugs. This book was public notarized August 16, 1989  by a notary public. Proof in exhibit  1
20 | My wife and I wrote her book together, but we only put her name on the book.
21 | 1. I found out that amazon.com and their Third Party violated the statutory rights on our
22 | book. 2. Amazon took my family & children book & entered them into the world of pornography.
23 | 3.They are selling my family and me around the world in different countries and lying about it.
24 | They act like little kids after they got their hands caught in the cookie jar. Everyone else that is
25 | involved in selling this children book, they are selling a real family.
26 | I am very disappointed in amazon.com to find out they have stoop so low to enter an anti-drug
27 | Children book into pornography. Having horses doing orgies and all other kind of nasty things
28 | Second Amended Complaint - Page 6

1   that children should not be into. Amazon.com reviews about this children books makes you think
2   should they be around children. If amazon can take an innocent say no to drugs children book and
3   put it into pornography. I do not think amazon.com should be in the business of selling any
4   children books. The book was written to help the children to say no to drugs and alcohol and
5   amazon got the book and they are helping children learn about pornography having different
6   animals doing all kinds of sex in different ways. Shame on you amazon.com. I do not appreciate
7   amazon treating my wife of 40 years like she is a woman of the night with their pornography people
8   are reading on the Internet and constantly send her porn pictures and e-mail and sending her
9   all kind of raw sex pictures on her face book page. Proof printed off 4-28-2011 (Porn XXX)
10
11                                    Claim Two
12               Fraud, Copyright Infringement & Unfair Competition
13   9. The Defendants Urban Dictionary has taken the text from out of my anti-drug children book
14   Latawnya The Naughty Horse Learns To Say No To Drugs and placed the text on different items.
15   Different items they placed the text on without written permission or otherwise from the owner of
16   exclusive rights. Items are the following: See exhibit 7  t-shirts, mugs, magnets, greeting cards,
17   mouse pads, truckers hats, bumper stickers, logo hats, calenders, two tone mugs & e c t.
18   The defendants Urban Dictionary are selling these items on the Internet. I, Sylvia Scott Gibson
19   found out August 2010 while looking on the Internet. Urban Dictionary website also states my book
20   is a best seller. The defendants committed Fraud and Copyright Infringement by using my birth
21   name to sell the text they took out of my anti-drug children book, and placed it on different items
22   without written permission or other wise. ISBN: 0533-09102-0
23                                    Claim Three
24                 Copyright Infringement & False Advertisement
25     10. The Defendants Pacific Lutheran University are illegally publishing & selling my anti-drug
26   children. They are selling my children book Latawnya The Naughty Horse Learns To Say No To
27   Drugs for $24.99. They used my name to sell my book on the Internet. Proof 3-24-11 Exhibit 8
28   Second Amended Complaint Page 7

1              Plaintiffs Prays Judgement Against Defendants

2

3    Wherefore, plaintiffs prays Judgement against Defendants amazon.com and their third Party,

4    Urban Dictionary and Pacific Lutheran University as follows:

5         1. That this court grant a permanent injunction forever enjoining defendants, defendants

6    servants & agents, anyone acting on behalf of defendants from directly or indirectly using my birth

7    name, my family birth name & book any work based on plaintiffs birth name & book in any manner

8    which infringes upon the copyrights of plaintiffs birth name and book Latawnya The Naughty

9    Horse Learns To Say No To Drugs. ISBN: 0-533-091020. freeze all sales my family birth name & me

10   alone with my book & freeze all illegal publishing of my book in USA & other countries, also keep

11   this complaint under permanent injunction in court until the defendants decide to get written

12   permission from the plaintiffs and give plaintiffs a fair amount of compensation for selling my

13   birth name my family birth names alone with my book in 25 different countries plus USA.

14        2. Direct defendants to file with the courts and serve on plaintiffs a report setting forth the

15   manner and form in which compliance with said permanent injunction against infringement has

16   been made.

17       3. For actual damage according to proof.

18       4. For Punitive damages as the court will see fit.

19       5. For cost of suit as allowable by law.

20       6. damages for selling my birth name, 9 family members birth names alone with my

21            book in 25 different countries plus USA. and other countries I haven't found out about yet.

22            Amazon & their Third party did not have any signed documents to sell our names.

23       7. For Statutory damages as allowable by law.

24       8. For such other relief as the court dean just and proper.

25       9. If plaintiffs need an Attorney the defendant pay for the attorney fees for plaintiffs.

26       10. compensation for the illegal publishing of a second edition of my book.

27       11. Request for  the Judge to issue amazon.com an order to disconnect their fraudulent, illegal

28   Second Amended Complaint - Page 8.

1   author Sylvia S Gibson from all connections to my books and products and any other of my

2   property I have on the Internet. amazon have this Sylvia S Gibson name over my property to

3   rob me, Sylvia Scott Gibson.

4   Amazon is getting paid using the illegal impersonater name Sylvia S Gibson and they are getting

5   paid using my name Sylvia Scott Gibson. They are getting paid using both names all over the world

6   in different countries. The use of Sylvia S Gibson name is there to try to deceit me but it does not.

7   It does deceit the public because they do not know.

8

9

10

11

12   Date April 20, 2011

13

14

15

16

17   Sylvia Scott Gibson & James E. Gibson

18

19

20

21

22

23

24

25   Second Amended Complaint Page 9.

26

27

28

1

2                                    Exhibit 1

3                Latawnya Book cover and all three copyrights that

4                          go to the book

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   Second Amended Complaint Page 10.

28

# LATAWNYA,
## the Naughty Horse,
## Learns to Say
## "No" to Drugs



## Sylvia Scott Gibson

LATAWNYA, THE NAUGHTY HORSE SEE, HEAR AND DO.

LEARNS TO SAY " NO WAY " TO DRUGS

Written : May 05, 1989.

Author : SYLVIA A.GIBSON.

Illustrated by : GREGORY GIBSON AND

JAMES E.GIBSON.



OFFICIAL SEAL
S W ANDERSON
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My comm. expires AUG 18, 1992

SUBSCRIBED AND SWORN TO BEFORE ME

THIS. 16. DAY OF. A.U.G....1989.

NOTARY PUBLIC

Copy Right 1989.

All rights reserved, this book or parts there of, may not be reproduced in any

form without the written permission of the copy right owner.

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTRATION NUMBER

**TXu    393-842**

TXu    TX    TXu

EFFECTIVE DATE OF REGISTRATION

11    6    89
Month    Day    Year

_(signature)_
REGISTER OF COPYRIGHTS

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**

Latawnya, The Naughty Horse, Sees, hear and Do Learns to Say no why to Drugs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Latawnya, the naughty Horse learns to Say "no" to Drugs

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**NAME OF AUTHOR ▼**

Sylvia Ann Gibson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
08/04/53

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United State
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☐ No

**NOTE**

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
New Text

**b** **NAME OF AUTHOR ▼**

Sylvia Ann Gibson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
08/04/53

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶ United State
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☒ No

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
New Text

**c** **NAME OF AUTHOR ▼**

Sylvia Ann Gibson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
08/04/53

and death blank

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United State
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?    ☐ Yes ☐ No

**NATURE OF AUTHORSHIP**    Briefly describe nature of the material created by this author in which copyright is claimed. ▼
New Text

## 3
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**    This information must be given    ◀ Year    in all cases.
1989

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**    Complete this information ONLY if this work has been published.    Month ▶    Day ▶    Year ▶

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Sylvia Ann Gibson
1215 Daisy ave.
Long Beach, CA 90813

APPLICATION RECEIVED
NOV 06 1989
ONE DEPOSIT RECEIVED
NOV 06 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**MORE ON BACK ▶**    • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.    • See detailed instructions.    • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of __ pages

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a), of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

TX 3  227 927

TX                    TXU

EFFECTIVE DATE OF REGISTRATION

Month  /  Day  14  Year  92

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

LATAWNYA THE NAUGHTY HORSE LEARNS TO SAY "NO" TO DRUGS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼       Number ▼       Issue Date ▼       On Pages ▼

**NAME OF AUTHOR ▼**

SYLVIA SCOTT GIBSON

**DATES OF BIRTH AND DEATH**
Year Born ▼  1953   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
AUTHOR OF ENTIRE TEXT

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1990 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 1   Year ▶ 1991
UNITED STATES OF AMERICA ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

SYLVIA SCOTT GIBSON
1215 Daisy Avenue
Long Beach, CA  90813

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

APPLICATION RECEIVED
JAN 14 1992
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 14 1992
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of 2 pages

## Exhibit 2

1. Picture proof 2nd editions illegal Published books from my original book
   by amazon.com using their fraudulent author name Sylvia S Gibson on the book.
   The second edition book image attached.

2. Web page printed off 3-29-2011 showing two editions of Latawnya
   The Naughty Horse Learns To Say No To Drugs.

3. Book connected to 25 different countries, Proof printed off 4-11-2011

4. Website from bookfinders shows amazon fraudulent author
   Sylvia S Gibson both ISBNs published by Vantage Press. proof printed
   off date 4-9-2011.

5. Web shows amazon books Sylvia S Gibson shows 6 new books of Latawnya
   the Naughty Horse Learns To Say No To Drugs and 6 used book from
   $97.14 proof printed off 4-13-2011.

6. The blue book picture is Glyde web page before you print it off the Internet
   This book was illegally published from my original book Latawnya The Naughty
   Horse Learns To Say No To Drugs. Glyde web page is blank after you print it off.
   Web page proof printed off 4-22-2011.

