Sylvia Scott Gibson & James E. Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
951-242-4518

**FOR OFFICE USE ONLY**

---

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Sylvia Scott Gibson & James E. Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | EDCV11-00021-ODW(DTBx) |
| Amazon.com & Their Third Party Urban Dictionary and Pacific Lutheran University | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S): Amazon.com & Their Third Party, Urban Dictionary and Pacific Lutheran University

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ __second__ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Sylvia Scott Gibson & James E. Gibso__, whose address is _12341 Arenisca Verde Dr., Moreno Valley, CA 92557_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: MAY - 2 2011

By: __ANDRES PEDRO__
Deputy Clerk
(Seal of the Court)
1202

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**FOR OFFICE USE ONLY**

---

CV-01A (12/07)   SUMMONS