1

**Name:** Sylvia Scott Gibson & James E. Gibson

2

**Address:** 12341 Arenisca Verde Dr.

3

Moreno Valley CA 92557

4

**Phone:** 951-242- 4518

5

**Fax:** _____

6

In Pro Per

7

FILED
CLERK, U.S. DISTRICT COURT

MAY - 2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

9

| Sylvia Scott Gibson & James E Gibson | **CASE NUMBER:** |
|---|---|

10

11

**EDCV 11-21 ODW (DTBx)**

Plaintiff

12

v.

13

Amazon.com & Their Third Party

14

Urban Dictionary & Pacific Lutheran University

**Requesting A Court Injunction**

15

Defendant(s).

16 We, the Plaintiffs are requesting a court Injunction against amazon.com and Their Third Party,

17 Urban Dictionary and Pacific Lutheran University. The Defendants amazon.com and their Third

18 Party are selling 9 of my family members birth names inside of my book and my birth name

19 Sylvia Scott Gibson. Amazon is selling my family birth names and my book using their fraud

20 second edition author name Sylvia S Gibson on my book to sell to their connections to 25 different

21 countries plus the United State. Amazon crossed out my name the original author Sylvia Scott

22 Gibson alone with the 11 different countries  where they were selling my book and my

23 family birth names which is inside of my book. we are asking the court for an Injunction to stop

24 amazon.com and their third Party from selling all 10 family names and my book in these 25

25 different countries plus the United State and any other countries we do not know about using my

26 name Sylvia Scott Gibson or their fraudulent second edition author Sylvia S Gibson. In the second

27 Amended Complaint it show proof Sylvia S Gibson is a fraud.

28 Requesting a Court Injunction: page 1.

1. The names of the countries are the following: 1. United Arab Emirates 2. Australia 3. Belgium.
2. Bahrain 5. Switzerland 6. CL 7. Germany 8. Spain 9. Finland 10. France 11. Hong Kong
3. 12. Indonesia 13. India 14. Japan 15. Kenya 16. Kuwait 17. Sri Lanka 18. Malaysia 19. Net
4. 20. New Zealand 21. Russia 22. Saudia Arabia 23. Singapore 24. Thailand 25. South Africa plus
5. the United State. Proof is attached. They are using the fraudulent second edition author name
6. Sylvia S Gibson to sell my book Latawnya The Naughty Horse Learns To Say No To Drugs in those
7. different countries without any signed legal documents from me, the original author Sylvia Scott
8. Gibson. My family members birth names inside of my book are as follows: James, Latawnya, Daisy
9. Gregory, Chrystal, Connie, Latoya, Jackie, & Angie.
10. This is another reason why we need an Injunction amazon.com have my children book deep into
11. the pornography world. They have the name of my children book Latawnya The Naughty
12. Learns To Say No To Drugs opening up pornography websites and pornography videos. This is
13. an anti-drug children book full of horses with amazon involving pornography with my children
14. book, this can attract all kinds of sex manics freaks, proverbs. Amazon have my book, my family
15. birth names and my name into pornography and we want Justice.
16.  1. Amazon.com illegally published a second edition of my anti-drug children book.
17.  2.Amazon changed the author name on the book from Sylvia Scott Gibson to the fraudulent
18. author Sylvia S Gibson. 3. Amazon put my children book with 9 of my family members inside of
19. my book and me into pornography. We would like to know, why would amazon put an anti-drug
20. children book into pornography with a real whole family inside the book? My children book,
21. my family and me do not have anything to do with any pornography.
22.
23.
24.
25. May 2, 2011                                                    Sylvia Scott Gibson & James E Gibson
26.                                                                        Sylvia Scott Gibson & James E Gibson
27.
28. Requesting a Court Injunction Page 2.

1                                               Exhibit 1

2                1. Proof the book is shipped to 25 different countries plus the United State

3                2. Proof book illegally published 2 editions in 1990

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Requesting a Court Injunction – Page 3.



# infibeam.com

Books   **Mobiles**   **Gifts**   **Computers**   **Watches**   **Apparel**   Hc

All Stores

Books

**Books**   ▾

eBooks | New Releases | Best Sellers | Recommended | Upcoming | E

## Latawnya, The Naughty Horse, Learns To Say" No" To Drugs (Hardcover)

By Sylvia S Gibson  (Author)

Write a Review

List Price: ₹ 329

Our Price: ₹ 257

You Save: ₹ 72 (22%)

22%

This item is presently **Out of Stock.**

Latawnya, the Naughty Horse, Learns to Say" No" to Drugs Book Description

Book Details

**Title:**   Latawnya, the Naughty Horse, Learns to Say" No" to Drugs

**Publisher:** Vantage Press

**Author:**   Sylvia S Gibson

**Edition:**   Hardcover

**ISBN:**   **0533091020**

**EAN:**   **9780533091027**

**Deliverable Countries**: This product ships to *United Arab Emirates, Australia, Belgium, Bahrain, Switzerland, Cl Germany, Spain, Finland, France, Hong Kong, Indonesia, India, Japan, Kenya, Kuwait, Sri Lanka, Malaysia, Neth New Zealand, Russia, Saudi Arabia, Singapore, Thailand, South Africa.*

Similar Books

Hello. Sign in to get personalised recommendations. New Customer? Start here.

