NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
951-242-4518

CLERK, U.S. DISTRICT COURT
MAY - 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV 11-21 ODW (DTBx) |
| v. | |
| Amazon.com & Their Third Party Urban Dictionary & Pacific Lutheran University | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Sylvia Scott Gibson, State of California, and not a party to the above-entitled cause. On May 6, 2011, I served a true copy of Requesting an Injunction by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Moreno Valley Post Office
Executed on May 6, 20 11 at Riverside County, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
*Signature*                   *Party Served*

CV-40 (01/00)        **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**