1  ALLAN E. ANDERSON (SBN 133672)
   TIMOTHY L. SKELTON (SBN 200432)
2  KOLLIN ZIMMERMANN (SBN 273092)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:  (213) 312-2000
   Facsimile:   (213) 312-2001
5  Email:       aanderson@rmkb.com
   tskelton@rmkb.com
6  kzimmermann@rmkb.com

7  Attorneys for Defendant
   AMAZON.COM

8

                    UNITED STATES DISTRICT COURT
9
        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
10

11

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON, | Case No.  EDCV11-00021 ODW-DTB |
| Plaintiffs, | **AMAZON.COM'S ANSWER TO SECOND AMENDED COMPLAINT** |
| v. | **REQUEST FOR JURY TRIAL** |
| AMAZON.COM, AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA, | Judge:      Hon. Otis D. Wright, II |
| Defendants. | |

20      Defendant Amazon.com, Inc. ("Amazon.com") responds to the Second

21  Amended Complaint of plaintiffs Sylvia Scott Gibson and James E. Gibson as

22  follows:

23      1.      Answering paragraph 1, Amazon.com does not contest subject matter

24  jurisdiction.

25      2.      Answering paragraph 2, Amazon.com does not contest subject matter

26  jurisdiction.  As to the remaining allegations, Amazon.com is without knowledge or

27  information sufficient to form a belief as to the truth of the allegations, and on that

28  basis denies them.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

1    3.    Answering paragraph 3, Amazon.com does not contest venue.

2  Amazon.com denies any allegation that it engaged in any illegal conduct.  As to the

3  remaining allegations, Amazon.com is without knowledge or information sufficient

4  to form a belief as to the truth of the allegations, and on that basis denies them.

5    4.    Answering paragraph 4, Amazon.com is without knowledge or

6  information sufficient to form a belief as to the truth of the allegations, and on that

7  basis denies them.

8    5.    Answering paragraph 5, Amazon.com is located at 410 Terry Ave N,

9  Seattle, WA 98109-5210.  Amazon.com denies the remaining allegations.

10    6.    Answering paragraph 6, Amazon.com is without knowledge or

11  information sufficient to form a belief as to the truth of the allegations, and on that

12  basis denies them.

13    7.    Answering paragraph 7, Amazon.com is without knowledge or

14  information sufficient to form a belief as to the truth of the allegations, and on that

15  basis denies them.

16    8.    Answering paragraph 8, Amazon.com denies that it ever sold

17  Plaintiffs' book, in the US or anywhere else.  Amazon.com denies that there is any

18  "second edition."  Amazon.com denies that there is anything illegal or improper

19  listing the author as "Sylvia S. Gibson."  As to the remaining allegations in this

20  jumbled mess of a paragraph, to the extent that they claim any wrongful conduct on

21  the part of Amazon.com, Amazon.com denies them.

22    9.    Answering paragraph 9, Amazon.com is without knowledge or

23  information sufficient to form a belief as to the truth of the allegations, and on that

24  basis denies them.

25    10.    Answering paragraph 10, Amazon.com is without knowledge or

26  information sufficient to form a belief as to the truth of the allegations, and on that

27  basis denies them.

28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

**PRAYER FOR RELIEF**

Amazon denies that Plaintiffs are entitled to any of the items set forth in their prayer for relief from Amazon.com.

**FIRST AFFIRMATIVE DEFENSE**

(Failure to State a Cause of Action)

Plaintiffs' Second Amended Complaint, and each and every cause of action, fails to state facts sufficient to constitute a cause of action against Amazon.com.

**SECOND AFFIRMATIVE DEFENSE**

(Acts of Others)

All of Plaintiffs' alleged damages, if any, were caused not by any of Amazon.com's acts or omissions, but by the acts or omissions of others, including Plaintiffs themselves, for which Amazon.com is not responsible.  Therefore, Plaintiffs are not entitled to recover from Amazon.com for any cause of action stated in the Second Amended Complaint.

**THIRD AFFIRMATIVE DEFENSE**

(Exhaustion)

To the extent that Plaintiffs claim infringement for sales of used copies of their book, that claim is barred The First Sale Doctrine.

**FOURTH AFFIRMATIVE DEFENSE**

(Digital Millennium Copyright Act)

Amazon.com is protected from liability pursuant to the terms of the Digital Millennium Copyright Act, as reflected in 17 U.S.C. § 512.

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

**PRAYER FOR RELIEF**:

Amazon.com requests entry of judgment in its favor and prays that the Court:

1.  dismiss Plaintiffs' Second Amended Complaint with prejudice;

2.  award Amazon.com its costs;

3.  award Amazon.com its reasonable attorney fees and expenses, as permitted by law, and;

4.  grant Amazon.com other and further relief as the Court may deem just and proper.


Dated:     May 6, 2011                              ROPERS, MAJESKI, KOHN & BENTLEY


                                                    By:*/s/ Timothy L. Skelton*
                                                       ALLAN E. ANDERSON
                                                       TIMOTHY L. SKELTON
                                                       KOLLIN ZIMMERMANN
                                                       Attorneys for Defendant
                                                       AMAZON.COM

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

## REQUEST FOR JURY TRIAL

Amazon.com, Inc. hereby requests a jury trial in this action.

Dated:      May 6, 2011

ROPERS, MAJESKI, KOHN &
BENTLEY


By:*/s/ Timothy L. Skelton*
    ALLAN E. ANDERSON
    TIMOTHY L. SKELTON
    KOLLIN ZIMMERMANN
    Attorneys for Defendant
    AMAZON.COM

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles

RC1/5988458.1/PF1

AMAZON.COM'S ANSWER TO SAC