ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA  90071-2213
Telephone:  (213) 312-2000
Facsimile:  (213) 312-2001
Email:     aanderson@rmkb.com
tskelton@rmkb.com

Attorneys for Defendant
AMAZON.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No.  EDCV 11-21 ODW (DTBx)<br><br>**AMAZON.COM'S NOTICE OF WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT [Docket No. 41]**<br><br>Date:     June 6, 2011<br>Time:    1:30 p.m.<br>Courtroom:  11<br><br>Judge:    Hon. Otis D. Wright II |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Amazon.com hereby withdraws its Motion for Summary Judgment [Docket No. 41] currently set for hearing on June 6, 2011.


Dated:    May 9, 2011

ROPERS, MAJESKI, KOHN & BENTLEY


By:*/s/ Timothy L. Skelton*
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendant
AMAZON.COM

RC1/5993689.1/PF1                                           AMAZON.COM'S NOTICE OF WITHDRAWAL