ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: aanderson@rmkb.com
tskelton@rmkb.com

Attorneys for Defendant
AMAZON.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON, <br><br> Plaintiffs, <br><br> v. <br><br> AMAZON.COM AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA, <br><br> Defendants. | Case No. EDCV 11-21 ODW (DTBx) <br><br> **NOTICE OF RENEWED MOTION FOR SUMMARY JUDGMENT** <br><br> [concurrently filed: Memorandum of Points and Authorities; Statement of Uncontroverted Facts and Conclusions of Law; Declarations of Adrian Garver and Timothy L. Skelton; Proposed Statement of Decision] <br><br> Date: June 20, 2011 <br> Time: 1:30 p.m. <br> Courtroom: 11 <br><br> Judge: Hon. Otis D. Wright II |

TO PLAINTIFFS:

PLEASE TAKE NOTICE that on June 20, 2011, at 1:30 p.m. or as soon thereafter as possible, in Courtroom 11 of the above entitled court located at 312 North Spring Street, Los Angeles, California 90012, Amazon.com will move this court for summary judgment in its favor.

This motion was first filed on April 14, 2011. In keeping with the Court's

suggestion that motions for summary judgment be given extra time, and taking into account plaintiffs' pro se status, Amazon.com set the motion for June 6. On April 18, this Court issued an order (ECF #40) granting Plaintiffs' Request. In that order, the Court held that Amazon.com's pending motion for summary judgment was moot, and therefore taken off calendar, but stating that Amazon.com "may re-file said motion as they see fit."

On April 25, Amazon.com re-filed its motion, keeping the same June 6 date. But on May 2, Plaintiffs filed a Second Amended Complaint (ECF #42). Because that Second Amended Complaint contained different and new allegations, and an additional cause of action, Amazon.com took its motion off calendar. With this new motion, since it is changed very little from the prior motion, Amazon.com is allowing Plaintiffs only an extra week.

This motion is brought after meeting and conferring extensively with Plaintiffs at the early meeting of counsel on March 10, 2011. The factual and legal bases for the motion were thoroughly discussed with Plaintiffs, and information disproving the allegations in their complaints was presented to them.

This motion will be based on this notice of motion and motion, the accompanying memorandum of points and authorities, the separate statement of uncontroverted facts and conclusions of law, the declaration of Adrian Garver, the pleadings and papers on file, and such other evidence as may be introduced at oral argument, if any.

| | | |
|---|---|---|
| 1 | Dated: May 9, 2011 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 4 | | By:*/s/ Timothy L. Skelton*<br>ALLAN E. ANDERSON<br>TIMOTHY L. SKELTON<br>Attorneys for Defendant<br>AMAZON.COM |

3
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ropers Majeski Kohn & Bentley
A Professional Corporation
Los Angeles