ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: aanderson@rmkb.com
tskelton@rmkb.com

Attorneys for Defendant
AMAZON.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No. EDCV 11-21 ODW (DTBx)<br><br>**DECLARATION OF TIMOTHY SKELTON IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 20, 2011<br>Time: 1:30 p.m.<br>Courtroom: 11<br><br>Judge: Hon. Otis D. Wright II |

I, Timothy L. Skelton, declare and state as follows:

1. I am an attorney at law licensed to practice before all applicable state and federal courts in California. I am a member with Ropers, Majeski, Kohn & Bentley, counsel for Amazon.com. If called as a witness, I would competently testify to the following facts, all of which are within my own personal knowledge.

2. On April 18, 2011, I received a "cease and desist" letter from Ms. Gibson demanding that Amazon.com change the name of the author listed for the *Latawnya* book from "Sylvia S. Gibson" to "Sylvia Scott Gibson." A true and correct copy of that letter is attached as "Exhibit A." This letter was the first time

that Ms. Gibson had raised any issue with me regarding her name. I have reviewed what is purported to be the entire correspondence file from Amazon.com, and I see no record of her raising the issue with them.

3. Nonetheless, I contacted Amazon.com and arranged for this change to be made to Amazon.com's database.

4. On April 22, I informed Ms. Gibson via e-mail that the change had been made. A true and correct copy of that letter is attached as "Exhibit B."

5. Yet on May 2, over a week after I informed Ms. Gibson that Amazon.com had complied with her request, Plaintiffs' Second Amended Complaint fails to mention that fact, continuing to make numerous allegations about Amazon.com's supposed continuing illegal use of "Sylvia S Gibson."

6. For the Court's convenience, attached hereto as "Exhibit C" are pages 18, 21, 22, and 34 of Plaintiff's Second Amended Complaint (ECF # 42) explaining why the *Latawnya* book has two ISBNs. *See also* Garver Decl. at ¶¶ 7-8.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of May 2011, at Los Angeles, California.

/s/ Timothy S. Skelton
Timothy S. Skelton

# EXHIBIT A

Sylvia Scott Gibson         Cease And Desist Letter
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Telephone 951-242-4518

Amazon.com And Their Third Party
410 Terry Ave N
Seattle WA 98109-5210

To Amazon.com and your Third Party:
   I am demanding that you cease and desist from using Sylvia S Gibson name on all of my books and my other products that I have on the Internet.
   Amazon, Who is this Sylvia S Gibson? (1.) Sylvia S Gibson did Not Sign any contracts with any of my publishers concerning any of my books. I did, Sylvia Scott Gibson.
(2.) Sylvia S Gibson did not register any of my books or products with the copyright office. I did, Sylvia Scott Gibson. So why do you have this Sylvia S. Gibson name all over the Internet connecting her to all my books and products? Why do you have all of my books and products
Saying author Sylvia S Gibson at the top of each web page?
I am demanding that you take down this illegal act immediately.

I want to see just me, the owner, the author name Sylvia Scott Gibson over my books and products and no one else name, thank you.

Respectfully,

*Sylvia Scott Gibson*

Sylvia Scott Gibson

EXHIBIT 1, PAGE 3

# EXHIBIT B

**Fung, Polly**

From: Skelton, Timothy L.
Sent: Friday, April 22, 2011 12:26 PM
To: sylviagibson53@aol.com
Cc: Anderson, Allan E.
Subject: Your request to change the author name on the Latawnya book

Ms. Gibson:

As you requested, Amazon.com has changed the author name from "Sylvia S Gibson" to "Sylvia Scott Gibson."

There was no need to "demand" this. A simple e-mail request would have sufficed.

I wish you and your family a happy and safe Easter holiday.

Thanks,

TLS

**Timothy L. Skelton**
**Ropers Majeski Kohn & Bentley PC**
Partner
☎ Office: (213) 312-2000  ☎ Direct: (213) 312-2055
🖨 Fax: (213) 312-2001  ✉ Email: tskelton@rmkb.com • Web Site: www.rmkb.com • My Profile



San Francisco • Redwood City • San Jose • Los Angeles • New York • Boston

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

CONFIDENTIALITY NOTICE: This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender by return electronic mail and delete all copies of this communication.

5/9/2011

EXHIBIT B, PAGE 4

# EXHIBIT C



1990 - Latawnya The Naughty Horse Lear...
ISBN-13: 9780533091027
ISBN-10: 0533091020
Genre: Children's Books

Buy amazon.com from
Buy this book from Amazon

# infibeam.com

Books  Mobiles  Gifts  Computers  Watches  Apparel  Hc

All Stores

Books     Books ▼

eBooks | New Releases | Best Sellers | Recommended | Upcoming | E

### Latawnya, The Naughty Horse, Learns To Say" No" To Drugs (Hardcover)

By Sylvia S Gibson (Author)

Write a Review

List Price: ₹ ~~329~~
Our Price: ₹ 257
You Save: ₹ 72 (22%)

22%

This item is presently **Out of Stock**.

