UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 11-21 ODW(DTBx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | Sylvia Scott Gibson et al v. Amazon.com | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not present | Not present | |

**Proceedings (In Chambers):**  **Order Vacating Defendant's Motion for Summary Judgment [41] (Filed 4/25/11) and Hearing Thereon**

The hearing on the above-referenced motion, scheduled for June 6, 2011 at 1:30 p.m. is hereby VACATED pursuant to Defendant's Notice of Withdrawal [46].

A renewed Motion for Summary Judgment [47] has been filed and is set for hearing on Monday, June 20, 2011 at 1:30 p.m.

IT IS SO ORDERED.

| | : | 00 |
|---|---|---|
| Initials of Preparer | RGN | |