FILED

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr,
Moreno Valley, CA 92557
Telephone No. 951-242-4518

2011 MAY 19 AM 11: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV 11-21 ODW (DTBx) |
| v. | |
| Amazon.com & Their Third Party | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __April 15__, 20__11__, I served a true copy of __Cease and Desist Letter - Asking amazon to stop using their Fraudulent author name on all my books and products on the Internet.__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Moreno Valley Post Office__
Executed on __April 15,__, 20__11__ at __Riverside County__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____        _____
Signature                     Party Served

April 15, 2011

Sylvia Scott Gibson             Cease And Desist Letter
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Telephone 951-242-4518

Amazon.com And Their Third Party
410 Terry Ave N
Seattle WA 98109-5210

To Amazon.com and your Third Party:
   I am demanding that you cease and desist from using Sylvia S Gibson name on all of my books and my other products that I have on the Internet.
   Amazon, Who is this Sylvia S Gibson? (1.) Sylvia S Gibson did Not Sign any contracts with any of my publishers concerning any of my books. I did, Sylvia Scott Gibson.
(2.) Sylvia S Gibson did not register any of my books or products with the copyright office. I did, Sylvia Scott Gibson. So why do you have this Sylvia S. Gibson name all over the Internet connecting her to all my books and products? Why do you have all of my books and products
Saying author Sylvia S Gibson at the top of each web page?
I am demanding that you take down this illegal act immediately.

I want to see just me, the owner, the author name Sylvia Scott Gibson over my books and products and no one else name, thank you.

Respectfully,

*Sylvia Scott Gibson*
Sylvia Scott Gibson

**SENDER: COMPLETE** ⬛ 7011 0470 2000 0792 0864 ⬛ LIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X C.R. CB. ☒ Agent ☐ Addressee

B. Received by ( Printed Name )
Kevin Beck

C. Date of Delivery
4/18/11

1. Article Addressed to:

Amazon.com & their
third party
410 Terry Ave N
Seattle WA 98109-5210

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0555 |
| Certified Fee | | $2.80 | 18 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 04/15/2011 |

Sent To: Amazon.com
Street, Apt. No.; or PO Box No.: 410 Terry Ave N
City, State, ZIP+4: Seattle WA 98109

PS Form 3800, August 2006    See Reverse for Instructions

7011 0470 2000 0792 0864