| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | FILED |
|---|---|
| Sylvia Scott Gibson & James E Gibson<br>12341 Arenisca Verde Dr,<br>Moreno Valley, CA 92557<br>Telephone No. 951-242-4518 | 2011 MAY 19 AM 11: 24<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV 11-21 ODW (DTBx) |
| v. | |
| Pacific Lutheran University | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __March 25,__, 20__11__, I served a true copy of __Cease and Desist Letter - To Pacific Lutheran University.__
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Moreno Valley Post Office__
Executed on __March 25,__, 20__11__ at __Riverside County__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Sylvia Scott Gibson_
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____  _____
Signature                 Party Served

CV-40 (01/00)         PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

March 25, 2011

Cease And Desist Letter

Sylvia Scott Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Phone 951-242-4518

Attn: Administration
Pacific Luthern University
1010  122nd St  S.
Tacoma, WA 98447

Dear Pacific Luthern University:

   I am demanding that you cease and desist all illegal publishing & selling of my birth name alone with my anti-drug children book name Latawnya The Naughty Horse Learns To Say No To Drugs. That is my birth name on my book you are illegally publishing and selling to the public without my permission. Stop publishing and selling my book you have on your website. You have broken the law. You are committing Copyright Infringement. Take down my book you have on your website that you are publishing & selling.

Respectfully,

*Sylvia Scott Gibson*
Sylvia Scott Gibson

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pacific Lutheran University
4th Finance + Operations
12180 Park Ave S
Tacoma WA 98447

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name) Randall Self
C. Date of Delivery 5-6-11

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7011 0470 0002 7960 5890

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

TACOMA, WA 98447

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $0.44 0555 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 Postmark Here 03/25/2011 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $3.24 |

Sent To: Pacific Lutheran University
Street, Apt. No.; or PO Box No. 1010 122nd St S.
City, State, ZIP+4 Tacoma WA 98447

PS Form 3800, August 2006   See Reverse for Instructions