| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Sylvia Scott Gibson & James E Gibson<br>12341 Arenisca Verde Dr.<br>Moreno Valley, CA. 92557<br>951-242-4518 | FILED<br>2011 MAY 19 AM 11:21<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY _____ |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson<br><br>PLAINTIFF(S),<br>v.<br>Amazon.com & Their Third Party<br>Urban Dictionary & Pacific Lutheran<br>University<br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV 11-21 ODW (DTBx)<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside, State of California, and not a party to the above-entitled cause. On May 5, 2011, I served a true copy of Second Amended Complaint and Summons by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Moreno Valley Post Office
Executed on May 5, 2011 at Riverside County, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_Signature_                                    _Party Served_

CV-40 (01/00)         PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Sylvia Scott Gibson & James E. Gibson<br>12341 Arenisca Verde Dr.<br>Moreno Valley, CA 92557<br>TELEPHONE NO.: 951-242-4518   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: Western Division<br>MAILING ADDRESS: 312 N Spring St RM G-8<br>CITY AND ZIP CODE: Los Angeles CA 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Sylvia Scott Gibson<br>DEFENDANT/RESPONDENT: Amazon.com & Their Third Party | CASE NUMBER:<br>EDCV 11-21 ODW (DTBx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:

   Amazon.com + Their Third party

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 410 Terry Ave N Seattle WA 98109-5210

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Sylvia Scott Gibson & James E Gibson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: amazon.com & Their Third Party | EDCV 11-21 ODW (DTBx) |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date): May 5, 2011        (2) from (city): Moreno Valley, CA

   (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [ ] On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)          [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)  [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)  [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)        [ ] 415.46 (occupant)
                                        [ ] other:

7. **Person who served papers**
   a. Name: Tisha Gibson
   b. Address: 24288 Dyna Place Moreno Valley, CA 92501
   c. Telephone number: 951-826-1722
   d. The fee for service was: $
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner  [ ] employee  [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: May 5, 2011

Tisha Gibson                                                      ▶ *Tisha Gibson*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                 (SIGNATURE)



**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm      FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7011 0470 0002 7960 5845**
Expected Delivery Date: **May 7, 2011**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
            **Return Receipt**
Status: **Delivered**

Your item was delivered at 11:28 am on May 09, 2011 in SEATTLE, WA 98109.

Detailed Results:
- **Delivered, May 09, 2011, 11:28 am, SEATTLE, WA 98109**
- **Notice Left (Business Closed), May 07, 2011, 8:55 am, SEATTLE, WA 98109**
- **Arrival at Unit, May 07, 2011, 8:03 am, SEATTLE, WA 98109**
- **Processed through Sort Facility, May 06, 2011, 10:14 pm, FEDERAL WAY, WA 98003**
- **Processed through Sort Facility, May 05, 2011, 7:16 pm, SAN BERNARDINO, CA 92403**
- **Acceptance, May 05, 2011, 4:08 pm, MORENO VALLEY, CA 92553**

**Track & Confirm**
Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >