| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Sylvia Scott Gibson & James E Gibson<br>12341 Arenisca Verde Dr<br>Moreno Valley CA 92557<br>Phone 951-242-4518 | FILED<br>2011 MAY 19 AM 11:19<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson<br><br>PLAINTIFF(S),<br>v.<br>Amazon.com & their third party<br>Urban Dictionary & pacific Lutheran<br>University<br>DEFENDANT(S). | CASE NUMBER<br>EDCV 11-20DW (DTBx)<br><br>PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
|---|---|

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __Sat November 13,__ , 20__10__ , I served a true copy of __Cease & Desist letter electronic e-mail to amazon.com customers Relations executive Allissa Bratager  Saturday November 13, 2010__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Electronic e-mail from Moreno Valley CA__
Executed on __November 13,__ , 20__10__ at __Riverside County__ , California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                            Party Served

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

From: sylviagibson53 <sylviagibson53@aol.com>
To: ecr <ecr@amazon.com>
Subject: Cease and Desist all illegal sales of my family birth names & my birth name alone with my book Latawnya The Naughty Horse Learns To Say No To Drugs.
Date: Sat, Nov 13, 2010 7:44 pm

Dear amazon.com & Your Third Party & Your Partners:

I am demanding that you amazon.com, Your Third Party and your Partners Cease and Desist from all illegal sales of
my family birth name and my birth name alone with my book name LATAWNYA THE NAUGHTY HORSE LEARNS TO SAY NO TO DRUGS.
ISBN: 0-533-09102-0
The Names are the following: 1, Sylvia Scott Gibson
2. James
3. Daisy
4. Gregory
5. Chrystal
6. Latoya
7. Latawnya
8. Jackie
9. Connie
10. Angie

I am also demanding that you Cease and Desist from all illega salesl of my family birth names and my birth name in all these different countries and
all the other countries you have connections. The countries are as follows: 1. United State
2. Australia
3. Brazil
4. Canada
5. Germany
6. New Zealand
7. Portugal
8. Spain
9. United Kingdom
10. China
11. Japan

Also Cease and Desist all illegal sales from Countries that I haven't found out about yet that you are connected to.

amazon.com, Why did you, your third party and your partners rob me and my family?

Respectfully,

Sylvia Scott Gibson

**From:** Amazon.com Executive Customer Relations <ecr-replies@amazon.com>
**To:** sylviagibson53 <sylviagibson53@aol.com>
**Subject:** Re: My Book -Latawnya The Naughty Horse Learns To Say No To Drugs
**Date:** Sat, Oct 2, 2010 8:54 am

Dear Sylvia,

As you may recall, I'm Allissa Bratager of Amazon.com's Executive Customer Relations.

I've reviewed your account and understand you're concerned about our inability to remove your birth name and your book from our third party listings. While I know you're disappointed with our stance on this matter, I want to assure you the information you received from our copyright agent was correct.

As mentioned, the book "Latawnya, the Naughty Horse, Learns to Say "No" to Drugs [Hardcover]" ISBN-10: 0533091020 is not available new from Amazon.com. The catalog will continue to contain bibliographic and other information about the book, and third parties will be able to continue to buy and sell copies of the book that are already in the marketplace.

Sylvia, I'm sorry for any disappointment caused and appreciate your understanding. While we won't be able to comment further on this matter, we're always happy to help if you have any other questions - you can click a button to contact us by e-mail or phone from any Help page on our website.

Regards,

Allissa Bratager
Executive Customer Relations
Amazon.com
http://www.amazon.com
===========================

---- Original message: ----

To amazon.com, your third party and all the people that is involved in stealing and selling my birth name
 alone with my book name Latawnya The Naughty Horse Learns To Say No To Drugs:
You know who you are. I FORGIVE ALL OF YOU THIEVES. Amazon after I informed you that all of you are selling my
birth name in different countries that your company is connected to, you haven't stop selling my name.
     I am demanding and requesting that you and your third party stop selling my birth name alone with my book ASAP
todays date September 30. 2010 here and in all those different countries you are connected to.
    I want you to remember what God said concerning one of his laws in the ten Commandments states, Thy shall not steal.
When you stole from me, you also stole from yourself. You traded your soul for my birth name and my book.
My birth name and my book is not free. You are going to see one day when one of God ten commandments, thy
shall not steal have you to pay for stealing by breaking God law. In Rev. it says that all thieves will be cut from the      cloth by  God.
Then you will not be able to steal from anyone else.
You might be taking God Ten Commandments as a joke but you will see they will be carried out by God.
You think your heart is cold but one morning you are going to wake up and see what cold is all about.
     You all have fooled all of these people all over the world in different countries using my birth name to sell my book.

I always get mail from different people asking me are you the real Sylvia Scott Gibson.

Sincerely,

Sylvia Scott Gibson