FILED

Name: Sylvia Scott Gibson & James E Gibson

Address: 12341 Arenisca Verde Dr.

Moreno Valley, CA 92557

Phone: 951-242-4518

Fax: _____

In Pro Per

2011 MAY 19 AM 11: 18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E. Gibson | CASE NUMBER: |
|---|---|
| Plaintiff | EDCV 11-21 ODW (DTBx) |
| v. | |
| Urban Dictionary | Proof Of Service Summons & Complaint |
| Defendant(s). | |

Proof that the Sheriff in San Francisco served Urban Dictionary the Summons and Complaint on March 18, 2011. Proof attached.

*Sylvia Scott Gibson & James E. Gibson* (signature)

Sylvia Scott Gibson & James E. Gibson

CV-127 (09/09)          PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

| ATTORNEY (Name and Address) | SBN | | FOR COURT USE ONLY |
|---|---|---|---|
| Sylvia S Gibson & James E Gibson<br>12341 Arenisa Verde Dr<br>Moreno Valley, CA 92557 | | (951) 242-4518 | |
| E-MAIL | | | |
| ATTORNEY FOR: in propria persona | | | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>U.S.District Ct-Central Dist. of Calif.<br>312 N Spring St. Main Fl/G-8<br>Los Angeles, CA 90012 | | | |

| PLAINTIFF: Sylvia Scott Gibson & James E Gibson | COURT CASE NO.: |
|---|---|
| DEFENDANT: Amazon, Com & Their Third Party Urban Dictionary et al | EDCV11210DW(DTBX) |
| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.: 2011385693 |

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): **Attachments, Summons & Complaint**

3. a. Party served: **Urban Dictionary**
   b. Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person under item 5b on whom substituted service was made): **Daniel Phelps, HR**

4. Address where party was served: **149 New Montgomery St 3rd Fl
   San Francisco, CA 94105**

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1) on: 03/17/2011 (2) at: 01:00 PM.

6. The Notice to the Person Served (on summons) was completed as follows:
   d. on behalf of: Urban Dictionary
   under the following Code of Civil Procedure section: CCP 416.90 (Authorized Person)

7. Person who served papers:
   a. Name: **Dep. Anjie Versher #1001**
   b. Address: **San Francisco Sheriff Civil Section 1 Dr. Carlton B. Goodlett PL Rm 456 Civil Divison San Francisco, CA 94102**
   c. Telephone Number: **(415) 554-7235**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Friday, March 18, 2011

Hearing: <No Information>

Remarks

Sheriff's Authorized Agent
Michael Hennessey, Sheriff

Judicial Council form POS-010     Attorney/Plaintiff     2596/227598