NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA. 92557
951-242-4518

FILED
2011 MAY 19 AM 11: 17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV 11-21 ODW (DTBx) |
| v. | |
| Amazon.com & Their Third Party Urban Dictionary & Pacific Lutheran University | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __May 5,__ 20__11__, I served a true copy of __Second Amended Complaint and Summons__ by personally delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Moreno Valley Post Office__
Executed on __May 5,__ 20__11__ at __Riverside County__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
Signature                                              Party Served

CV-40 (01/00)        PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>Sylvia Scott Gibson & James E. Gibson<br>12341 Arenisca Verde Dr.<br>Moreno Valley, CA 92557<br>TELEPHONE NO.: 951-242-4518   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | *FOR COURT USE ONLY* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS: Western Division<br>MAILING ADDRESS: 312 N Spring St RM G-8<br>CITY AND ZIP CODE: Los Angeles CA 90012<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Sylvia Scott Gibson & James E Gibson<br>DEFENDANT/RESPONDENT: Pacific Lutheran University | CASE NUMBER:<br>EDCV 11-21 ODW (DTBx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [ ] other *(specify documents)*:

3. a. Party served *(specify name of party as shown on documents served)*:
      Pacific Lutheran University

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: Attn: Finance + Operations
   Pacific Lutheran University
   12180 Park Ave S
   Tacoma WA 98447

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Sylvia Scott Gibson & James E Gibson | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Pacific Lutheran University | EDCV 11-21 ODW (DTBx) |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*: May 4, 2011      (2) from *(city)*: Moreno Valley, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

[ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)      [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)      [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)      [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)      [ ] 415.46 (occupant)
                                                              [ ] other:

7. **Person who served papers**
  a. Name: Tisha Gibson
  b. Address: 24288 Dyna Place Moreno Valley, CA 92501
  c. Telephone number: 951-826-1722
  d. **The fee** for service was: $
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: May 4, 2011

Tisha Gibson                                      ▶ *Tisha Gibson*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)





UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7011 0470 0002 7960 5890**
Expected Delivery Date: **May 6, 2011**
Class: **Priority Mail®**
Service(s): **Certified Mail™**
            **Return Receipt**
Status: **Delivered**

Your item was delivered at 7:40 am on May 06, 2011 in TACOMA, WA 98447.

**Detailed Results:**
- **Delivered, May 06, 2011, 7:40 am, TACOMA, WA 98447**
- **Arrival at Unit, May 06, 2011, 5:43 am, TACOMA, WA 98444**
- **Processed through Sort Facility, May 05, 2011, 9:48 pm, FEDERAL WAY, WA 98003**
- **Processed through Sort Facility, May 04, 2011, 6:07 pm, SAN BERNARDINO, CA 92403**
- **Acceptance, May 04, 2011, 2:09 pm, MORENO VALLEY, CA 92553**

Track & Confirm

Enter Label/Receipt Number.

Go >

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   Go >