| NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S) | |
|---|---|
| Sylvia Scott Gibson & James E. Gibson<br>12341 Arenisca Verde Dr.<br>Moreno Valley, CA 92557<br>Phone: 951-242-4518 | FILED<br>2011 MAY 19 AM 11:16<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E. Gibson<br><br>PLAINTIFF(S),<br>v.<br>amazon.com & Their Third Party<br>Urban Dictionary & Wikipedia The Free<br>Encyclopedia<br>DEFENDANT(S). | CASE NUMBER<br><br>EDCV 11-21 ODW (DTBx)<br><br>PROOF OF SERVICE - ACKNOWLEDGMENT<br>OF SERVICE |
|---|---|

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside_____, State of California, and not a party to the above-entitled cause. On February 18,_____, 20 11___, I served a true copy of Supplement to the Petition_____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Riverside CA post Office_____
Executed on Feb. 18,_____, 20 11___ at Riverside_____, California

Please check one of these boxes if service is made by mail:

- ☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
- ☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
- ☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____
Signature

_____
Party Served

FILED

| | |
|---|---|
| 1  Name: Sylvia Scott Gibson & James E. Gibson | 2011 FEB 18  AM 11: 50 |
| 2  Address: 12341 Arenisca Verde Dr. | CLERK U.S. DISTRICT COURT |
| 3  Moreno Valley, CA 92557 | CENTRAL DIST. OF CALIF. LOS ANGELES |
| 4  Phone: 951-242-4518 | BY_____ |
| 5  Fax: _____ | |
| 6  In Pro Per | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvia Scott Gibson & James E. Gibson | CASE NUMBER: EDCV 11-21 ODW (DTBx) |
| Plaintiff | To be supplied by the Clerk of The United States District Court |
| v. | Supplement To The Petition |
| Amazon.com & Their Third Party Urban Dictionary & Wikipedia The Free Encyclopedia | ~~Report On The Filing Or Determination Of An Action Or Appeal Regarding A CopyRight~~ |
| Defendant(s). | |

17  Date Of Order January 18, 2011. Postal date Order was mailed February 14, 2011.

18  Date Plaintiff received this Order is February 16, 2011.

19  A Response to the Order of Doc. No. 5:11-CV-0021 Doc:20. The Copyright for form number

20  AO 121 was not included in the complaint package from the Courts.

21  Resubmitting form AO 121 report on the Filing or Determination of an Action or an

22  Appeal regarding A Copyright, This Document is to be added back into the Copyright

23  Infringement Complaint against Amazon.com & Their Third Party, Urban Dictionary and

24  Wikipedia The Free Encyclopedia.

26  Date - February 17, 2011

27  *Sylvia Scott Gibson + James Gibson* (signatures)

28  Sylvia Scott Gibson & James E. Gibson

CV-126 (09/09)          PLEADING PAGE FOR A COMPLAINT

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.         DATE FILED<br>5:11-cv-0021 Doc: 20    Jan. 4, 2011 | United State District Court Central District Of California<br>Western Division- 312 N. Spring St. RM. G-8<br>Los Angeles, CA 90012 |
| PLAINTIFF<br>Sylvia Scott Gibson &<br>James E. Gibson | DEFENDANT<br>amazon.com And Their Third Party<br>Urban Dictionary & Wikipedia The Free Encyloperia |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  TX 3 227 927 | Latawnya The Naughty Horse Learns to Say No Drug | Sylvia Scott Gibson |
| 2  TXu 393-842 | Latawnya The Naughty Horse, See | Sylvia Ann Gibson |
| 3 | hear and do Learn to Say No To | |
| 4 | Drugs | |
| 5  Aug. 16, 1989 | Notary public official seal | Sylvia A. Gibson |

FILED 2011 FEB 18 PM 12:00 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

LATAWNYA, THE NAUGHTY HORSE SEE, HEAR AND DO.

LEARNS TO SAY " NO WAY " TO DRUGS

Written : May 05, 1989.

Author : SYLVIA A.GIBSON.

Illustrated by : GREGORY GIBSON AND

JAMES E.GIBSON.





Copy Right 1989.

All rights reserved, this book or parts there of, may not be reproduced in any form without the written permission of the copy right owner.

