NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr
Moreno Valley CA 92557
Phone 951-242-4518

FILED

2011 MAY 19 AM 11: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Sylvia Scott Gibson & James E Gibson

PLAINTIFF(S),

v.

Amazon.com & Their Third Party
Urban Dictionary & Pacific Lutheran
University

DEFENDANT(S).

CASE NUMBER

EDCV 11-21 ODW (DTBx)

**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside, State of California, and not a party to the above-entitled cause. On May 13, 2011, I served a true copy of Cease & Desist letter asking amazon to take my name and books out of their Pornography, by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Moreno Valley Post Office
Executed on May 13, 2011 at Riverside County, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Signature of Person Making Service*

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature

Party Served

CV-40 (01/00)    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

May 12, 2011
Sylvia Scott Gibson
& James E Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Telephone 951-242-4518

RE: Cease And Desist letter
We are demanding that you
take my two anti-drug children
books and my other books you
have in pornography, out of
Pornography.

Amazon.com & Their Third Party:
410 Terry Ave North
Seattle, WA 98109 - 5210


To Amazon.com & Their Third Party:

   We are demanding that you cease and desist from having two of my anti-drug children books involved in PORNOGRAPHY and our other books that you have involved in Pornography.

The Names of our books you have in pornography are:
1. Latawnya The Naughty Horse Learns To Say No To Drugs
2. Latawnya The Naughty Horse Two
   Why did you put our new book Latawnya Two in pornography?
3. Spicy True Stories, Investigators Lies, Slanders and Stocks

I see that you have my anti-drug children book Latawnya The Naughty Horse Learns To Say No To Drugs opening up all kinds of Nasty pornography doors. Why are you treating my children books like that? Do you treat the other author children books like you are doing mines, involving them in pornography?

Sylvia Scott Gibson & James E. Gibson

*[signatures]*

