FILED

| | |
|---|---|
| Name: Sylvia Scott Gibson & James E Gibson | 2011 MAY 19 AM 11: 14 |
| Address: 12341 Arenisca Verde Dr. | CLERK U.S. DISTRICT COURT |
| Moreno Valley, CA 92557 | CENTRAL DIST. OF CALIF. |
| Phone: 951-242-4518 | LOS ANGELES |
| Fax: | BY |
| In Pro Per | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sylvia Scott Gibson & James E Gibson | CASE NUMBER: |
| Plaintiff | EDCV 11-21 ODW (DTBx) |
| v. | |
| Urban Dictionary | |
| | Proof of service of Summons and complaint |
| Defendant(s). | |

This Proof of service of Summons and complaint was serviced by Tisha Gibson on February 15, 2011 by mail acknowledgment and certified return receipt. — First Amended Complaint

Date 2-15-11          Name Tisha Gibson

Tisha Gibson

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Sylvia Scott Gibson + James E Gibson<br>12341 Aronisca Verde Dr.<br>Moreno Valley CA 92557<br>TELEPHONE NO.: 951-242-4518 FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: Western Division
MAILING ADDRESS: 312 N Spring St Rm G-8
CITY AND ZIP CODE: Los Angeles CA 90012
BRANCH NAME:

PLAINTIFF/PETITIONER: Sylvia Scott Gibson + James E Gibson

DEFENDANT/RESPONDENT: Urban Dictionary

CASE NUMBER: EDCV 11-21 ODW (DTBx)

Ref. No. or File No.:

**PROOF OF SERVICE OF SUMMONS**

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [ ] other (specify documents):

3. a. Party served (specify name of party as shown on documents served):
      Urban Dictionary
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: 149 Montgomery St. 3rd Floor San Francisco CA

5. I served the party (check proper box)
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): (2) at (time):
   b. [ ] **by substituted service.** On (date): at (time): I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): from (city): or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

| PLAINTIFF/PETITIONER: Sylvia Scott Gibson + James E Gibson | CASE NUMBER: EDCV11-21 ODW (DTBX) |
|---|---|
| DEFENDANT/RESPONDENT: Urban Dictionary | |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on (date): Feb. 15, 2011     (2) from (city): Moreno Valley, CA

    (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. [ ] **by other means** *(specify means of service and authorizing code section)*:

    [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
  a. [ ] as an individual defendant.
  b. [ ] as the person sued under the fictitious name of *(specify)*:
  c. [ ] as occupant.
  d. [ ] On behalf of *(specify)*:
    under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)     [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)     [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)     [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)     [ ] 415.46 (occupant)
                                                          [ ] other:

7. **Person who served papers**
  a. Name: Tisha Gibson
  b. Address: 4463 Park Ave. Riverside CA 92507
  c. Telephone number: 951-826-1722
  d. The fee for service was: $
  e. I am:
    (1) [✓] not a registered California process server.
    (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
    (3) [ ] a registered California process server:
      (i) [ ] owner [ ] employee [ ] independent contractor.
      (ii) Registration No.:
      (iii) County:

8. [✓] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. [ ] **I am a California sheriff or marshal** and I certify that the foregoing is true and correct.

Date: 2-15, 2011

Tisha Gibson                         ▶ Tisha Gibson
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

