FILED

Name: Sylvia Scott Gibson & James E Gibson

Address: 12341 Arenisca Verde Dr.

Moreno Valley, CA 92557

Phone: 951-242-4518

Fax: _____

In Pro Per

2011 MAY 19  AM 11: 11

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER: |
|---|---|
| Plaintiff | EDCV 11-21 ODW (DTBx) |
| v. | |
| Urban Dictionary | Proof of service of Summons and complaint |
| Defendant(s). | |

This Proof of service of Summons and complaint was serviced by Jason Caldwell on January 15, 2011 by mail acknowledgment and certified return receipt.

Date  1-15-2011           Name _____

Jason Caldwell

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Olvia Scott Gibson & James Gibson
individuals

PLAINTIFF(S)

v.

Urban Dictionary

DEFENDANT(S).

CASE NUMBER

EDCV 11-21 ODW (DTB)

PROOF OF SERVICE
SUMMONS AND COMPLAINT
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (*specify documents*):

   ☑ summons                ☐ first amended complaint       ☐ third party complaint
   ☑ complaint               ☐ second amended complaint    ☐ counter claim
   ☐ alias summons          ☐ third amended complaint      ☐ cross claim
   ☑ other: (*specify*): Form no. CV-1S (03/06

2. Person served:
   a. ☑ Defendant (*name*): Urban Dictionary
   b. ☐ Other (*specify name and title or relationship to the party/business named*):

   c. ☑ Address where papers were served: 149 New Montgomery St, 3rd floor
      San Francisco CA 94105 USA

3. Manner of Service in compliance with (one box must be checked):
   a. ☑ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. I served the person named in Item 2:
   a. ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. ☐ Papers were served on (*date*): _____ at (*time*): _____
   b. ☐ By Substituted service. By leaving copies:
      1. ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. ☐ papers were served on (*date*): _____ at (*time*): _____
      4. ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. ☐ papers were mailed on (*date*): _____
      6. ☐ due diligence. I made at least three (3) attempts to personally serve the defendant. (Attach separate declaration regarding due diligence).
   c. ☐ Mail and acknowledgment of service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (Attach completed Waiver of Service of Summons and Complaint).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity** (F.R.Civ.P. 4(h)) (C.C.P. 416.10). By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity** (C.C.P. 415.20 only). By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**
   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____.

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**
   c. ☑ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Jason Caldwell
   200 E. 30th St Apt 207
   San Bernardino, CA 92407
   (909) 205-2708

   a. ☐ Fee for service: $
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

01/15/11
Date

Signature

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $2.07 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $7.17 |

Postmark: SAN BERNARDINO CA 92405, JAN 15 2011

Sent To: Urban Dictionary
Street, Apt. No.; or PO Box No.: 149 new montgomery
City, State, ZIP+4: St 3rd floor San Francisco CA

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 2945 0750

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]    ☐ Agent   ☐ Addressee

B. Received by (Printed Name): Winfred Ollif
C. Date of Delivery

1. Article Addressed to:
Urban Dictionary
149 new montgomery
st, 3rd Floor
San Francisco CA
94105 USA

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 0780 0001 2945 0750

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540