Second Amended Complaint Page 11

by Sylvia S. Gibson

**★★★★☆ 4.09** | 47 ratings | 30 reviews | 1 distinct work | find books in swap

Latawnya, the Naughty Horse, Learns to Say "No" to Drugs
by Sylvia S. Gibson

★★★★☆ 4.09 avg rating — 47 ratings — published 1990 — 2 editions

Note: these are all the books on Goodreads for this author. To add more, perform a

...es by Sylvia S. Gibson

...s have been added to this profile yet. Add one now



goodreads     find books by title / author / isbn  🔍    home    my books ▾    🔲 friends ▾    groups ▾    explore ▾        g Goodreads | La

Latawnya, the Naughty Horse, Learns to Say "No" to Drugs

by Sylvia S. Gibson

★★★★★ 4.99     rating details     47 ratings     29 reviews

Hardcover

Published 1991 (first published 1991)

ISBN         0533081610

original title    Latawnya, the Naughty Horse, Learns to Say "No" to Drugs

url        http://www.amazon.com/Latawnya-Naughty-Horse-Learns-Drugs/dp/0533081610/ref=... (less)

other editions (1)

recent stat

SECRET





**1990** - Latawnya The Naughty Horse Lear

ISBN-13: 9780533091027

ISBN-10: 0533091020

Genre: Children's Books



Buy from **amazon.com**

Buy this book from Amazon



15 May 2007 ... A scan of possibly the most disturbing/hilarious "children's" book ever written [**Latawnya, the Naughty horse, Learns to Say "No" to Drugs**]. ...
www.boingboing.net/2007/05/15/insane-childrens-boo.html - 31k - Cached - Open in new window

15. **Boing Boing: Insane children's book depicts horse smoking drugs ...**
15 May 2007 **...** A scan of possibly the most disturbing/hilarious "children's ...
boingboing.net/2007/05/15/insane_childrens_boo.html - 30k - Cached - Open in new window

16. **rubber hose: latawnya the naughty horse, learns to say "NO" to drugs**
12 Sep 2007 **... latawnya the naughty horse, learns to say "NO" to drugs.** MatthewB emailed me yesterday about the greatest anti-drug book for horses ever ...
upyernoz.blogspot.com/2007/09/latawnya-naughty-horse-lear... - 29k - Cached - Open in new window

17. **Latawnya, the Naughty Horse, Learns to Say "No" to... - worship ...**
26 Sep 2008 **...** Latawnya, the Naughty Horse, Learns to Say &#8220;No&#8221; · **Latawnya, the Naughty Horse, Learns to Say "No" to Drugs ...**
blog.worshiptheglitch.com/post/51890323/latawnya-the-naug... - 14k - Cached - Open in new window

18. **Sylvia S. Gibson (Author of Latawnya, the Naughty Horse, Learns to ...**
**Latawnya, the Naughty Horse, Learns to Say "No" to Drugs** by Sylvia S. Gibson
4.11 of 5 stars 4.11 avg rating — 47 ratings — published 1990 — 2 editions ...
www.goodreads.com/author/show/462278.Sylvia_S_Gibson - 27k - Cached - Open in new window

19. **The Return of Latawnya the Naughty Horse « ShelfTalker**
23 Aug 2007 **...** The Return of Latawnya the Naughty Horse. Alison Morris **...** for a book called **Latawnya, the Naughty Horse, Learns to Say "No" to Drugs. ...**
blogs.publishersweekly.com/blogs/shelftalker/?p=14 - 30k - Cached - Open in new window

20. **dot_book_snark: Latawnya the Naughty Horse Learns to Say**
16 May 2007 **... Latawnya the Naughty Horse Learns to Say No to Drugs ...** The horses' names crack my shit up. I can seriously feel my IQ dropping. ...
community.livejournal.com/dot_book_snark/3404.html - 34k - Cached - Open in new window

**Prev**   1 2 3 4 5 6 7 8 9 10   **Next**

Latawnya, the Naughty Horse, Learns to Say "No"    Search    Image Search

goo top    Disclaimer    Privacy policy    Help

Copyright:(C) 2011 NTT Resonant Inc. All Rights Reserved.

# infibeam.com

Books    **Mobiles**    Gifts    **Computers**    Watches    **Apparel**    Hc

All Stores    **Books**

Books

eBooks | New Releases | Best Sellers | Recommended | Upcoming | E

## Latawnya, The Naughty Horse, Learns To Say" No" To Drugs (Hardcover)

By **Sylvia S Gibson** (Author)

Write a Review

List Price: ₹ ~~329~~
Our Price: ₹ 257                              **22%**
You Save: ₹ 72 (22%)

This item is presently **Out of Stock**.

Latawnya, the Naughty Horse, Learns to Say" No" to Drugs Book Description

**Book Details**

**Title:**       Latawnya, the Naughty Horse, Learns to Say" No" to Drugs

**Publisher:**   Vantage Press

**Author:**      Sylvia S Gibson

**Edition:**     Hardcover

**ISBN:**        **0533091020**

**EAN:**         **9780533091027**

**Deliverable Countries**: This product ships to *United Arab Emirates, Australia, Belgium, Bahrain, Switzerland, Cl Germany, Spain, Finland, France, Hong Kong, Indonesia, India, Japan, Kenya, Kuwait, Sri Lanka, Malaysia, Net New Zealand, Russia, Saudi Arabia, Singapore, Thailand, South Africa.*

**Similar Books**

▸ Currently not logged in



Help  Bookmark  Tell a Friend  Out-of-Print  Wish List  Home

**Compare Book Prices at 130 Stores!**

US Books  ▾  | Sear

Search by  ⦿ TITLE  ◯ AUTHOR  ◯ KEYWORD  ⦿ ISBN  Advanced Search

**Compare Prices**  ·  Out-of-Print/Advanced Search  ·  Top Sellers  ·  Browse Books  ·  Wish List

» *17* Bookstores Found. Please scroll down to view detail.

## Latawnya, the Naughty Horse, Learns to Say "No" to Drugs

» Add Book Reviews
» Add to Wish List
» Tag this book(What's this?)

By: Sylvia S. Gibson
ISBN: 0533091020   ISBN-13: 9780533091027
Publisher: Vantage Pr - 1990-05
Format: Hardcover
List price: USD 6.95

[Book Details]  [Similar Titles]
More book info. from Amazon.com or Barnes&Noble.com

Currency: USD   **Shipping Destination:** United States   [Close]
[Change Preferences]

» Price Comparison Results **1** to **10** of *17*   Sor

| | Store Name | Availability [?] | Price | Shipping [?] | Total [?] | Condition | Tax |
|---|---|---|---|---|---|---|---|
| 🏳 | **Alibris** <Marketplace> | In Stock | 64.94 USD | 0.00 4-14 days | Best Price 64.94 | Used Coupon | CA NC NV |
| 🏳 | **Abebooks** <Marketplace> | In Stock | 64.94 USD | 4.00 3-7 days | 68.94 | Used | --- |
| 🏳 | **Bookbyte** | In Stock | 68.19 USD | 3.45 4-14 days | 71.64 | Used | OR |
| 🏳 | **TextbookX Marketplace** <Marketplace> | Usually ships in 2-3 days | 74.68 USD | 3.96 3-10 days | 78.64 | Used Coupon | CT |
| 🏳 | **Amazon Marketplace** <Marketplace> | In Stock | 97.33 USD | 3.99 4-14 days | 101.32 | Used | --- |
| 🏳 | **Amazon Marketplace** <Marketplace> | In Stock | 99.25 USD | 3.99 4-14 days | 103.24 | Collectible | --- |
| 🏳 | **Half.com** <Marketplace> | In Stock | 99.75 USD | 3.99 4-14 days | 103.74 | Used | PA |
| 🏳 | **Barnes&Noble BookQuest** | In Stock | 99.94 USD | 3.89 4-14 days | 103.83 | Used | --- |

Sylvia Plath - Wikipedia, the free encyclopedia
The Fantasia about **Sylvia** Plath is more needed than the
facts. **....** Robert Lowell's poetry may have played a part in
this shift as she cited Lowell's 1959 book Life **..... Gibson**
Square Books Ltd. p. 157. ISBN 1906142610. ^ Brain,
Tracy . **...**
en.wikipedia.org/wiki/Sylvia_Plath - Cached - Similar

Amazon:Books:**Sylvia S. Gibson**
Author Suzanne **Gibson** Currently unavailable. 3 Exercises
for Human Biology ( Spiral-bound) Author **Sylvia S**. Mader
Currently unavailable. **...**
www.amazon.com/gp/aw/s?i=stripbooks&field...Sylvia%
20S.%20Gibson- Block all amazon.com results

Sylvias Marriage - Upton Sinclair - Free Romantic
Novels
Here you can read or download the book "**Sylvias** Marriage"
author Upton Sinclair. **...** Dr. Perrin offered me his hand; and
Dr. **Gibson** said, with a smile, **...**
www.freeromanticnovels.com/index.php?
b=Sylvias_Marriage... - Cached

Social register, New York - Google Books Result
Social Register Association (U.S.) - 1920 - Travel
.Brady Myers Marie L Mead Myers **Sylvia** Hicks Mygatt
Jessie C. . **...** .Metcalfe Nichols Helen **S** .Estabrook Nichols
Jessie **S** . . .**Gibson** Nichols Julia D. . **...**
books.google.com/books?id=ek5tAAAAYAAJ...

Previous     1 2 3 4 5 **6** 7 8 9 10 11 12 13 14 15     Next

Search Help     Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     Ab



## Search

Sylvia S. Gibson                                                                

3 results in Books

Sort: Relevance          ▼   GO


**1.** Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (Hardcover)
**6 New & Used from $97.14**
☆☆☆☆☆ (37)


**2.** Doll Reader Magazine (June/July 1985) Irish Clothes; Schoenhut Scrapbook; Mrs.
Putnam; Dennis Malley Co; Steiners Petite Jewels; Mollye and Georgene; Dolls From
China; Kewpies; Helen Cohen; Miniatures; 1890's Ball Gown (Vol. XIII, Issue 5)
(Paperback)
**1 New & Used from $334.26**

No image
available

**3.** Exercises for Human Biology (Spiral-bound)

« Prev   1 Next »
Home
Cart
Wish List
Find a Wish List or Registry
Your Account
1-Click Settings
Help
Amazon.com Full Site

**Already a customer?**   Sign In
Conditions of Use  |  Privacy Notice  |  Feedback
© 1996-2011, Amazon.com, Inc. or its affiliates



find a game, dvd, cd or book
buy
sell
organize
daily deals
log in
sign up
simply sell your games, dvds, cds and books

# Latawnya, the Naughty Horse, Learns to…

buy

**Sylvia S. Gibson – 1990**

release
Hardcover
isbn
978-053309102-7
genre
Fiction
no description is available

## good condition

Visible wear to book and dust jacket. Spine may be worn…
25
0
2
1
$
+$4.29
shipping
buy
use a coupon
buy with confidence

**related books**

$9.00



glyde

Latawnya, the Naughty Horse, Learns to....

Sylvia S. Gibson · 1990

Hardcover
978-0933093102-7
Fiction

good condition

$120.25

related books

buy with confidence
· return policy
· payment protection
· reliable sellers

1
2                                    Exhibit 3
3
4        1. Two e-mail letters from Jennifer Davids at Vantage Press proof Vantage
5            Press published one book for me in 1990. Letters dated April 8, 2011
6            though April 13, 2011.
7        2.  Certified letter dated April 15, 2011 cease and desist to amazon.com
8            concerning disconnect their author Sylvia S Gibson from all of my books
9            and products.
10       3. First cease and desist letter that was sent to amazon.com executive
11           Allissa Bratager at ecr@amazon.com dated Sat November 13,2010.
12       4 . E-mail  from amazon.com executive Allissa Bratager showing we corresponded
13           with this same e-mail erc@amazon.com for almost a year.
14       5. E-mail from April Nava Librarian at Moreno Valley Public Library shows
15           information about the 978 denotes book publishing. Printed off from
16           my e-mail 3-30-11 - Answer to my ISBN question.
17           E-mail date 3-29-2011
18
19
20
21
22
23
24
25
26
27
28   Second Amended Complaint Page 12

**From:** Jennifer Davids <jennifer@vantagepressinc.com>
**To:** Sylviagibson53 <Sylviagibson53@aol.com>
**Subject:** LATAWNYA
**Date:** Fri, Apr 8, 2011 8:25 am

Dear Ms. Gibson:

We are in receipt of your letter. Mr. Littlefield is no longer with Vantage Press. I will try to address the ISBN number situation. The letter from the copyright office explains clearly the conversion of the ISBN numer. We only published one book for you LATAWNYA THE NAUGHTY HORSE.......... when the book was published back in 1990 the copyright office was only using 10 digit numbers for all books published by you and other authors, now they convert  all those numbers to13 digits. Some retailers will use the 10 digit and others will  use the 13 digit, but both numbers represent the same title. The letter from the copyright office explains.