Your Amazon.co.uk | Today's Deals | Gift Cards | Gifts & Wish Lists

| Shop All Departments | Search Children's Books | latawnya the naughty horse learns to say n |
| Books | Advanced Search | Browse Genres | New & Future Releases | Bestsell |

Your search **"latawnya the naughty horse learns to say no to drugs in the United Kingdom sylvia scott gibson"** did not match any products.

"latawnya ~~the~~ naughty horse ~~learns to say no to drugs in the United Kingdom sylvia scott gibson~~" (Showing Both Results)

1.

No image available

2.



La Horse, Learns to Say "No" to Drugs **- Hardcover (May 1990) by Sylvia S. Gibson**

2 used from £103.95

(2)

★★★★☆

Bl Illustrators of Books for Children and Young Adults: a Biographical Dictionary (Garland reference library of the humanities) **- Hardcover (1 Dec 1998) by Barbara Thrash Murphy**

Buy new: ~~£95.00~~ **£90.25**

7 new from £76.64

3 used from £2.39

Get it by **Thursday, Dec 2** if you order in the next 14 hours and choose express delivery.

Eligible for **FREE** Super Saver Delivery.

Only 1 left in stock - order soon.

Your Recent History (What's this?)

Hello. Sign in to get personalized recommendations. New Customer? Start here.

Your Store | Deals Store | Gift Certificates

Shop All Departments    Search  Children's Books    latawnya the naughty horse learns to say no to dru

Books    Advanced Search    Browse Subjects    New & Future Releases    Bests

**Your search "latawnya the naughty horse learns to say no to drugs in Spain by Sylvia Scott Gibson" did not match any products.**

Showing results using some of your search terms

## "latawnya ~~the naughty horse~~ ~~learns to say no to drugs in Spain by~~ ~~Sylvia Scott Gibson~~" ()

1.



La
Horse Two **- Hardcover (April 27 2010) by Sylvia Scott Gibson, James E. Gibson, and Gregory V. Gibson**

Buy new: ~~CDN$ 25.16~~ CDN$ 16.51

Not in stock; order now and we'll deliver when available

Eligible for **FREE** Super Saver Shipping.

2.



La
Horse, Learns to Say "No" to Drugs **- Hardcover (May 1990) by Sylvia S. Gibson**

Currently unavailable

3.



Bi
Illustrators of Books for Children and Young Adults, 3rd edition: A Biographical Dictionary **- Hardcover (Dec 1 1998) by Barbara Thrash Murphy**

Buy new: ~~CDN$ 172.50~~ CDN$ 139.78

4 new from CDN$ 139.52
3 used from CDN$ 4.46
Usually ships in 3 to 5 weeks
Eligible for **FREE** Super Saver Shipping.

See all 3 results

Sponsored Links (What is this?)

1.  **Keeping Kids Off Drugs**    Educate Your Kids About **Drugs** Before Someone Else Does    www.drugfacts4youngpeople.com

2.  **HorseMedsOnline**    International supplier for all your **horse** equine performance needs.    www.**horse**medsonline.com

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search  **Books**    | latawnya the naughty horse learns to say

Books    Advanced Search    Browse Subjects    New Releases    Bestsellers

Your search **"latawnya the naughty horse learns to say no to drugs in germany by sylvia scott gibson"** did not match any products.

Showing results using some of your search terms

**"latawnya the naughty horse learns to say no to drugs** ~~in germany by sylvia scott gibson~~" (See all 4 results)

1.

No image available

La Horse, Learns to Say "No" to Drugs **- Hardcover (May 1990) by Sylvia S. Gibson**

4 used from $95.81

(37)

★★★★☆

2.

LOOK INSIDE!

The House That Crack Built

Th... Built **- Paperback (July 1, 1992) by** Clark Taylor **and Jan Thompson Dicks**

Buy new: **$6.95**

33 new from $2.66

35 used from $0.19

Get it by **Thursday, Dec. 2** if you order in the next 20 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 3 left in stock - order soon.

(18)

Other Formats: Hardcover;
See All.

3.



LOOK INSIDE!

Bl... Illustrators of Books for Children and Young Adults, 3rd edition: A Biographical Dictionary (Garland Reference Library of Social Science) **- Hardcover (Dec. 1, 1998) by** Barbara Thrash Murphy

Buy new: ~~$150.00~~ $108.00

6 new from $59.00

15 used from $1.22

Get it by **Thursday, Dec. 2** if you order in the next 20 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 1 left in stock - order soon.

See newer edition of this book

See all 4 results

**"latawnya** ~~the naughty horse~~ ~~learns to say no to drugs in germany by~~

Amazon.com: latawnya the naughty horse learns to say no to drugs in China by Sylvia Sco...

Case 5:11-cv-00021-ODW -DTB    Document 43    Filed 05/02/11    Page 8 of 31    Page ID #:420

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search  Books                    latawnya the naughty horse learns to say

Books                    Advanced Search    Browse Subjects    New Releases    Bestsellers    Th

**Your search "latawnya the naughty horse learns to say no to drugs in China by Sylvia Scott Gibson" did not match any products.**

Showing results using some of your search terms

"latawnya the naughty horse learns to say no to drugs ~~in China by Sylvia Scott Gibson~~" (See all 4 results)

1.