Latawnya, the Naughty Horse, Learns to Say" No" to Drugs Book Description

Book Details

| | |
|---|---|
| Title: | Latawnya, the Naughty Horse, Learns to Say" No" to Drugs |
| Publisher: | Vantage Press |
| Author: | Sylvia S Gibson |
| Edition: | Hardcover |
| ISBN: | 0533091020 |
| EAN: | 9780533091027 |

**Deliverable Countries:** This product ships to United Arab Emirates, Australia, Belgium, Bahrain, Switzerland, Cl Germany, Spain, Finland, France, Hong Kong, Indonesia, India, Japan, Kenya, Kuwait, Sri Lanka, Malaysia, Net New Zealand, Russia, Saudi Arabia, Singapore, Thailand, South Africa.

Similar Books



» Currently not logged in

**Help  Bookmark  Tell a Friend  Out-of-Print  Wish List  Home**

US Books ▼  Sear

Compare Book Prices at 130 Stores!   Search by: ● TITLE  ○ AUTHOR  ○ KEYWORD  ○ ISBN   Advanced Search

**Compare Prices**  -  Out-of-Print/Advanced Search  ·  Top Sellers  ·  Browse Books  ·  Wish List

» *17* Bookstores Found. Please scroll down to view detail.

### Latawnya, the Naughty Horse, Learns to Say "No" to Drugs

By: Sylvia S. Gibson
ISBN: 0533091020   ISBN-13: 9780533091027
Publisher: Vantage Pr - 1990-05
Format: Hardcover
List price: USD 6.95

» Add Book Reviews
» Add to Wish List
» Tag this book (What's this?)

[Book Details]   [Similar Titles]
More book info. from Amazon.com or Barnes&Noble.com

Currency: USD   Shipping Destination: United States   [Close]
[Change Preferences]

» Price Comparison Results *1* to *10* of *17*                                Sor

| | Store Name | Availability [?] | Price | Shipping [?] | Total [?] | Condition | Tax |
|---|---|---|---|---|---|---|---|
| 🇺🇸 | **Alibris** <Marketplace> | In Stock | 64.94 USD | 0.00 4-14 days | **Best Price** **64.94** | Used Coupon | CA NC NV |
| 🇺🇸 | **Abebooks** <Marketplace> | In Stock | 64.94 USD | 4.00 3-7 days | **68.94** | Used | --- |
| 🇺🇸 | **Bookbyte** | In Stock | 68.19 USD | 3.45 4-14 days | **71.64** | Used | OR |
| 🇺🇸 | **TextbookX Marketplace** <Marketplace> | Usually ships in 2-3 days | 74.68 USD | 3.96 3-10 days | **78.64** | Used Coupon | CT |
| 🇺🇸 | **Amazon Marketplace** <Marketplace> | In Stock | 97.33 USD | 3.99 4-14 days | **101.32** | Used | --- |
| 🇺🇸 | **Amazon Marketplace** <Marketplace> | In Stock | 99.25 USD | 3.99 4-14 days | **103.24** | Collectible | --- |
| 🇺🇸 | **Half.com** <Marketplace> | In Stock | 99.75 USD | 3.99 4-14 days | **103.74** | Used | PA |
| 🇺🇸 | **Barnes&Noble BookQuest** | In Stock | 99.94 USD | 3.89 4-14 days | **103.83** | Used | --- |

http://www.bookfinder4u.com/IsbnSearch.aspx?isbn=0533091020&mode=direct           4/9/2011

EXHIBIT C, PAGE 7



**ISBN Question**                                          Tuesday, March 29, 2011 3:36 PM

From: "April Nava" <apriln@moval.org>
To: "'sylviagibson2003@yahoo.com'" <sylviagibson2003@yahoo.com>

Good Afternoon Sylvia,

I received your letter regarding your question about why a book would have 2 ISBNs. The answer is that in 2007, ISBN numbers changed from a 10-digit number to a 13-digit number prefixed with 978. I am not exactly sure why some publishers are still including both 10-digit and 13-digit ISBNs on some books. Perhaps it is due to a gradual phasing out of the 10-digit format? But the numbers basically mean the same thing. Below is a nice explanation from Wikipedia of what the ISBN numbers mean:

An ISBN is assigned to each edition and variation (except reprintings) of a book. The ISBN is 13 digits long if assigned after January 1, 2007, and 10 digits long if assigned before 2007. An International Standard Book Number consists of 4 or 5 parts:
1.

for a 13-digit ISBN, a GS1</wiki/GS1> prefix: 978 or 979 (indicating the industry; in this case, 978 denotes book publishing)
2. the group identifier, (language-sharing country group)
3. the publisher code
4. the item number, (title of the book)
5. a checksum</wiki/Checksum> character or check digit</wiki/Check_digit>.

The ISBN separates its parts (group, publisher, title and check digit) with either a hyphen</wiki/Hyphen> or a space. Other than the check digit, no part of the ISBN will have a fixed number of digits.

I hope this helps to answer your question. Please let me know if you have any more questions.
Thanks,
April
April Nava
Librarian
Moreno Valley Public Library
25480 Alessandro Blvd.
Moreno Valley, CA 92553
t: 951.413.3887
f: 951.413.3895
e: apriln@moval.org
w: www.moval.org<http://www.moval.org/>

EXHIBIT C, PAGE 8