Case 5:11-cv-00021-ODW -DTB   Document 58   Filed 05/19/11   Page 5 of 9   Page ID #:543

# CERTIFICATE OF COPYRIGHT REGISTRATION

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

**REGISTRATION NUMBER**

TXu  393-842

TX   TXu

**EFFECTIVE DATE OF REGISTRATION**

11 / 6 / 89
Month / Day / Year

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1  TITLE OF THIS WORK ▼**
Latawnya, The naughty Horse; See, hear and Do Learns to say no why to Dr

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Latawnya, the naughty Horse learns to say "no" to Drugs

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
none

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2  NAME OF AUTHOR ▼**
a  Sylvia Ann Gibson

**DATES OF BIRTH AND DEATH**
Year Born ▼  08/04/53   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United State
OR Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

NOTE

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
new Text

**NAME OF AUTHOR ▼**
b  Sylvia Ann Gibson

**DATES OF BIRTH AND DEATH**
Year Born ▼  08/04/53   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United State
OR Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
new Text

**NAME OF AUTHOR ▼**
c  Sylvia Ann Gibson

**DATES OF BIRTH AND DEATH**
Year Born ▼  08/04/53   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
Citizen of ▶ United State
OR Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No

and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
new Text

**3  YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1989 ◀ Year   In all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information  Month ▶ ___ Day ▶ ___ Year ▶ ___

**4  COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sylvia Ann Gibson
1215 Daisy Ave.
Long Beach, CA 90813

APPLICATION RECEIVED
NOV 06 1989
ONE DEPOSIT RECEIVED
NOV 06 1989
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ___

TXu  393-842

☐ CORRESPONDENCE
  Yes

☐ DEPOSIT ACCOUNT
  FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☑ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

—space deleted—

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☐ Copies and Phonorecords      b ☐ Copies Only      c ☐ Phonorecords Only

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼        **Account Number** ▼

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Sylvia Ann Gibson
1295 Daisy Ave
Long Beach, CA 90813

Area Code & Telephone Number ▶ 213-435-3632

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
☑ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____

Check one ▶

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼  If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Sylvia Ann Gibson                date ▶ 10/9/89

Handwritten signature (X) ▼   Sylvia Ann Gibson

**MAIL CERTIFICATE TO**

Name ▼  Sylvia Ann Gibson
Number/Street/Apartment Number ▼  1215 Daisy Ave.
City/State/ZIP ▼  Long Beach, CA 90813

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE!**
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

April 1989—200,000                          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428/80

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a), of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

REGISTRATION NUMBER

**TX 3 227 927**

TX / TXU

EFFECTIVE DATE OF REGISTRATION

Month 1 / Day 14 / Year 92

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

### 1. TITLE OF THIS WORK ▼

LATAWNYA THE NAUGHTY HORSE LEARNS TO SAY "NO" TO DRUGS

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

### 2. NAME OF AUTHOR ▼
SYLVIA SCOTT GIBSON

DATES OF BIRTH AND DEATH
Year Born ▼ 1953   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No (checked No)

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     { Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
AUTHOR OF ENTIRE TEXT

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

[blank author section b]

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH

[blank author section c]

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

### 3. YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
1990 ◀ Year
This information must be given in all cases.

b. DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ July   Day ▶ 1   Year ▶ 1991
UNITED STATES OF AMERICA ◀ Nation

### 4. COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

SYLVIA SCOTT GIBSON
1215 Daisy Avenue
Long Beach, CA  90813

APPLICATION RECEIVED
JAN. 14. 1992
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN. 14. 1992

REMITTANCE NUMBER AND DATE

See instructions before completing this space

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM TX

TX 3 227 927

☐ CORRESPONDENCE
   Yes

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space

**6**

—space deleted—

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**  A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☒ Copies and Phonorecords     b ☐ Copies Only     c ☐ Phonorecords Only

**8**

See instructions

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Account Number ▼

**9**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
VANTAGE PRESS, INC
516 WEST 34TH ST
NEW YORK, NY   10001
Area Code & Telephone Number ▶ 212 736-1767

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   SYLVIA SCOTT GIBSON
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
HELEN T. LANE                                                                date ▶ 7/1/91

Handwritten signature (X) ▼

**10**

MAIL CERTIFICATE TO

Name ▼
VANTAGE PRESS, INC
Number/Street/Apartment Number ▼
516 WEST 34TH ST
City/State/ZIP ▼
NEW YORK, NY   10001

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 10
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ugust 1989—300,000                                       ·U.S. GOVERNMENT PRINTING OFFICE: 1989-241-428 00.004

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Register of Copyrights
    Copyright Office
    Library of Congress
    Washington DC
    20559

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7010 3090 0000 2215 7256

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ | $0.61 | 0161 |
| Certified Fee | | $2.80 | 02 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.71 | |

Sent To  Register of Copyrights
Street, Apt. No.; or PO Box No.  Library of Congress
City, State, ZIP+4  Washington DC  20559

7010 3090 0000 2215 7256

PS Form 3800, August 2006   See Reverse for Instructions