Jennifer Davids
Customer Service

**From:** Jennifer Davids <jennifer@vantagepressinc.com>
  **To:** sylviagibson53 <sylviagibson53@aol.com>
**Subject:** Re: LATAWNYA
  **Date:** Wed, Apr 13, 2011 6:33 am

Dear Ms. Gibson.

We have no record of publishing a second book for you. You would have to check with the copyright office in Washington, DC for information in name change and ISBN.

Jennifer Davids

On Wed, Apr 13, 2011 at 3:27 AM, <sylviagibson53@aol.com> wrote:
  Dear MS. Jennifer Davids:
   I need to ask you one question about my book Latawnya The Naughty Horse Learns To Say No To Drugs.
Can anyone take my book 1. Publish it  2. change my name on the book 3. add a 13 digit ISBN ?

Vantage Press published one book for me in 1990. Somebody has published my book again and they have it all over the Internet in different countries
 around the world saying that Vantage Press Published two editions of my book for me in 1990 and 1991.
  My name on my copyrights and book is sylvia Scott Gibson. They have changed my name on the second edition book to
Sylvia S. Gibson, Can they do that? Has Vantage Press ever Published 2 editions of my book Latawny the naughty horse at anytime?
 Thank you and I hope to hear from you soon.

Respectfully,
Sylvia Scott Gibson


-----Original Message-----
From: Jennifer Davids <jennifer@vantagepressinc.com>
To: Sylviagibson53 <Sylviagibson53@aol.com>
Sent: Fri, Apr 8, 2011 8:25 am
Subject: LATAWNYA

Dear Ms. Gibson:

We are in receipt of your letter. Mr. Littlefield is no longer with Vantage Press. I will try to address the ISBN number situation. The letter from the copyright office explains clearly the conversion of the ISBN numer. We only published one book for you LATAWNYA THE NAUGHTY HORSE......... when the book was published back in 1990 the copyright office was only using 10 digit numbers for all books published by you and other authors, now they convert  all those numbers to13 digits. Some retailers will use the 10 digit and others will  use the 13 digit, but both numbers represent the same title. The letter from the copyright office explains.

Jennifer Davids
Customer Service

April 15, 2011

Sylvia Scott Gibson                          Cease And Desist Letter
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Telephone 951-242-4518

Amazon.com And Their Third Party
410 Terry Ave N
Seattle WA 98109-5210

To Amazon.com and your Third Party:
     I am demanding that you cease and desist from using
Sylvia S Gibson name on all of my books and my other products
that I have on the Internet.
     Amazon, Who is this Sylvia S Gibson? (1.) Sylvia S Gibson did
Not Sign any contracts with any of my publishers concerning any
of my books. I did, Sylvia Scott Gibson.
(2.) Sylvia S Gibson did not register any of my books or products
with the copyright office. I did, Sylvia Scott Gibson. So why do
you have this Sylvia S. Gibson name all over the Internet
connecting her to all my books and products?  Why do you have all
of my books and products
Saying author Sylvia S Gibson at the top of each web page?
I am demanding that you take down this illegal act immediately.

I want to see just me, the owner, the author name Sylvia Scott
Gibson over my books and products and no one else name, thank
you.

Respectfully,

Sylvia Scott Gibson

Cease and Desist all illegal sales of my family birth names & my birth name alone with m...  Page 1 of 1
Case 5:11-cv-00021-ODW -DTB  Document 42  Filed 05/02/11  Page 31 of 71  Page ID
#:372

**From:** sylviagibson53 <sylviagibson53@aol.com>

    **To:** ecr <ecr@amazon.com>

**Subject:** Cease and Desist all illegal sales of my family birth names & my birth name alone with my book Latawnya The Naughty Horse Learns To Say No To Drugs.

    **Date:** Sat, Nov 13, 2010 7:44 pm

Dear amazon.com & Your Third Party & Your Partners:

    I am demanding that you amazon.com, Your Third Party and your Partners Cease and Desist from all illegal sales of
my family birth name and my birth name alone with my book name LATAWNYA THE NAUGHTY HORSE LEARNS TO SAY NO TO DRUGS.
ISBN: 0-533-09102-0
The Names are the following: 1, Sylvia Scott Gibson

                2. James
                3. Daisy
                4,Gregory
                5.Chrystal
                6.Latoya
                7. Latawnya
                8. Jackie
                9. Connie
                10. Angie

    I am also demanding that you Cease and Desist from all illega salesl of my family birth names and my birth name in all these different countries and
all the other countries you have connections. The countries are as follows: 1. United State

                2. Australia
                3. Brazil
                4. Canada
                5. Germany
                6. New Zealand
                7. Portugal
                8. Spain
                9. United Kingdom
                10. China
                11. Japan

Also Cease and Desist all illegal sales from Countries that I haven't found out about yet that you are connected to.

    amazon.com, Why did you, your third party and your partners rob me and my family?

Respectfully,

Sylvia Scott Gibson

**From:** Amazon.com Executive Customer Relations <ecr@amazon.com>
   **To:** sylviagibson53 <sylviagibson53@aol.com>
**Subject:** Your Amazon.com Inquiry
  **Date:** Sat, Feb 20, 2010 5:11 pm


Dear Sylvia,

Thanks for writing with your concern.  I've looked into this further and I
understand you'd like to have this posting removed from the Wikipedia site.
Wikipedia is an independent site and the content is provided by anyone who
creates an account with them.  Unfortunately, I'm unable to remove these
comments.  If you'd like to request changes or the removal of the listing,
you'll need to contact Wikipedia directly with your request.

I've included a link below to contact them:

http://en.wikipedia.org/wiki/Wikipedia:Contact_us

Sylvia, I'm sorry I couldn't remove the information for you.  Please contact me
directly at ecr@amazon.com if I can be of further assistance.

Regards,

Allissa Bratager
Executive Customer Relations
Amazon.com
http://www.amazon.com
=======================

**From:** Amazon.com Executive Customer Relations <ecr-replies@amazon.com>
**To:** sylviagibson53 <sylviagibson53@aol.com>
**Subject:** Re: My Book -Latawnya The Naughty Horse Learns To Say No To Drugs
**Date:** Sat, Oct 2, 2010 8:54 am

Dear Sylvia,

As you may recall, I'm Allissa Bratager of Amazon.com's Executive Customer Relations.

I've reviewed your account and understand you're concerned about our inability to remove your birth name and your book from our third party listings.   While I know you're disappointed with our stance on this matter, I want to assure you the information you received from our copyright agent was correct.

As mentioned, the book "Latawnya, the Naughty Horse, Learns to Say "No" to Drugs [Hardcover]" ISBN-10: 0533091020 is not available new from Amazon.com.   The catalog will continue to contain bibliographic and other information about the book, and third parties will be able to continue to buy and sell copies of the book that are already in the marketplace.

Sylvia, I'm sorry for any disappointment caused and appreciate your understanding. While we won't be able to comment further on this matter, we're always happy to help if you have any other questions - you can click a button to contact us by e-mail or phone from any Help page on our website.

Regards,

Allissa Bratager
Executive Customer Relations
Amazon.com

---- Original message: ----

To amazon.com, your third party and all the people that is involved in stealing and selling my birth name
 alone with my book name Latawnya The Naughty Horse Learns To Say No To Drugs:
You know who you are. I FORGIVE ALL OF YOU THIEVES. Amazon after I informed you that all of you are selling my
birth name in different countries that your company is connected to, you haven't stop selling my name.
      I am demanding and requesting that you and your third party stop selling my birth name alone with my book ASAP
todays date September 30. 2010 here and in all those different countries you are connected to.
    I want you to remember what God said concerning one of his laws in the ten Commandments states, Thy shall not steal.
When you stole from me, you also stole from yourself. You traded your soul for my birth name and my book.
My birth name and my book is not free. You are going to see one day when one of God ten commandments, thy
shall not steal have you to pay for stealing by breaking God law. In Rev. it says that all thieves will be cut from the        cloth by  God.
Then you will not be able to steal from anyone else.
You might be taking God Ten Commandments as a joke but you will see they will be carried out by God.
You think your heart is cold but one morning you are going to wake up and see what cold is all about.
      You all have fooled all of these people all over the world in different countries using my birth name to sell my book.

 **MAIL** Classic

**ISBN Question**                                                    Tuesday, March 29, 2011 3:36 PM

From: "April Nava" <apriln@moval.org>
  To: "'sylviagibson2003@yahoo.com'" <sylviagibson2003@yahoo.com>

Good Afternoon Sylvia,

I received your letter regarding your question about why a book would have 2 ISBNs. The answer is that in 2007, ISBN numbers changed from a 10-digit number to a 13-digit number prefixed with 978. I am not exactly sure why some publishers are still including both 10-digit and 13-digit ISBNs on some books. Perhaps it is due to a gradual phasing out of the 10-digit format? But the numbers basically mean the same thing. Below is a nice explanation from Wikipedia of what the ISBN numbers mean:

An ISBN is assigned to each edition and variation (except reprintings) of a book. The ISBN is 13 digits long if assigned after January 1, 2007, and 10 digits long if assigned before 2007. An International Standard Book Number consists of 4 or 5 parts:
1.
for a 13-digit ISBN, a GS1</wiki/GS1> prefix: 978 or 979 (indicating the industry; in this case, 978 denotes book publishing)
2.      the group identifier, (language-sharing country group)
3.      the publisher code
4.      the item number, (title of the book)
5.      a checksum</wiki/Checksum> character or check digit</wiki/Check_digit>.

The ISBN separates its parts (group, publisher, title and check digit) with either a hyphen</wiki/Hyphen> or a space. Other than the check digit, no part of the ISBN will have a fixed number of digits.

I hope this helps to answer your question. Please let me know if you have any more questions.
Thanks,
April
April Nava
Librarian
Moreno Valley Public Library
25480 Alessandro Blvd.
Moreno Valley, CA 92553
t: 951.413.3887
f: 951.413.3895
e: apriln@moval.org
w: www.moval.org<http://www.moval.org/>

1

Exhibit 4

2

3    1. Web page showing amazon.com impersonater author Sylvia S Gibson

4        five different times on the web page.