2.



3.



See all 4 results

La Horse, Learns to Say "No" to Drugs **- Hardcover (May 1990) by Sylvia S. Gibson**

4 used from $95.81

(37)

★★★★☆

Th Built **- Paperback (July 1, 1992) by** Clark Taylor **and Jan Thompson Dicks**

Buy new: **$6.95**

33 new from $2.66

35 used from $0.19

Get it by **Thursday, Dec. 2** if you order in the next 18 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 3 left in stock - order soon.

(18)

Other Formats: Hardcover; See All.

Bi Illustrators of Books for Children and Young Adults, 3rd edition: A Biographical Dictionary (Garland Reference Library of Social Science) **- Hardcover (Dec. 1, 1998) by** Barbara Thrash Murphy

Buy new: ~~$150.00~~ $108.00

6 new from $59.00

15 used from $1.22

Get it by **Thursday, Dec. 2** if you order in the next 18 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 1 left in stock - order soon.

See newer edition of this book

"latawnya ~~the~~ naughty horse ~~learns to say no to drugs in China by~~

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search   Children's Books        latawnya the naughty horse learns to say

Books            Advanced Search    Browse Subjects    New Releases    Bestsellers    The

Your search **"latawnya the naughty horse learns to say no to drugs in italy by sylvia scott gibson"** did not match any products.

Showing results using some of your search terms

"latawnya the naughty horse learns to say no to drugs ~~in italy by sylvia scott gibson~~" (Showing all results)

1.

No image available

La Horse, Learns to Say "No" to Drugs **- Hardcover (May 1990) by Sylvia S. Gibson**

4 used from $95.84

(37)

★★★★☆ 

2.

LOOK INSIDE!

The House That Crack Built

Th Built **- Paperback (July 1, 1992) by** Clark Taylor **and Jan Thompson Dicks**

Buy new: **$6.95**

33 new from $2.66

35 used from $0.19

Get it by **Thursday, Dec. 2** if you order in the next 26 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 3 left in stock - order soon.

(18)

Other Formats: Hardcover; See All.

★★★★☆

3.

La Horse Two **- Hardcover (Apr. 27, 2010) by Sylvia Scott Gibson, James E. Gibson, and Gregory V. Gibson**

Buy new: **$24.95**

Not in stock; order now and we'll deliver when available

Eligible for **FREE** Super Saver Shipping.

See all 3 results

Sponsored Links (What's this?)

Keeping Kids Off Drugs        Educate Your Kids About **Drugs** Before Someone Else Does        www.drugfacts4youngpeople.com

See a problem with these advertisements? Let us know

Advertise on Amazon

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search  Books    latawnya the naughty horse learns to say

Books    Advanced Search    Browse Subjects    New Releases    Bestsellers    Th

**Your search "latawnya the naughty horse learns to say no to drugs in Japan by Sylvia Scott Gibson" did not match any products.**

Showing results using some of your search terms

"latawnya the naughty horse learns to say no to drugs ~~in Japan by Sylvia Scott Gibson~~" (See all 4 results)

1.    2.    3.

    

No image available

See all 4 results

La... Horse, Learns to Say "No" to Drugs **- Hardcover (May 1990) by Sylvia S. Gibson**

4 used from $95.81

(37)

★★★★★ (v)

Th... Built **- Paperback (July 1, 1992) by** Clark Taylor **and Jan Thompson Dicks**

Buy new: **$6.95**

33 new from $2.66

35 used from $0.19

Get it by **Thursday, Dec. 2** if you order in the next 18 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 3 left in stock - order soon.

(18)

Other Formats: Hardcover; See All.

Bi... Illustrators of Books for Children and Young Adults, 3rd edition: A Biographical Dictionary (Garland Reference Library of Social Science) **- Hardcover (Dec. 1, 1998) by** Barbara Thrash Murphy

Buy new: ~~$150.00~~ $108.00

6 new from $59.00

15 used from $1.22

Get it by **Thursday, Dec. 2** if you order in the next 18 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 1 left in stock - order soon.

See newer edition of this book

"latawnya ~~the~~ naughty horse ~~learns to say no to drugs in Japan by~~

Amazon.com: latawnya the naughty horse learns to say no to drugs in Canada by Sylvia B...

Case 5:11-cv-00021-ODW -DTB   Document 43   Filed 05/02/11   Page 11 of 31   Page ID
#:423

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments     Search  Children's Books          | latawnya the naughty horse learns to say

Books          Advanced Search     Browse Subjects     New Releases     Bestsellers

**Your search "latawnya the naughty horse learns to say no to drugs in Canada by Sylvia Scott Gibson" did not match any products.**

Showing results using some of your search terms

"latawnya the naughty horse learns to say no to drugs ~~in Canada by Sylvia Scott Gibson~~" (Showing all results)

1.

No image available

La Horse, Learns to Say "No" to Drugs - **Hardcover (May 1990) by Sylvia S. Gibson**

4 used from $95.81

(37)

★★★★☆ (1v)

2.