5        It only shows the original author Sylvia Scott Gibson one time at the

6        bottom of the page. Proof printed off 4-15-2011.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Second Amended Complaint Page 13

Web    Images    Videos    Maps    News    Shopping    Gmail    more ▾                                                    Sign in

    latawnya the naughty horse learns    ✕    Search                    Instant is on ▾

About 572 results (0.09 seconds)                                    Advanced search

**Everything**            ► Amazon.com: **Latawnya, the Naughty Horse,**
                          **Learns to Say "No" to ...**
Images                    This review is from: **Latawnya, the Naughty Horse, Learns**
                          **to Say "No" to Drugs** ( Hardcover ). On the surface, **Sylvia**
Videos                    **S. Gibson's** stirring account of equine ...
                          www.amazon.com › Books › Children's Books › Animals -
News                      Cached - Similar
Shopping
                          Amazon.com: Customer Reviews: **Latawnya, the**
More                      **Naughty Horse, Learns ...**
                          **Latawnya, the Naughty Horse, Learns to Say "No" to**
**California**              **Drugs by Sylvia S. Gibson ...**
                          www.amazon.com/Latawnya-Naughty-Horse-Learns-
Change location           Drugs/.../0533091020 - Cached - Similar

Show search tools           Show more results from amazon.com

                          **LATAWNYA, the Naughty Horse, Learns to Say**
                          **"NO" to Drugs** « pixie ...
                          **LATAWNYA, the Naughty Horse, Learns to Say "NO" to**
                          **Drugs.** Cover. By **Sylvia S. Gibson** Ages 9-12. Hardcover
                          Vantage Press (May 1990) 978-0533091027. lat poem ...
                          pixiestixkidspix.wordpress.com/.../latawnya-the-naughty-
                          horse-learns-to-say-no-to-drugs/ - Cached - Similar

                          **Sylvia S. Gibson** (Author of **Latawnya, the**
                          **Naughty Horse, Learns to ...**
                          ☆☆☆☆☆ 30 reviews
                          See if your friends have read any of **Sylvia S. Gibson's**
                          books. ... **Latawnya, the Naughty Horse, Learns to Say**
                          **"No" to Drugs** 4.11 of 5 stars ...
                          www.goodreads.com/author/show/462278.Sylvia_S_Gibson
                          - Cached - Similar- Block all goodreads.com results

                          **Latawnya, the Naughty Horse, Learns To Say**
                          **"No" To Drugs by Sylvia ...**
                          Biblio.com has **Latawnya, the Naughty Horse, Learns To**
                          **Say "No" To Drugs by Sylvia S Gibson** at a great price
                          from quality sellers.
                          www.biblio.com/sylvia-s-gibson/latawnya-the-naughty-
                          horse~60503312~title - Cached

                          **Latawnya, the Naughty Horse, Learns to Say**
                          **"No" to Drugs ...**
                          **Latawnya, The Naughty Horse, Learns to Say "No" to**
                          **Drugs** is a book by **Sylvia Scott Gibson** directed towards
                          children, warning them about the dangers of ...
                          en.wikipedia.org/.../Latawnya,_the_Naughty_Horse,_Learns_to_Say_
                          %22No%22_to_Drugs - Cached - Similar



**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▾          Sign in

sylvia s gibson                                    ✕   **Search**

About 566,000 results (0.30 seconds)          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**California**

Change location

**All results**

Related searches

Timeline

More search tools

▸ **Sylvia S. Gibson** (Author of Latawnya, the
Naughty Horse, Learns to ...
✰✰✰✰✰ 30 reviews
**Sylvia S. Gibson** is the author of Latawnya, the Naughty
Horse, Learns to Say "No " to Drugs (47 ratings, published
1990)
www.goodreads.com/author/show/462278.Sylvia_S_Gibson
- Cached - Similar

Latawnya, the Naughty Horse, Learns to Say "No"
to Drugs by **Sylvia** ...
✰✰✰✰✰ 30 reviews
May 1, 1990 ... Latawnya, the Naughty Horse, Learns to
Say "No" to Drugs. by ...
www.goodreads.com/ .../902027.Latawnya_the_Naughty_Horse_Learns_to_
Say_No_to_Drugs - Cached - Similar

  Show more results from goodreads.com

**Sylvia S. Gibson** | LibraryThing
Works by **Sylvia S. Gibson**: Latawnya, the Naughty Horse,
Learns to Say No to Drugs.
www.librarything.com/author/gibsonsylvias - Cached

Latawnya, the Naughty Horse, Learns To Say
"No" To Drugs by **Sylvia** ...
Biblio.com has Latawnya, the Naughty Horse, Learns To
Say "No" To Drugs by **Sylvia S Gibson** at a great price from
quality sellers.
www.biblio.com/**sylvia-s-gibson**/latawnya-the-naughty-
horse~60503312~title - Cached

**Sylvia S Gibson** - Bibliography and List of Works

Find books written or edited by **Sylvia S Gibson**. ... Home >
Shop Books by ...
www.biblio.com/sylvia-s-gibson~/187614~author - Cached

  Show more results from biblio.com

Latawnya The Naughty Horse Two by **Sylvia S
Gibson**: Wee Wee, The ...
Dec 21, 2010 ... Latawnya The Naughty Horse Two by
**Sylvia S Gibson**. Latawnya The Naughty Horse Two points
out the low life drug pusher. ...
sylviagibson.blogspot.com/ .../wee-wee-big-purple-duck-by-
sylvia-scott.html - Cached



**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▾                     Sign in

sylvia scott gibson                                           ✕   **Search**

About 295,000 results (0.06 seconds)                              Advanced search

**Everything**

Images

Videos

News

Shopping

More

**California**

Change location

**All results**

Sites with images

Timeline

More search tools

▶ Amazon.com: Customer Reviews: Latawnya, the
Naughty Horse, Learns ...
However when one delves deeper into the thought
provoking pages, it is impossible to deny **Sylvia Scott
Gibson's** literary prowess and intellect. **...**
www.amazon.com/Latawnya-Naughty.../0533091020 -
Cached - Similar

**Sylvia Scott Gibson** | Facebook
**Sylvia Scott Gibson** is on Facebook. Join Facebook to
connect with **Sylvia Scott Gibson** and others you may
know. Facebook gives people the power to share and ...
www.facebook.com/.../**Sylvia-Scott-**
**Gibson**/100000403540767 - Cached - Similar

**Latawnya The Naughty Horse Two by Sylvia**
**Scott Gibson** and James E ...
Welcome to a Facebook Page about Latawnya The Naughty
Horse Two by **Sylvia ...**
ja-jp.facebook.com/...**Sylvia-Scott-**
**Gibson**...**Gibson**/113710364825044 - Cached

   Show more results from facebook.com

**Sylvia Scott Gibson** (Author of LATAWNYA, the
Naughty Horse, Learns ...
☆☆☆☆☆ 6 reviews
Jan 7, 2011 ... **Sylvia Scott Gibson** is the author of
LATAWNYA, the Naughty Horse, Learns to Say "No" to
Drugs (9 ratings, published 1991), Latawnya the ...
www.goodreads.com/author/.../618052.**Sylvia_Scott_Gibson**
- Cached - Similar

**Sylvia Scott Gibson** (Sylvia Scott) on Myspace

**Sylvia Scott Gibson** (Sylvia Scott)'s profile on Myspace,
the leading social entertainment destination powered by the
passion of our fans.
www.myspace.com/534828133 - Cached - Similar

Latawnya, the Naughty Horse, Learns to Say "No"
to Drugs ...
Latawnya, The Naughty Horse, Learns to Say "No" to Drugs
is a book by **Sylvia Scott Gibson** directed towards children,
warning them about the dangers of ...
en.wikipedia.org/.../Latawnya,_the_Naughty_Horse,_Learns_to_Say_
%22No%22_to_Drugs - Cached - Similar

1

2                                       Exhibit 5

3

4                   1. okweekend.com Entertainment News one post found my book on

5                       amazon.com It shows that amazon sales jumped from 5,000.000 to

6                       3,944 in a few days. dated June 30, 2008

7

8

9

10

11

12

13

14

15

16

17

18   Second Amended Complaint Page 14.

19

20

21

22

23

24

25

26

27

28

**3.**

---

       

okWEEKEND.com  Let's face it. This is the ONLY place to get entertainment news in Oklahoma.

HOME    CALENDAR    LIVEMUSIC        STORIES        ARTS    REVIEWS    BANDS    CO

**This week**

**About bands**

**About events**

**Columns**

**New stories**

Search:



Latawnya the Naughty Horse learns a lesson in this illustration from the book, "LaTawnya the Naughty Horse Learns to Say No To Drugs," which moved up from No. 5,000,000 to 3,944 in Amazon.com's sales rankings due to publicity it received on an Internet forum.

# Internet makes quirky stars

## Latawnya the Naughty Horse Learns to Say No to Drugs and book gets ironic attention

**By Leif M. Wright**
**okWeekend.com editor**

Even the most obscure things can become famous in the mob rule of the Internet.

Take for instance the story of Latawnyah, the Naughty Horse, who learns not to do drugs by watching the behavior of other horses who make the mistake of listening to the wrong people.

STORY CONTINUES BELOW AD

The Children's Emergency Shelter presents,

ROCK FORT



That's the central theme of a poorly written children's book that has become the subject of attention that can only happen on the Internet.

A school librarian discovered the book, published by a vanity publisher for author Sylvia Gibson, while cleaning up in the library. He found the poor writing in the book hilarious, so he posted a thread about the book in somethingawful.com forums.

And the momentum built itself.

First, responders to the post just reported how hilarious they found the book and its illustrations of horses smoking joints and drinking whiskey.

But then, it took on a life of its own. We have reached the time where pretty much anything can be known about anyone with a little Internet detective work, so fairly soon, the savvy users at somethingawful.com were doing detective work to find out more about Gibson and her motivation for writing the book.

It turns out all the book's characters are thinly veiled representations of Gibson's family, which led the forum users to express sympathy for Gibson's daughter, Latawnya, whom her mother had called "naughty."

And then it just got wild.

*1.* One poster found the book on Amazon.com. It sold out in two days.

*2.* Another poster made T-shirts from the illustrations of horses drinking whiskey.

Yet another poster found other books written by Gibson, including an apparently autobiographical book indicating that she thought the government was following, watching and "stocking" (which forum readers agreed probably was intended to be "stalking") her family for unknown reasons.

Another user found patent applications by the self-proclaimed "co-inventor" Gibson.

*3.* By the time the Internet hype reached fever pitch, the 40-odd page book was selling in Germany for 300 euros, which is very roughly $450.

Vanity publishers, for the uninformed, are publishers who will publish any book, as long as the author is willing to pay them for it.

Gibson's book attained a stardom she certainly probably didn't predict, and the reader reviews on Amazon.com are some of the funniest possibly ever written.