Th
Built - **Paperback (July 1, 1992) by** Clark Taylor **and Jan Thompson Dicks**

Buy new: **$6.95**

33 new from $2.66

35 used from $0.19

Get it by **Thursday, Dec. 2** if you order in the next 19 hours and choose one-day shipping.
Eligible for **FREE** Super Saver Shipping.

Only 3 left in stock - order soon.

(18)

★★★★☆ (1v)

Other Formats: Hardcover;
See All.

3.



See all 3 results

La Horse Two - **Hardcover (Apr. 27, 2010) by Sylvia Scott Gibson, James E. Gibson, and Gregory V. Gibson**

Buy new: **$24.95**

Not in stock; order now and we'll deliver when available
Eligible for **FREE** Super Saver Shipping.

Sponsored Links (what's this?)

1. **Keeping Kids Off Drugs**          Educate Your Kids About **Drugs** Before Someone Else Does     www.drugfacts4youngpeople.com

2. **HorseMedsOnline**          International supplier for all your www.**horse**medsonline.com **horse** equine performance

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search **Books**                    Latawnya the naughty hrse learns to say

Books              Advanced Search       Browse Subjects        New Releases        Bestsellers

**Your search "Latawnya the naughty hrse learns to say no to drugs in Georgia in the United State by Sylvia Scott Gibson" did not match any products.**

Showing results using some of your search terms

"Latawnya ~~the naughty~~ hrse learns ~~to say no to drugs in Georgia in the United State by Sylvia Scott Gibson~~" (Showing the only result)

i.

No image
available

La
Horse, Learns to Say "No"
to Drugs **– Hardcover
(May 1990) by Sylvia S.
Gibson**
4 used from $95.81
              (37)
★★★★☆ (9)

Sponsored Links (What's this?)

1. **Keeping Kids Off Drugs**      **Educate Your Kids About Drugs**   www.drugfacts4youngpeople.com
                                   Before Someone Else Does

2. **HorseMedsOnline**            International supplier for all your   www.horsemedsonline.com
                                   **horse** equine performance
                                   needs.

See a problem with these advertisements? Let us know        Advertise on Amazon

Showing results using some of your search terms

**Your Recent History** (What's this?)

**Recently Viewed Items       Continue Shopping:** Customers

Hello. Sign in to get personalized recommendations. New Customer? Start here.

Your Store | Deals Store | Gift Certificates

Shop All Departments    Search Children's Books    ·  latawnya the naughty horse learns to say no to dru

Books                   Advanced Search    Browse Subjects    New & Future Releases    Bes

**Your search "latawnya the naughty horse learns to say no to drugs in california by Sylvia Scott Gibson" did not match any products.**

Showing results using some of your search terms

## "latawnya the naughty horse ~~learns to say no to drugs in california by Sylvia Scott Gibson~~" ()

1.



La
Horse Two – **Hardcover** (April 27 2010) by Sylvia Scott Gibson, James E. Gibson, and Gregory V. Gibson

Buy new: ~~CDN$ 25.16~~ CDN$ 16.51

Not in stock; order now and we'll deliver when available

Eligible for **FREE** Super Saver Shipping.

2.



La
Horse, Learns to Say "No" to Drugs – **Hardcover** (May 1990) by Sylvia S. Gibson

Currently unavailable

3.



Bi
Illustrators of Books for Children and Young Adults, 3rd edition: A Biographical Dictionary – **Hardcover** (Dec 1 1998) by Barbara Thrash Murphy

Buy new: ~~CDN$ 172.50~~ CDN$ 139.78

4 new from CDN$ 139.52
3 used from CDN$ 4.46
Usually ships in 3 to 5 weeks
Eligible for **FREE** Super Saver Shipping.

See all 3 results

Sponsored Links (what is this?)

1. Keeping Kids Off Drugs    Educate Your Kids About **Drugs** Before Someone Else Does    www.drugfacts4youngpeople.com

2. HorseMedsOnline    International supplier for all your **horse** equine performance needs.    www.horsemedsonline.com

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search **Books**    | latawnya the nughty horse learns to say

Books    Advanced Search    Browse Subjects    New Releases    Bestsellers    The

Your search **"latawnya the nughty horse learns to say no to drugs in brazil by sylvia scott gibson"** did not match any products.

Showing results using some of your search terms

"latawnya ~~the nughty~~ horse learns ~~to say no to drugs in brazil by sylvia scott gibson~~" (Showing the only result)

1.

No image available

La
Horse, Learns to Say "No"
to Drugs - **Hardcover**
**(May 1990) by Sylvia S.**
**Gibson**
4 used from $95.85
         (37)
★★★★☆

Sponsored Links (what's this?)

1. **Keeping Kids Off Drugs**    Educate Your Kids About **Drugs** Before Someone Else Does    www.drugfacts4youngpeople.com

2. **Say No To Drugs**    Everything **to** do with **Say No To Drugs i**tems.    Yahoo.com

3. **HorseMedsOnline**    International supplier for all your **horse** equine performance needs.    www.**horsemedsonline**.com

See a problem with these advertisements? Let us know

Advertise on Amazon

Showing results using some of your search terms

Amazon.com: latawnya the naughty horse learns to say no to drugs in portugal by sylvia

Hello. Sign in to get personalized recommendations. New customer? Start here.