One forum reader posted an audio file reading of the book in dramatic voices that left many forum readers laughing out loud and calling for the reader to look for work doing voiceovers in Hollywood.

Someone else made a YouTube video reading of the book.

A month later in mid-June, there were 27,000 Google search hits relating to the book.

The hype brought the book's Amazon.com sales rank from 5 million to 3,944 in the space of a few days.

Vantage Press, the publisher of the book, said Amazon.com had called them about the book after receiving a lot of attention about it.

The publisher, however, didn't even recognize the title.

The hype over the book shows the power of the Internet and how something that grabs people's attention -- even just for their quirky qualities -- can become a phenomenon.

Alimah Boyd, publicist for Vantage Press, said the publisher has been getting a lot of requests for the book, but they can no longer reach the author, so they can't print more copies.

**Link to this story | Back to story listing**

Exhibit 6

1. Web page showing my new book Latawnya The Naughty Horse Two

   by amazon fraudulent author Sylvia S Gibson opening up my website using

   her name where two of my other new books are located instead of using the

   real author name Sylvia Scott Gibson to open up my own website. Printed

   off the Internet 4-17-2011.

2. Another web printed off 4-17-2011 Sylvia S Gibson opens up my blogspot

   with two other of my books where my e-book is located with my name inside

   Sylvia Scott Gibson & James E Gibson.

3. Printed off amazon.com customers reviews Latawnya The naughty Horse

   Learns To Say No To Drugs. There is 5 terrible discussing comments about Porn

   concerning my family, me and my book. Printed off the Internet on 3-21-2011

4. amazon.com has put my family and me alone with my book in the porn world.

   proof printed off 4-28-2011

Second Amended Complaint page 15

**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▾          **Sign in**

   sylvia scott gibson          ✕   **Search**   Instant is on ▾

Page 4 of about 279,000 results (0.49 seconds)          Advanced search

**Everything**

Images

Videos

News

Shopping

More

**California**

Change location

Show search tools

▶ Latawnya The Naughty Horse Two by **Sylvia** S
Gibson: Latawnya The ...
Dec 26, 2010 ... Wee Wee, The Big Purple Duck by **Sylvia**
**Scott Gibson** & Jeri Gibson ... Rico, The Mysterious Worm
by James E Gibson & **Sylvia Scott Gibson** ...
sylviagibson.blogspot.com/.../latawnya-naughty-horse-
learns-to-say-no.html - Cached

The most amazing book ever! Two! - The
Something Awful Forums
30 posts - 25 authors - Last post: 2 days ago
**sylvia scott gibson** February 16, 2010 3:20 am. Thank you
for your good, bad and silly comments. You think you are
laughing now. ...
forums.somethingawful.com/showthread.php?threadid...0...
- Cached

**Sylvia Scott Gibson**, and Books | New, Second-
hand, Rare | Alibris UK
Search Alibris UK for new & second-hand books by **Sylvia
Scott Gibson**, and. Find out-of-print editions, signed copies,
hardcovers, softcovers and more.
www.alibris.co.uk/search/.../Gibson.%20Sylvia%20Scott.%
20and - Cached

"**Sylvia Scott Gibson**" | Search | CD WOW! Hong
Kong
Jan 31, 2011 ... Home › ""**Sylvia Scott Gibson**"". 3 results
found. ... by **Sylvia Scott Gibson** ( Printed Book -
Paperback - 3/23/09). $295.00 ...
www.cdwow.com.hk/search?q=%
22Sylvia+Scott+Gibson%22 - Cached

Learning Is Fun by **Sylvia Scott Gibson**; James
E. Gibson; Gregory V ...
Booksamillion.com: Buy Learning Is Fun : **Sylvia Scott
Gibson** ( 9781448943654 ) Paperback. Save on discounted
bestsellers and best book selections of Animals ...
www.booksamillion.com/p/.../Sylvia-Scott-
Gibson/9781448943654 - Cached

Lawsuit Summary - **Sylvia Scott Gibson** v.
Cafepress.com, Inc.
Mar 31, 2009 ... 3/31/2009, 2, Certificate of Interested
Entities by **Sylvia Scott Gibson**. (cjl, COURT STAFF) (Filed
on 3/31/2009) (Entered: 03/31/2009) ...
www.rfcexpress.com/lawsuits/.../**sylvia-scott-
gibson**.../summary/ - Cached

God Makes Everything Possible by **Sylvia Scott
Gibson** & James E ...
God Makes Everything Possible by **Sylvia Scott Gibson** &
James E. Gibson - God Makes Everything Possible is a
religious poetry book.
www.facebook.com/...**Sylvia-Scott-
Gibson**...**Gibson**/140476682659519 - Cached

God Makes Everything Possible by **Sylvia Scott
Gibson** & James E ...
Welcome to a Facebook Page about God Makes Everything
Possible by **Sylvia Scott Gibson** & James E. Gibson. Join
Facebook to start connecting with God Makes ...
www.facebook.com/...**Sylvia-Scott-
Gibson**...**Gibson**/145515288810314 - Cached

**Sylvia Scott Gibson** | Photos on Myspace
Browse **Sylvia Scott Gibson's** photo albums, comment,
share and tag on Myspace. Social entertainment powered
by the passions of fans.
www.myspace.com/534828133/photos - Cached

Latawnya The Naughty Horse Two by **Sylvia** S
**Gibson**: Wee Wee, The ...
Dec 21, 2010 ... Wee Wee, The Big Purple Duck by **Sylvia
Scott Gibson** & Jeri Gibson ... ebook - Learning Is Fun by
**Sylvia Scott Gibson** & James E. Gibson ...
**sylviagibson**.blogspot.com/.../wee-wee-big-purple-duck-by-
sylvia-scott.html - Cached

**Previous**      1 **2** 3  4  5  6  7  8  9  10 11      **Next**

Search Help      Give us feedback

Google Home      Advertising Programs      Business Solutions      Privacy      Ab

Case 5:11-cv-00021-ODW -DTB  Document 42  Filed 05/02/11  Page 46 of 71  Page ID
#:387

Hello. Sign in to get personalized recommendations. New customer? Start here.

Amazon Prime Now Includes Instant Videos
Learn More

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

**Shop All Departments**   Search  **Books**   ·

Cart | Wish List

**Books**   Advanced Search  Browse Subjects  New Releases  Bestsellers  The New York Times® Bestsellers  Libros en español  Bargain Books  Textbooks

## Customer Review

130 of 136 people found the following review helpful:

★★★★★ **A horse of a different collar...,** May 16, 2007

By Jocelyn Widdershins "Silverfish" ⊡

This review is from: **Latawnya, the Naughty Horse, Learns to Say "No" to Drugs (Hardcover)**

A solid read right out of the gait! While most reviewers may feel as if they were mercilessly pommeled by the message of this book (adapted from the Canter-bury Tales), I found the story a great starting point for discussion. Sure to stirrup controversy, 'Latawnya' has her blinders removed by the harsher truths of life. Neighsayers, doubtlessly, feel it may be too 'adult' for youngsters, however, parents saddled with the responsibility of educating their kids may disagree. The unbridled truths revealed herein can only serve to corral the impetuous spirits of today's youth by presenting the dangers of today's world as they are. Stable homes are built on open relationships created thusly. Ms. Gibson doesn't trot around the moral to be learned, and, as such the reader is not reined in by obfuscations. I can only hope that others help to make this spread like Wildfire, the more the farrier. It behooves you to buy this book!

Help other customers find the most helpful reviews       Report abuse | Permalink
Was this review helpful to you? | Yes | No |

| Add a comment |

## Comments

Track comments by e-mail

Showing 1-8 of 8 posts in this discussion          Sort: Oldest first | Newest first

Initial post: May 16, 2007 12:52 PM PDT

⊡ Shannon B Davis **says:**

I haven't read the book, but your puns were awesome!

Reply to this post       Permalink | Report abuse
4 of 4 people think this post adds to the discussion. Do you? Yes | No |

Posted on May 18, 2007 6:19 AM PDT

⊡ FalseName **says:**

I am in love with you. LOL!

Reply to this post       Permalink | Report abuse
2 of 2 people think this post adds to the discussion. Do you? Yes | No |

Posted on May 20, 2007 7:32 PM PDT

⊡ Gage Beam **says:**

The best books inspire reviews that are even better. Thank you Sylvia Scott Gibson!

Reply to this post       Permalink | Report abuse
4 of 4 people think this post adds to the discussion. Do you? Yes | No |

Posted on May 25, 2007 8:57 AM PDT

⊡ Toby or not Toby **says:**

You really rode the puns across the finish line. Best review by a nose.

Reply to this post       Permalink | Report abuse
3 of 3 people think this post adds to the discussion. Do you? Yes | No |

Posted on May 30, 2007 5:35 PM PDT

### Review Details

Item



Latawnya, the Naughty Horse, Learns to Say "No" to Drugs

★★★★ (37 customer reviews)

| | |
|---|---|
| 5 star: | (28) |
| 4 star: | (1) |
| 3 star: | (1) |
| 2 star: | (1) |
| 1 star: | (6) |

**Used & New from:** $97.89

| Add to Wish List |

5 used & new available from $97.89

Reviewer

**Jocelyn Widdershins "Silverfish"**

**Location:** Chicago

New Reviewer Rank: 1,118,294
Classic Reviewer Rank: 619,069
See all my reviews

Amazon.com: Jocelyn Widdershins "Silverfish"'s review of Latawnya, the Naughty Horse... Page 2 of 3
Case 5:11-cv-00021-ODW -DTB Document 42 Filed 05/02/11 Page 47 of 71 Page ID
#:388

Athene Numphe **says:**

That was just brillant. Have you ever thought about entering a punning
compitition? (http://www.punpunpun.com/)

Reply to this post

Permalink | Report abuse
2 of 2 people think this post adds to the discussion. Do you? Yes | No |

Posted on Mar. 9, 2008 3:14 PM PDT

Ptoras **says:**

Those were the BEST PUNS EVER!!!!!! And I thought I was good at making
puns!

Reply to this post

Permalink | Report abuse
Do you think this post adds to the discussion? Yes | No |

Posted on Dec. 29, 2008 6:25 PM PST

Julio Arias Leon **says:**

Your review was brilliant. I had no idea anyone could come up with so many
puns for this incredible book. The mane thing to remember is to say "no way"
to drugs. I would like to thank you for writing this review. Thank you for
writing this review.

Reply to this post

Permalink | Report abuse
3 of 3 people think this post adds to the discussion. Do you? Yes | No |

Posted on May 10, 2009 11:10 AM PDT

Liquid_Peppermint **says:**

very punny

Reply to this post

Permalink | Report abuse
Do you think this post adds to the discussion? Yes | No |

‹ Previous 1 Next ›

**The Horses community**

  Latest activity
48 minutes ago

5,506 customers have contributed 3,739
products, 43 discussions and more...

› **Explore the community**

**The Humor community**

  Latest activity
4 minutes ago

38,948 customers have contributed 24,702
products, 2,002 lists & guides and more...