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Shop All Departments    Search  **Books**    latawnya the naughty horse learns to say

Books    Advanced Search    Browse Subjects    New Releases    Bestsellers

Your search **"latawnya the naughty horse learns to say no to drugs in portugal by sylvia scott gibson"** did not match any products.

Showing results using some of your search terms

**"latawnya the naughty horse learns to say no to drugs ~~in portugal by sylvia scott gibson~~"** (See all 4 results)

1.

No image available

La Horse, Learns to Say "No" to Drugs - **Hardcover (May 1990) by Sylvia S. Gibson**

4 used from $95.85

(37)

★★★★☆

2.



LOOK INSIDE!

Th... Built - **Paperback (July 1, 1992) by** Clark Taylor **and Jan Thompson Dicks**

Buy new: **$6.95**

33 new from $2.66

35 used from $0.19

Get it by **Thursday, Dec. 2** if you order in the next 22 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 3 left in stock - order soon.

(18)

Other Formats: Hardcover; See All.

★★★★☆

3.

LOOK INSIDE!

Bl... Illustrators of Books for Children and Young Adults, 3rd edition: A Biographical Dictionary (Garland Reference Library of Social Science) - **Hardcover (Dec. 1, 1998) by** Barbara Thrash Murphy

Buy new: ~~$150.00~~ **$108.00**

6 new from $59.00

15 used from $1.22

Get it by **Thursday, Dec. 2** if you order in the next 22 hours and choose one-day shipping.

Eligible for **FREE** Super Saver Shipping.

Only 1 left in stock - order soon.

See newer edition of this book

See all 4 results

**"latawnya ~~the naughty horse~~ ~~learns to say no to drugs in portugal by~~**



ts by Sylvia S. Gibson

rating: 4.09 | 47 ratings | 30 reviews | 1 distinct work | find books in swap

Latawnya, the Naughty Horse, Learns to Say "No" to Drugs

by Sylvia S. Gibson

★★★★½ 4.09 avg rating — 47 ratings — published 1990 — 2 editions

* Note: these are all the books on Goodreads for this author. To add more, perform a

**Quotes by Sylvia S. Gibson**

No quotes have been added to this profile yet. Add one now.



1990 - Latawnya The Naughty Horse Lear

ISBN-13: 9780533091027

ISBN-10: 0533091020

Genre: Children's Books

★ ★ ★ ★ ★ ?

Buy this book from Amazon



1    Exhibit 2

2    1. Proof Discussion Board website states pornography now available from amazon

3    It shows the date & time when they entered my children book Latawnya The Naughty Horse

4    Learns To Say No To Drugs into pornography. Proof printed off the Internet 4-28-2011.

5    2. Free Porn, XXX PornBlog Latawnya The Naughty Horse Reading.

6    3. A great review from amazon.com used my children book Latawnya to open up the

7    web page where amazon is speaking about horses having orgies. Proof printed off

8    the Internet 4-28-2011

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Requesting a Court Injunction - Page 4.

Web



amazon.com/ latawnya the naughty          Search

About 7,100 results (0.38 seconds)

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

Set

Sylvia Scott Gibson (Author of LATAWNYA, the
Naughty Horse, Learns ...

Jan 7, 2011 ... **Latawnya The Naughty Horse** Two is an
anti-drug children book. .... We take abuse seriously in our
**discussion boards.** ... or extremely offensive content (eg.
**pornography**, pro-Nazi, child abuse, etc). ...
www.goodreads.com/author/.../878364-Sylvia-Scott-Gibson

Amazon.com controversies - Wikipedia, the free
encyclopedia
In August 2010, the author of **Latawnya, the Naughty
Horse**, Learns to Say "No" to Drugs sued **Amazon** for listing
the book in its online catalog. ...
en.wikipedia.org/wiki/Amazon.com_controversies

Page of (Start over). Back. **Latawnya The Naughty Horse
Two** by Sylvia Scott Gibson .... Click on a tag to find related
items, **discussions**, and people. ...
www.amazon.com › Books › Children's Books › Animals

**WWW Discussion Board:** Discussion AreaWE'RE
BACK! ...... Karl Edward Wagner March 8 - 07:18 pm. Very
interesting site... **porn.**womir.com March 6 - 04:48 pm ......
Poe's Progeny now available from **Amazon** October 8 -
11:23 am ...... "**Latawnya, the naughty horse**, learns to say
no to drugs" May 26 - 05:52 pm ...
www.violetbooks.net/.amah3/messages/message/3.4.html

Article 55720 08/17/09. Amigo Health Acai **Amazon** Acai
Vitamin C Amigo Health Acai **Amazon** Acai Vitamin C
08/17/09 ...... Tunaparty.com **horse** hung men
reality_kings_porn 06/06/09 ...... **naughty** book worms
porno ewrwetcs kiki 05/27/ 09 ...... Drilledmouths --
japanese **porn boards** xxxrealityzetxxxuuu 04/02/09 ...
www.cranenote.com/.com/Avenue.html/A000.0X.html