› **Explore the community**

**Your Recent History** (What's this?)

**Get to Know Us**

Careers

Investor Relations

Press Releases

Amazon and Our Planet

**Make Money with Us**

Sell on Amazon

Join Associates

Advertise Your Products

Self-publish with Us

› See all

**Let Us Help You**

Shipping Rates & Policies

Amazon Prime

Returns Are Easy

Manage Your Kindle

Help

## amazon.com

Canada    China    France    Germany    Italy    Japan    United Kingdom

| AmazonWireless Cellphones & Wireless Plans | Askville Community Answers | Audible Download Audio Books | DPReview Digital Photography | Endless Shoes & More | Fabric Sewing, Quilting & Knitting | IMDb Movies, TV & Celebrities | Shopbop Designer Fashion Brands | Small Parts Industrial Supplies | Warehouse Deals Open-Box Discounts | Woot Never Gonna Give You Up | Zappos Shoes & Clothing |

Conditions of Use    Privacy Notice    © 1996-2011, Amazon.com, Inc. or its affiliates

Web



amazon.com/ latawnya the naughty     Search

About 7,100 results (0.38 seconds)

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

**Set**

Sylvia Scott Gibson (Author of LATAWNYA, the
Naughty Horse, Learns ...

Jan 7, 2011 ... **Latawnya The Naughty Horse** Two is an
anti-drug children book. .... We take abuse seriously in our
**discussion boards**. ... or extremely offensive content (eg.
**pornography**, pro-Nazi, child abuse, etc). ...
www.goodreads.com/author/...

Amazon.com controversies - Wikipedia, the free
encyclopedia

In August 2010, the author of **Latawnya, the Naughty
Horse**, Learns to Say "No" to Drugs sued **Amazon** for listing
the book in its online catalog. ...
en.wikipedia.org/wiki/Amazon.com_controversies

Page of (Start over). Back. **Latawnya The Naughty Horse
Two** by Sylvia Scott Gibson .... Click on a tag to find related
items, **discussions**, and people. ...
www.amazon.com › Books › Children's Books

**WWW Discussion Board**: Discussion AreaWE'RE
BACK! ...... **Karl Edward Wagner** March 8 - 07:18 pm. Very
interesting site... **porn.womir.com** March 6 - 04:48 pm ......
Poe's Progeny now available from **Amazon** October 8 -
11:23 am ...... "**Latawnya, the naughty horse**, learns to say
no to drugs" May 26 - 05:52 pm ...
www.annswww.com/cg/bb/...

Article 55720 08/17/09. Amigo Health Acai **Amazon** Acai
Vitamin C Amigo Health Acai **Amazon** Acai Vitamin C
08/17/09 ...... Tunaparty.com **horse** hung men
reality_kings_porn 06/06/09 ...... **naughty** book worms
pomo ewrwetcs kiki 05/27/ 09 ...... Drilledmouths —
japanese **porn boards** xxxrealityzebxxuuu 04/02/09 ...
www.vgchat.com/...

**Web**   Images   Videos   Maps   News   Shopping   Gmail   more ▾                     Sign in



aamazon.com/Latawnya the naugh ✕      Search

About 222 results (0.52 seconds)                           Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

Enter location   [ **Set** ]

Show search tools

▸ YouTube - **Latawnya, The Naughty Horse**-A
Dramatic Reading
May 3, 2007 ... Latawnya, The Naughty Horse-A Dramatic
Reading ... to polish a dramatic reading of **Latawnya, the
Naughty Horse Learns to Say No to Drugs?** ...
www.youtube.com/watch?v=iWB9MfYoSfo -
Cached - Similar

**LATAWNYA, the Naughty Horse, Learns to Say
"NO" to Drugs « pixie ...**
**LATAWNYA, the Naughty Horse, Learns to Say "NO" to
Drugs** .... author has sued **amazon**, wikipedia, and urban
dictionary about their treatment of the book. ...
pixiestixkidspix.wordpress.com/.../latawnya-the-naughty-
horse-learns-to-say- no-to-drugs/ - Cached - Similar

**Amazon.com: Latawnya, the Naughty Horse,
Learns to Say "No" to ...**
**Amazon.com: Latawnya, the Naughty Horse, Learns to
Say "No" to Drugs** ( 9780533091027): ... These horses
represent humanity, and they are smoking drugs. ...
www.amazon.com › Books › Children's Books › Animals -
Cached - Similar

**Amazon.com** controversies - Wikipedia, the free
encyclopedia
Since its founding, the website **Amazon.com** has attracted
criticism and ..... **Amazon** has the right to sell the book as it
is not child **pornography** or legally ... of **Latawnya, the
Naughty Horse, Learns to Say "No" to Drugs** sued
**Amazon** for ...
en.wikipedia.org/wiki/Amazon.com_controversies -
Cached - Similar- Block all wikipedia.org results

Strange Famous Forum :: View topic - the
greatest book ever published
18 posts - 11 authors - Last post: May 16, 2007
**LATAWNYA, the Naughty Horse, Learns to Say "No" to
Drugs** ... this is a great review from **amazon.com** ....
perform in barnyard horse **porn**, and she, being a horse
herself, has engaged in Horse Orgies with other white
horses ...
www.strangefamousrecords.com/forum/viewtopic.php?
t...sid... - Cached

.Case 5:11-cv-00021-ODW -DTB   Document 42   Filed 05/02/11   Page 51 of 71   Page ID
#:392

 

the greatest book ever published

< View previous topic | View next topic >

 

## Strange Famous Forum > The General Forum

| Author | Message |
|---|---|

**Lants**

the greatest book ever published

Joined: 07 Aug 2006
Posts: 2112

LATAWNYA, the Naughty Horse, Learns to Say "No" to Drugs

http://forums.somethingawful.com/showthread.php?threadid=2457332

🗋 Tue May 15, 2007 9:31 pm

**MC Pope**

That's funny on so many levels that I think my head will explode.

Joined: 16 Jul 2004
Posts: 2986
Location: Adelaide, Australia

🗋 Tue May 15, 2007 9:38 pm

**LuvSpeakeasy**

this is a great review from amazon.com

Joined: 03 Jul 2002
Posts: 867
Location: es ef.

"This is the tale of three African American horses (Latawnya, Latoya and Daisy), who leave the stable and get drugs from four white horses (Connie, Chrystal, Jackie and Angie). It is a timely and poignant tale that will leave you laughing, crying, and making scary noises.

It starkly and accurately presents the real dangers horses in black neighborhoods face from Caucasian equine drug pushers; when one of the horses died of a drug overdose, this reviewer wept openly. This is a lesson all children, foals, calves, chicks and cubs must learn before it is too late.

A classic of our time. Get it while you still can."

🗋 Tue May 15, 2007 9:57 pm

**mizterie**

*LuvSpeakeasy wrote:*

Joined: 12 Mar 2004
Posts: 4574
Location: the ether

this is a great review from amazon.com

"This is the tale of three African American horses (Latawnya, Latoya and Daisy), who leave the stable and get drugs from four white horses (Connie, Chrystal, Jackie and Angie). It is a timely and poignant tale that will leave you laughing, crying, and making scary noises.

It starkly and accurately presents the real dangers horses in black neighborhoods face from Caucasian equine drug pushers; when one of the horses died of a drug overdose, this reviewer wept openly. This is a lesson all children, foals, calves, chicks and cubs must learn before it is too late.

A classic of our time. Get it while you still can."

no. way. hahahahaha. please, tell me that is not a real review.

🗋 Tue May 15, 2007 10:08 pm    

**MC Pope**    [QUOTE]

Joined: 16 Jul 2003
Posts: 2986
Location: Adelaide, Australia

I wonder if people whose work gets caught in the middle of an internet ironic appreciation storm are ever able to understand why ...

🗋 Tue May 15, 2007 10:12 pm    

**Sarcastro**    [QUOTE]

Joined: 27 Sep 2002
Posts: 3123

i love that they constantly have to remind you that they are horses and that their sisters are horses and their parents are horses and their dead friend was a horse.

Also that the author Syliva wrote herself as the mother horse and had the same number of children in the book as in real life. Makes you wonder if Latawnya is one of the two children no longer living at home.

🗋 Tue May 15, 2007 10:12 pm

**breakreep**
homophobic yet curious    [QUOTE]

Joined: 27 Sep 2004
Posts: 6366
Location: Fifth Jerusalem

"Then Daisy slapped the alcohol and drugs out of Latawnya's hoof."

I just snapped the part of my mind that masturbate's to reason and order.

🗋 Tue May 15, 2007 10:20 pm

**breakreep**
homophobic yet curious    [QUOTE]

Joined: 27 Sep 2004
Posts: 6366
Location: Fifth Jerusalem

And why is she still described as a naughty horse even on the last fucking page when she's already learned her lesson and is redundantly appealing to her parents for horse good graces and horse love?

🗋 Tue May 15, 2007 10:22 pm

**gordon shumway**    [QUOTE]

Joined: 23 Mar 2007
Posts: 292

"Then Daisy slapped the alcohol and drugs out of Latawnya's hoof" That's one way to get the message across. It should prevent horses from picking up.

I was late with this

🗋 Tue May 15, 2007 10:28 pm



**mzehe916**



Joined: 04 Aug 2006
Posts: 4358
Location: Germany

*breakreep wrote:*

And why is she still described as a naughty horse even on the last fucking page when she's already learned her lesson and is redundantly appealing to her parents for horse good graces and horse love?



Because in her second horse book "Latwanya the Naughty Horse Goes to Eastern Europe," she is a horse fluffer for the stallions who perform in barnyard horse porn, and she, being a horse herself, has engaged in Horse Orgies with other white horses.

🗋 Wed May 16, 2007 12:04 am



**Mordecai**



Joined: 21 Apr 2007
Posts: 96

Part of me was laughing, the other half was suffering cranial displeasure as my mind ripped in half. I think something has finally topped the experience of reading through Rowling's writing style.

I think I actually have a headache now. wtf.

We all need to publish equally awesome books via vantagepress.com

Who's on the PSA zoo train? I get tigers addicted to internet porn. Dibbs, bitches.

🗋 Wed May 16, 2007 12:27 am



**Lusid**
http://youtube.com/watch?
v=skCV2L0c6K0

Joined: 02 Apr 2007
Posts: 5082
Location: Dr. Pepperland

*mzehe916 wrote:*

> *breakreep wrote:*
>
> And why is she still described as a naughty horse even on the last fucking page when she's already learned her lesson and is redundantly appealing to her parents for horse good graces and horse love?

> Because in her second horse book "Latwanya the Naughty Horse Goes to Eastern Europe," she is a horse fluffer for the stallions who perform in barnyard horse porn, and she, being a horse herself, has engaged in Horse Orgies with other white horses.

I imagined you typing this while sitting at your desk.
I hope to god that none of your students ever stumble across this forum.