**Web**  Images  Videos  Maps  News  Shopping  Gmail  more ▾                    Sign in

latawnya the naughty horse learns ✕    **Search**

Press Enter to search

**Everything**

Images

Videos

News

Shopping

More

**California**

Change location

Show search tools

Sylvia Scott und "Horse" - Info zur Person -
Personensuche Yasni.co.uk
**Sylvia Scott Gibson** (Author of LATAWNYA, the Naughty
Horse ... **Sylvia Scott Gibson** is the author of **LATAWNYA,
the Naughty Horse, Learns to Say "No" to Drugs ...**
www.yasni.co.uk/sylvia+scott+horse+info+to+Horse

Dressage Quebec - Official website of dressage in
Quebec
May 20, 2007 ... This bit of surrealism via BoingBoing:
**Latawnya the Naughty Horse Learns to Say "No" to
Drugs** (1991), by **Sylvia Scott Gibson**, ...
www.dressagequebec.com/news/Detail.cfm?id=26
Cached

Just say 'Neigh'. - Fool Moon
Jul 14, 2007 ... **Latawnya, The Naughty Horse, Learns To
Say 'No' To Drugs** by **Sylvia Scott Gibson** (published
1991) Let me share with you a story that will ...
www.foolmoon.com  - Comments - 14-Jul-2007 - 09 Comments
Cached

Older Entries - Re:Generator Magazine
May 17, 2007 ... **Sylvia Scott Gibson** wrote a book called
"**Latawnya, the Naughty Horse, Learns to Say 'No' to
Drugs,**" published at some point in 1991. ...
regeneratormag.com/page/4?archives... - Older Entries -
17 - Cached

Latawnya The Naughty Horse Does Heroin |
Table Of Malcontents
Jun 12, 2007... Awful user WalkerB found an incredible anti-
drug fable: **Latawnya, The Naughty Horse, Learns to Say
"No" to Drugs by Sylvia Scott Gibson**. ...
www.tableofmalcontents.org/2007/06/12/latawnya-the-naughty-
Cached

Latawnya, The Naughty Horse-A Dramatic
Reading | Free Porn ...
Jun 14, 2010 ... "**Latawnya, The Naughty Horse, Learns
To Say 'No' To Drugs**" is a REAL ... Dude, the main horse's
family are named after **Sylvia Scott Gibson's ...**
www.myvidster.com/latawnya-the-naughty-horse-a-
dramatic-reading-free-porn



# Free Porn, Porntube, Sex XXX PornBlog

looking for something?    Home    About

## Categories

- Amateur
- Anal
- Asian
- Babe
- Blonde
- Blowjob
- Bondage
- Brunette
- Bukkake
- Celebrity
- Creampie
- Cumshot
- Dancing
- Dick
- Ebony
- Fetish
- Fisting
- Funny
- Group
- Handjob
- Hardcore
- Interracial
- Naughty
- Pornstar
- Redhead
- Striptease

### Jun 14

## Latawnya, The Naughty Horse-Reading

Posted In: Naughty by admin

Not exactly the filler I had planned, but it's a filler for sure. Behold, the literature. "Latawnya, The Naughty Horse, Learns To Say 'No' To Drug discovered this at Something Awful, I had to give it the most proper tr over at Something Awful for scanning the pages of this terrible book a of evil.

Up?

## 25 Comments

### TheEmpress66614/06/10 @ 6:12 pm

Dude, the main horse's family are named after Sylvia Scott Gibson' named Latawnya after her daughter or something, and she's black On another note, this book is fucking insane.

### TheHelldragon14/06/10 @ 6:39 pm

@Wildtengu I don't care, man, chill out.

### WildTengu14/06/10 @ 7:02 pm

@thehelldragon I tell it l.17

Sexy Video Watch is now
Get free access to this site with Hotbar offer engine
How does it work?
Download the Hotbar offer engine for access to p offer engine will show you labeled advertising in a s

Mugen Infantry? Idiot, I don't even go there anymore.

.⁃ Teen

## Recent Posts

.⁃ AdWords相似測試相关广
    广(Related Ads)

.⁃ Google隐形眼镜

.⁃ 在AdWords广告中投放
    SiteLink (附加链接)

.⁃ Hot Latina Dancing

.⁃ Young Black Girl
    Stripping

### TheHelldragon 14/06/10 @ 7:26 pm

@WildTengu Please control yourself, man. This ain't Mugen Infantry channel :V

### AwYeahGurl 14/06/10 @ 7:49 pm

@joliegirly18 lol Latawnya. Who the fuck names their child that, lol just a fucking stupid name, Jesus Christ, grow up girl
But ooooooh, so racist, because a white horse named Latawnya that so blatantly racist towards blacks.
I agree with Wild, grow up girl.

### WildTengu 14/06/10 @ 8:08 pm

@joliegirly18 Duh... what? How does HORSES endorse the smoking drugs? Especially considering the horses weren't black or anything, Latawnya? I know a white girl in real life named Latawnya. And hell What does names matter anyways? Fact is... don't do drugs.
Go bitch and complain about it somewhere else. LOL HER NAME IS Grow up.

#### joliegirly18 14/06/10 @ 8:44 pm

@WildTengu
this proves ur a dumbass. i don't like the book because it's basically black people doing drugs. why the fuck does her name have to be l

### WildTengu 14/06/10 @ 9:13 pm

@joliegirly18 Fuck you. This book is awesome. It tells you not to dr I bet you're some kind of druggie cuz you grew up without awesom

### TheHelldragon 14/06/10 @ 9:32 pm

@joliegirly18 WildTengu is... special. Don't pay any heed to him.