☐ Wed May 16, 2007 1:02
am



**redball**

QUOTE

Joined: 12 May 2006
Posts: 6528
Location: Northern New
Jersey

*LuvSpeakeasy wrote:*

this is a great review from amazon.com

"This is the tale of three African American horses (Latawnya, Latoya and Daisy), who leave the stable and get drugs from four white horses (Connie, Chrystal, Jackie and Angie). It is a timely and poignant tale that will leave you laughing, crying, and making scary noises.

It starkly and accurately presents the real dangers horses in black neighborhoods face from Caucasian equine drug pushers; when one of the horses died of a drug overdose, this reviewer wept openly. This is a lesson all children, foals, calves, chicks and cubs must learn before it is too late.

A classic of our time. Get it while you still can."

Did you see the comment on that review?

*Quote:*

A horse cannot be African American.

It is a HORSE.

.

I'm not sure why... but I completely lost it when I read this. Everything about this is insane, but that was the final straw. It is a HORSE!

*Mordecai wrote:*

Who's on the PSA zoo train? I get tigers addicted to internet porn.
Dibbs, bitches.

I call dibs on "Jimmy Bleeds A Lot", about understanding Jimmy the hemophiliac walrus. He bleeds. A lot.

Case 5:11-cv-00021-ODW -DTB    Document 42    Filed 05/02/11    Page 55 of 71    Page ID
#:396

**Web**  Images  Videos  Maps  News  Shopping  Gmail  more ▾                    Sign in



latawnya the naughty horse learns  ✕      Search

Press Enter to search.

**Everything**

Images

Videos

News

Shopping

More

**California**
Change location

Show search tools

▸ **Sylvia Scott** und "**Horse**" - Info zur Person -
Personensuche Yasni.co.uk
**Sylvia Scott Gibson** (Author of LATAWNYA, the Naughty
Horse ... **Sylvia Scott Gibson** is the author of **LATAWNYA,
the Naughty Horse, Learns to Say "No" to Drugs ...**
www.yasni.co.uk/sylvia+scott/check+people/Horse

Dressage Quebec - Official website of dressage in
Quebec
May 20, 2007 ... This bit of surrealism via BoingBoing:
**Latawnya the Naughty Horse Learns to Say "No" to
Drugs** (1991), by **Sylvia Scott Gibson**, ...
www.dressagequebec.com/blogs/?which=80&feed=28 -
Cached

Just **say** 'Neigh'. - Fool Moon
Jul 14, 2007 ... **Latawnya, The Naughty Horse, Learns To
Say 'No' To Drugs** by **Sylvia Scott Gibson** (published
1991) Let me share with you a story that will ...
foolmoon.com › ... › Forums › Town Meeting › Town Dump -
Cached

Older Entries - Re:Generator Magazine
May 17, 2007 ... **Sylvia Scott Gibson** wrote a book called
"**Latawnya, the Naughty Horse, Learns to Say 'No' to
Drugs,**" published at some point in 1991. ...
regeneratormag.com/page/856/?q=%2Ftag%2F-vic-cook%
2F - Cached

**Latawnya The Naughty Horse** Does Heroin |
Table Of Malcontents
Jun 12, 2007... Awful user WalkerB found an incredible anti-
drug fable: **Latawnya, The Naughty Horse, Learns to Say
"No" to Drugs by Sylvia Scott Gibson**. ...
www.wired.com/table_of_malcontents/2007/06/latawnya_the_na/
- Cached

**Latawnya, The Naughty Horse**-A Dramatic
Reading | Free Porn ...
Jun 14, 2010 ... "**Latawnya, The Naughty Horse, Learns
To Say 'No' To Drugs**" is a REAL ... Dude, the main horse's
family are named after **Sylvia Scott Gibson's** ...
www.pornzaap.com/latawnya-the-naughty-horse-a-
dramatic-reading.html - Cached

Case 5:11-cv-00021-ODW -DTB   Document 42   Filed 05/02/11   Page 56 of 71   Page ID #:397



# Free Porn, Porntube, Sex XXX PornBlog

looking for something?        **Home**     **About**

## Categories

- Amateur
- Anal
- Asian
- Babe
- Blonde
- Blowjob
- Bondage
- Brunette
- Bukkake
- Celebrity
- Creampie
- Cumshot
- Dancing
- Dick
- Ebony
- Fetish
- Fisting
- Funny
- Group
- Handjob
- Hardcore
- Interracial
- Naughty
- Pornstar
- Redhead
- Striptease

**June**
## 14

## Latawnya, The Naughty Horse-Reading

Posted In: Naughty by admin

Not exactly the filler I had planned, but it's a filler for sure. Behold, the literature. "Latawnya, The Naughty Horse, Learns To Say 'No' To Drug discovered this at Something Awful, I had to give it the most proper tr over at Something Awful for scanning the pages of this terrible book a of evil.

Up?

## 25 Comments

**TheEmpress666**14/06/10 @ 6:12 pm

Dude, the main horse's family are named after Sylvia Scott Gibson' named Latawnya after her daughter or something, and she's black On another note, this book is fucking insane.

**TheHelldragon**14/06/10 @ 6:39 pm

@WildTengu I don't care, man. Chill out.

**WildTengu**14/06/10 @ 7:02 pm **Sexy** Video Watch is nov

Get free access to this site with Hotbar offer engine

**How does it work?**

@TheHelldragon Tell it to that stupid Hotbar Download the Hotbar offer engine for access to p offer engine will show you labeled advertising in a s

🔳 **Teen**

## Recent Posts

🔳 **AdWords**正在测试相关广
告**(Related Ads)**

🔳 **Google**商家信息

🔳 在**AdWords**广告中设置
**SiteLink (**附加链接**)**

🔳 **Hot Latina Dancing**

🔳 **Young Black Girl
Stripping**



« Jul

Mugen Infantry? lolol, I don't even go there anymore.

### TheHelldragon14/06/10 @ 7:26 pm

@WildTengu Please control yourself, man. This ain't Mugen Infantry
channel :V

### AwYeahGurl14/06/10 @ 7:49 pm

@joliegirly18 lol Latawnya. Who the fuck names their child that, let
just a fucking stupid name, Jesus Christ, grow up girl.
But oooooh, so racist, because a white horse named Latawnya that
so blatantly racist towards blacks.
I agree with Wild, grow up girl.

### WildTengu14/06/10 @ 8:08 pm

@joliegirly18 Uhh. . . what? How does HORSES enforce the steroty
drugs? Especially considering the horses weren't black or anything.
Latawnya? I know a white girl in real life named Latawnya. And hisp
What does names matter anyways? Fact is. . . don't do drugs.
Go bitch and complain about it somewhere else. LOL HER NAME IS
Grow up.

### joliegirly1814/06/10 @ 8:44 pm

@WildTengu
this proves ur a dumbass. i don't like the book because it's basically
black people doing drugs. why the fuck does her name have to be l

### WildTengu14/06/10 @ 9:13 pm

@joliegirly18 Fuck you. This book is awesome. It tells you not to do
I bet you're some kind of druggie cuz you grew up without awesom

### TheHelldragon14/06/10 @ 9:32 pm

@joliegirly18 WildTengu is. . . special. Don't pay any heed to him.

### joliegirly1814/06/10 @ 9:56 pm

@WildTengu unless you're being sarcastic, which i hope you are, yc

### MabiSayo14/06/10 @ 10:06 pm

You must be pretty high if you think horses smoke and drink ~_~

### TheDramaticReadings14/06/10 @ 10:50 pm

The book should be turned into an epic animation. XD

### JackLuft14/06/10 @ 11:40 pm

I learned something today. I'm not sure what that is, but I think it horses.

### lamnaa15/06/10 @ 12:20 am

Surely Latawnya would have seen her sister not playing the smokin copy that?

### kingmerv0015/06/10 @ 12:48 am

That horse is for real.

### kingmerv0015/06/10 @ 1:16 am

That horse is for real.

### lolaphilologist15/06/10 @ 1:19 am

This accent is awesome. It's like it's 1944 over the radio, but only s

### maibunneh15/06/10 @ 1:57 am

why arent any boy horses drinking drugs?

### probnob123415/06/10 @ 2:14 am

i think latawnya just had 1st time fever

### jeffsmith234915/06/10 @ 3:08 am



Wed May 16, 2007 1:09 am

**Lusid**
http://youtube.com/watch?
v=skCV2L0c6K0

Joined: 02 Apr 2007
Posts: 5082
Location: Dr. Pepperland

QUOTE

138 bucks a pop? wowsers, I need to get in on this.

Malcolm The Maniac Depressant Marsupial?

Wed May 16, 2007 1:36 am

**Mordecai**

Joined: 21 Apr 2007
Posts: 96

QUOTE

*Lusid wrote:*

Malcolm The Maniac Depressant Marsupial?

Ahahahahahaha. Amazing.

We should just write these as a community. Bam, thread, do one of those "everyone add a line" things.

What book should we do first? ideas? thoughts?

*edit* and obviously I'm voting for my own here. Come on. Tigers. Porn. Saucy. Plus, I think they'd make adorable faces of embarassment, when one is surely caught by a snooping mother. ADORABLE!

Last edited by Mordecai on Wed May 16, 2007 1:48 am; edited 1 time in total

Wed May 16, 2007 1:46 am

**New Thread**   **Post Reply**

Jump to:  **The General Forum**   ▼   Go

Goto page 1, 2 Next
All times are GMT - 6 Hours. The time now is Thu Apr 28, 2011 11:48 am

Display posts from previous:   **All Posts**  ▼   **Oldest First**  ▼   GO

Powered by phpBB © 2001 **phpBB Group**

Template created by The Fathom
Based on template of Nick Mahon

We should just write these as a community. Bam, thread, do one of those
"everyone add a line" things.

What book should we do first? ideas? thoughts?

*edit* and obviously I'm voting for my own here. Come on. Tigers. Porn.
Plus, I think they'd make adorable faces of embarassment, when one is s
caught by a snooping mother. ADORABLE!

Last edited by Mordecai on Wed May 16, 2007 1:48 am; edited 1 time in total

□ Wed May 16, 2007 1:46
am





Jump to:   **The General Forum**

Goto page **1**, 2  Next
All times are GMT - 6 Hours. The time now is Thu Apr 28, 2011 11:48 am

Display posts from previous:   **All Posts**  ▼   **Oldest First**  ▼   GO

Powered by phpBB: © 2001 **phpBB Group**

Template created by The Fathom
Based on template of Nick Mahon

1

2                                    Exhibit 7

3        1. Cease and desist letter first sent to Urban Dictionary November 23, 2010.

4        2. The Defendants Urban Dictionary has taken the text from out of my book

5             Latawnya The Naughty Horse Learns To Say No To Drugs and placed the

6             text on different items for sale. Proof printed off Internet 11-26-2010.

7        3. The defendants Urban Dictionary were selling these items on the Internet.