### joliegirly18 14/06/10 @ 9:56 pm

@WildTengu unless you're being sarcastic, which I hope you are, y



### MabiSayo14/06/10 @ 10:06 pm

You must be pretty high if you think horses smoke and drink ....

### TheDramaticReadings14/06/10 @ 10:50 pm

the book should be turned into an epic animation. XD

### JackLuft14/06/10 @ 11:40 pm

I learned something today. I'm not sure what that is, but I think it horses.

### lamnaa15/06/10 @ 12:20 am

Surely Latawnya would have seen her sister not playing the smokin copy that?

### kingmerv0015/06/10 @ 12:48 am

That horse is for real.

### kingmerv0015/06/10 @ 1:16 am

that horse is for real.

### lolaphilologist15/06/10 @ 1:19 am

This accent is awesome. It's like it's 1940 over the radio, but only s

### maibunneh15/06/10 @ 1:57 am

why arent any boy horses drinking drugs?

### probnob123415/06/10 @ 2:14 am

i think Latawnya just had 1st time fever

### jeffsmith234915/06/10 @ 3:08 am



**Profile** | **PM** | **WWW**

**Lmsk**

I'll buck, a pop? woovers, I need to get in on this.

Malcolm the Maniac Depressant Marsupial?

**Profile** | **PM**

**QUOTE**

**Mordecai**

**QUOTE**

Malcolm the Maniac Depressant Marsupial?

Ahahhahahaha. Amazing.

We should just write these as a community. Bam, thread, do one of those "everyone add a line" things.

What book should we do first? Ideas? thoughts?

*edit* and obviously I'm voting for my own here. Come on. Tigers. Porn. Salad. Plus, I think they'd make adorable faces of embarassment, when one is surely caught by a snooping mother. ADORABLE!

**Profile** | **PM**

**New Thread** | **Post Reply**     The General Forum    ▼ Go

Display posts from previous:  All Posts ▼  Oldest First ▼  **GO**

Powered by phpBB © 2001 phpBB Group

We should just write these as a community. Bam, thread, do one of those
"everyone add a line" things.

What book should we do first? ideas? thoughts?

*edit* and obviously I'm voting for my own here. Come on, Tigers. Porn.
Plus, I think they'd make adorable faces of embarassment, when one is s
caught by a snooping mother. ADORABLE!

Last edited by Blondevan on Wed May 16, 2007 1:46 and edited 1 time in total

☐ Wed May 16, 2007 1:46       
    am



    Jump to:   **The General Forum**

    Goto page 1, 2  Next
    All times are GMT - 6 Hours. The time now is Thu Apr 28, 2011 11:48 am

    Display posts from previous:   All Posts  ▾   Oldest First  ▾   GO

    Powered by phpBB © 2001 phpBB Group

    Template created by The Lithium
    based on template of Deli Halma

Web    images   Videos   Maps   News   Shopping   Gmail   more ▾                    Sign in



aamazon.com/Latawnya the naugh ▾        Search

About 222 results (0.52 seconds)

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

Enter location    **Set**

Show search tools

<u>YouTube - Latawnya, The Naughty Horse-A
Dramatic Reading</u>
May 3, 2007 ... Latawnya, The Naughty Horse-A Dramatic
Reading ... to polish a dramatic reading of **Latawnya, the
Naughty Horse Learns to Say No to Drugs**? ...
www.youtube.com/watch?v=WB9MfYoSfo -
Cached - Similar

<u>LATAWNYA, the Naughty Horse, Learns to Say
"NO" to Drugs « pixie ...</u>
**LATAWNYA, the Naughty Horse, Learns to Say "NO" to
Drugs** .... author has sued **amazon**, wikipedia, and urban
dictionary about their treatment of the book. ...
pixiestixkidsox.wordpress.com/  latawnya-the-naughty-
horse-learns-to-say-no-to-drugs/ - Cached - Similar

<u>Amazon.com: Latawnya, the Naughty Horse,
Learns to Say "No" to ...</u>
**Amazon.com**: **Latawnya, the Naughty Horse**, **Learns to
Say "No" to Drugs** ( 9780533091027): ... These horses
represent humanity, and they are smoking drugs. ...
www.amazon.com ► Books ► Children's Books ► Animals -
Cached - Similar

<u>Amazon.com controversies - Wikipedia, the free
encyclopedia</u>
Since its founding, the website **Amazon.com** has attracted
criticism and ..... **Amazon** has the right to sell the book as it
is not child **pornography** or legally ... of **Latawnya, the
Naughty Horse, Learns to Say "No" to Drugs** sued
**Amazon** for ...
en.wikipedia.org/wiki/Amazon.com_controversies -
Cached - Similar - Block all wikipedia.org results

<u>Strange Famous Forum :: View topic - the
greatest book ever published</u>
18 posts - 11 authors - Last post: May 16, 2007
**LATAWNYA, the Naughty Horse, Learns to Say "No" to
Drugs** ... this is a great review from **amazon.com** ....
perform in barnyard horse **porn**, and she, being a horse
herself, has engaged in Horse Orgies with other white
horses ...
www.strangefamousrecords.com/forum/viewtopic.php?
... sid= - Cached




the greatest book ever published

[New Thread] [Post Reply]

Strange Famous Forum · The General Forum

| Author | Message |
| --- | --- |

**Lants**    the greatest book ever published    [QUOTE]

LATAWNYA, the Naughty Horse, Learns to Say "No" to Drugs

[Profile] [PM] [WWW]

**MC Pope**    [QUOTE]

That's funny on so many levels that I think my head will explode.