8        4. Urban Dictionary web page shows that Latawnya The Naughty Horse

9             Learns to say No To Drugs is a best seller book. Printed off the internet

10            12-1-2010.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  Second Amended Complaint Page 16.

28

Case 5:11-cv-00021-ODW-DTB Document 42 Filed 05/02/11 Page 62 of 71 Page ID #:403

**From:** sylviagibson53 <sylviagibson53@aol.com>

**To:** info <info@urbandictionary.com>

**Subject:** Cease And Desist all illegal use of my book Latawnya The Naughty Horse Learns To Say No To Drugs and my birth name.

**Date:** Tue, Nov 23, 2010 2:56 pm

To The Urban Dictionary:

Cease and Desist all of the illegal use and sales of the text of my book name Latawnya The Naughty Horse Learns To Say No To Drugs. I did not sign any release form for anyone to sell my book or no parts of my book and neither my birth name Sylvia Scott Gibson.

Respectfully,
Sylvia Scott Gibson



basic tshirts $33.95 **20% off!**
Use coupon **URBANDICTION**



front tshirts $21.95 **20% off!**
Use coupon **URBANDICTION**

Latawnya the Naughty Horse

greeting cards $2.95 **20% off!**
Use coupon **URBANDICTION**



magnets $5.85 **20% off!**
Use coupon **URBANDICTION**
ⓘ **Text might be too long**
Click here to edit

mousepads $15.95 **20% off!**
Use coupon **URBANDICTION**



stickers $6.95 **20% off!**
Use coupon **URBANDICTION**

trucker hats $19.95 **20% off!**
Use coupon **URBANDICTION**

bumper stickers $6.10 **20% off!**
Use coupon **URBANDICTION**



logo hats $21.15 **20% off!**
Use coupon **URBANDICTION**

Case 5:11-cv-00021-ODW -DTB   Document 42   Filed 05/02/11   Page 64 of 71   Page ID
#:405



look up:    [ search ]

word of the day  word of the year  dictionary  **store**  add edit chat blog
**custom products**  word of the day products top products bookstore shopping cart

# Print this definition...

Latawnya the Naughty Horse
[Latawnya] the [Naughty] [Horse] was a very naughty horse. She was just like the other horses, [monkey see], monkey do. She would just see the otl horses and do.
Latawnya the Naughty Horse likes to play a smoking game and a drinking game, although she has no thumbs.
The acclaimed poet [Sylvia Scott-Gibson] has completed volumes of erotic poetry in addition to her self-published best-seller, Latawnya the Naught Learns to Say No to Drugs.

[ edit the text ]  or  [ pick another definition ]  share this

# ... on mugs, magnets, mousepads, tshirts and more!





2011 calendars $11.19



mugs $21.95 **20% off!**
Use coupon **URBANDICTION**

two tone mugs $25.19 **20% off!**
Use coupon **URBANDICTION**





temporary tattoos $1.60



steins $32.95 **20% off!**
Use coupon **URBANDICTION**

tshirts $25.05 **20% off!**
Use coupon **URBANDICTION**

**Web** Images Videos Maps News Shopping Gmail more ▼          Web History | Search settings | Sign in



| urban dictionary/latawnya the naug ✕ | **Search** | Instant is on ▼ |

About 88,500 results (0.48 seconds)          Advanced search

Did you mean: urban dictionary/latawnya the naughty horse learns to to drugs by Sylvia Scott **Gibson**

**Everything**

Images

Videos

More

**Norwalk, CA**

Change location

Show search tools

### Urban Dictionary: Sylvia Scott-Gibson
The acclaimed poet **Sylvia Scott-Gibson** has completed volumes of erotic poetry seller, **Latawnya the Naughty Horse Learns to Say No to Drugs.** ...
www.urbandictionary.com/define.php?term=Sylvia%20Scott-Gibson - Cached

### Urban Dictionary: no smoking
7 posts - 7 authors - Last post: Jul 8
Latawnya the Naughty Horse was a very naughty horse. ... self-published best- se
**Latawnya the Naughty Horse Learns to Say No to Drugs.** ...
www.urbandictionary.com/define.php?term=no%20smoking...3 - Cached

### Urban Dictionary: horse monkey
7 posts - 7 authors - Last post: Nov 7, 2009
Latawnya the Naughty Horse was a very naughty horse. ... The acclaimed poet ...
www.urbandictionary.com/define.php?term=horse%20monkey - Cached

### Urban Dictionary: Author Naughty Horse
1 post - 1 author - Last post: Nov 7, 2009
The acclaimed poet **Sylvia Scott-Gibson** has completed volumes of erotic poetry
**Latawnya the Naughty Horse Learns to Say No to Drugs.** ...
www.urbandictionary.com/author.php?author=Naughty+Horse - Cached

### Urban Dictionary: Latawnya the Naughty Horse t-shirts, mugs an
The acclaimed poet [**Sylvia Scott-Gibson**] has completed volumes of erotic poetr
best-seller, **Latawnya the Naughty Horse Learns to Say No to Drugs.** ...
www.urbandictionary.com/products.php?... Latawnya%20the%20Naughty%20l
Cached

### Urban Dictionary: say no
7 posts - 7 authors - Last post: Oct 17
... the Naughty Horse · buy latawnya the naughty horse mugs, tshirts and magnets
**Latawnya the Naughty Horse Learns to Say No to Drugs.** ...
www.urbandictionary.com/define.php?term=say%20no&page=5 - Cached

### Latawnya, the Naughty Horse, Learns to Say "No" to Drugs ...
**Latawnya, The Naughty Horse, Learns to Say "No" to Drugs** is a book by **Sylv Gibson** directed towards black children, warning them about the dangers of ...
en.wikipedia.org/.../Latawnya,_the_Naughty_Horse,_Learns_to_Say_%22No%22_to_Drugs - Cached - Similar

Exhibit 8

1. Defendants Pacific Lutheran University was sent a cease and desist letter dated March 25, 2011 for illegally publishing and selling my anti-drug children book.

2. Web page printed off the Internet 4-15-2011 shows books for sale. using my name to sell my book.

3. Web Page printed off the Internet 4-5-2011 shows my book is for sale for $24.99.

4. Next web page printed off 3-4-2011 order form showing the name of my book Latawnya The Naughty Horse Learns To Say No To Drugs $24.99.

5. Information Page states please contact the appropriate person for your questions about 1. Ordering - Tyler Nowlen - 253-535-8709
   2. Questions about book publishing, Margaret Ellsworth - 253-535-5463
   3. Administrative Staff, Briahna Taylor - 253-535-7241 printed off the Internet 3-4-2011

Second Amended Complaint Page 17.

PLEADING PAGE FOR A COMPLAINT

March 25, 2011

Cease And Desist Letter

Sylvia Scott Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Phone 951-242-4518

Attn: Administration
Pacific Luthern University
1010  122nd St  S.
Tacoma, WA 98447

Dear Pacific Luthern University:

I am demanding that you cease and desist all illegal publishing &
selling of my birth name alone with my anti-drug children book
name Latawnya The Naughty Horse Learns To Say No To Drugs.
That is my birth name on my book you are illegally publishing and
selling to the public without my permission. Stop publishing and
selling my book you have on your website. You have broken the
law. You are committing Copyright Infringement. Take down my
book you have on your website that you are publishing & selling.

Respectfully,

Sylvia Scott Gibson

Lawsuit Summary - **Sylvia Scott Gibson** v.
Cafepress.com, Inc.
Mar 31, 2009 ... 3/31/2009, 2, Certificate of Interested
Entities by **Sylvia Scott Gibson**. (cjl, COURT STAFF) (Filed
on 3/31/2009) (Entered: 03/31/2009) ...
www.rfcexpress.com/lawsuits/.../sylvia-scott-
gibson.../summary/ - Cached

God Makes Everything Possible by **Sylvia Scott
Gibson** & James E ...
**God Makes Everything Possible by Sylvia Scott Gibson &
James E. Gibson - God Makes Everything Possible is a
religious poetry book.**
www.facebook.com/...Sylvia-Scott-
Gibson...Gibson/140476682659519 - Cached

God Makes Everything Possible by **Sylvia Scott
Gibson** & James E ...
**Welcome to a Facebook Page about God Makes Everything
Possible by Sylvia Scott Gibson & James E. Gibson. Join
Facebook to start connecting with God Makes ...**
www.facebook.com/...Sylvia-Scott-
Gibson...Gibson/145515288810314 - Cached

**Sylvia Scott Gibson** | Photos on Myspace
**Browse Sylvia Scott Gibson's photo albums, comment,
share and tag on Myspace. Social entertainment powered
by the passions of fans.**
www.myspace.com/534828133/photos - Cached

Books For Sale
**In this educational fable, Sylvia Scott Gibson informs
children of the hazards and dangers of horse drug use. Only
$24.99. Click Here to Order ...**
www.plu.edu/~ellsworna/Books%20For%20Sale.htm -
Cached

**Previous**      1 **2** 3  4  5  6  7  8  9  10 11        **Next**

Search Help      Give us feedback

Google Home     Advertising Programs     Business Solutions     Privacy     Ab

Case 5:11-cv-00021-ODW -DTB   Document 42   Filed 05/02/11   Page 69 of 71   Page ID #:410



**Books For Sale**











*A tale about a horse...*



In this educational fable, Sylvia Scott Gibson informs children of the hazards and dangers of horse drug use.

**Only $24.99**
Click Here to Order

*A dignified dog...*



This inspiring tale tells a true story of a courageous dog who lives with a homeless Indian underneath a freeway. We're serious.

**Only $14.99**
Click Here to Order

*Our first poetry collection...*



*The Darker Fall* is our first poetry collection to date. Featuring poetry from Rick Barot, this collection will make you appear smart at social gatherings.

**Only 19.99**
Click Here to Order

Contact Information

Copyright @ Margaret, Tyler, Briahna
Updated May 2007



*Order Form*


About Us

**First Name:**

**Last Name:**

**Address:**


Books For Sale

**City:**          **State:**          **Zip:**

**Phone:**                    **Email:**


Become An Author

Sign me up for email recommendations from Book-It.


Featured Book

Check the book you want to order:

Author Testimonials

Latawnya, the Naughty Horse, Learns to Say "No" to Drugs
$24.99

Bo Dog
$14.99

The Darker Fall
$19.99

**Credit Card:**     Visa          **Card Number:**

**Name of Cardholder:**          **Expiration Date:** 01   2007

*__Submit__*

http://www.plu.edu/~ellswoma/orderform.html                    3/4/2011





*Please contact the appropriate person for you*

**Questions about book ordering:**

Tyler Nowlen - (253) 535-8709

**Questions about book publishing:**

Margaret Ellsworth - (253) 535-5463

**Administrative Staff:**

Briahna Taylor - (253) 535-7241









http://www.plu.edu/~ellswoma/contact.html

3/4/2011