[Profile] [PM]

**LuvSpeakeasy**    [QUOTE]

this is a great review from amazon.com

"This is the tale of three African American horses (Latawnya, Latoya and Daisy), who leave the stable and get drugs from four white horses (Connie, Chrystal, Jackie and Angie). It is ... crying, and making scary noises.

[Profile] [PM]

**mizterie**    [QUOTE]

this is a great review from amazon.com

"This is the tale of three African American horses  Latawnya, Latava and Daisy', who leave the stable and get drugs from four white horses  Connie, Chrystal, Jackie and Angel'. It is a timely and poignant tale that will leave you laughing, crying, and making scary horses.

It starkly and accurately presents the real dangers horses in black neighborhoods face from Caucasian equine drug pushers: when one of the horses died of a drug overdose, this reviewer wept openly. This is a lesson all children, foals, calves, chicks and cubs must learn before it is too late.

A classic of our time. Get it while you still can."

no. way. hahahahaha. please, tell me that is not a real review.



**MC Pope**

Joined: 19 Jul 2005
Posts: 2086

I wonder if people whose work gets caught in the middle of an internet ironic appreciation storm are ever able to understand why ...



**Sarcastro**

i love that they constantly have to remind you that they are horses and that their sisters are horses and their parents are horses and their dead friend was a horse.

Also that the author Syliva wrote herself as the mother horse and had the same number of children in the book as in real life. Makes you wonder if Latawnya is one of the two children no longer living at home.



**breakreep**

'Then Daisy slapped the alcohol and drugs out of Latawnya's hoof.'

I just snapped the part of my mind that masturbate's to reason and order.



**breakeep**

And why is she still described as a naughty horse even on the last fucking page when she's already learned her lesson and is redundantly appealing to her parents for horse good graces and horse love?



**gordon shumway**



"Then Daisy slapped the alcohol and drugs out of Latawnya's hoof." That's one way to get the message across. It should prevent horses from picking up

I was late with this

Profile   PM

### mzehe916

QUOTE

Joined: 14 Jul 2006
Posts: 4558
Location: Germany



And why is she still described as a naughty horse even on the last fucking page when she's already learned her lesson and is redundantly appealing to her parents for horse good graces and horse love?



Because in her second horse book "Latwanya the Naughty Horse Goes to Eastern Europe," she is a horse fluffer for the stallions who perform in barnyard horse porn, and she, being a horse herself, has engaged in Horse Orgies with other white horses.



Profile   PM

### Mordecai

QUOTE

Joined: 21 Apr 2007
Posts: 96

Part of me was laughing, the other half was suffering cranial displeasure as my mind ripped in half. I think something has finally topped the experience of reading through Rowling's writing style.

I think I actually have a headache now. wtf.

We all need to publish equally awesome books via vantagepress.com

Who's on the PSA zoo train? I get tigers addicted to internet porn. Dibbs, bitches.

Wed May 16, 2007 12:27 pm   Profile   PM

### Lusid

QUOTE

http://youtube.com/watch
/L=s2V0UU5KC

Joined: 02 Apr 2007
Posts: 6082
Location: Dr. Pepperland







And why is she still described as a naughty horse even on the last fucking page when she's already learned her lesson and is redundantly appealing to her parents for horse good graces and horse love?

Because in her second horse book "Latawnya the Naughty Horse Goes to Eastern Europe," she is a horse fluffer for the stallions who perform in barnyard horse porn, and she, being a horse herself, has engaged in Horse Orgies with other white horses.

I imagined you typing this while sitting at your desk
I hope to god that none of your students ever stumble across this forum.



redball

Joined: 12 May 2004
Posts: 6528
Location: Northern New Jersey

luvSpeakeasy wrote:

this is a great review from amazon.com

"This is the tale of three African American horses (Latawnya, Latoya and Daisy), who leave the stable and get drugs from four white horses (Connie, Chrystal, Jackie and Angie). It is a timely and poignant tale that will leave you laughing, crying, and making scary noises.

It starkly and accurately presents the real dangers horses in black neighborhoods face from Caucasian equine drug pushers; when one of the horses died of a drug overdose, this reviewer wept openly. This is a lesson all children, foals, calves, chicks and cubs must learn before it is too late.

A classic of our time. Get it while you still can."

Did you see the comment on that review?

Quote:

A horse cannot be African American.

It is a HORSE.

I'm not sure why... but I completely lost it when I read this. Everything about this is insane, but that was the final straw. It is a HORSE!

Mordecai wrote:

Who's on the PSA zoo train? I get tigers addicted to internet porn. Dibbs, bitches.

I call dibs on "Jimmy Bleeds A Lot", about understanding Jimmy the hemophiliac walrus. He bleeds. A lot.