FILED

Name: Sylvia Scott Gibson & James E Gibson

Address: 12341 Arenisca Verde Dr.

Moreno Valley, CA 92557

Phone: 951-242-4518

Fax: _____

In Pro Per

2011 MAY 19 AM 11:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER: |
|---|---|
| Plaintiff | EDCV 11-21 ODW (DTB'x) |
| v. | |
| Amazon.com & their third Party Urban Dictionary & Pacific Lutheran University | Requesting for Amazon to remove the Fraudulent name Sylvia S Gibson off all my books and products |
| Defendant(s). | |

  I am asking for this request because amazon.com has published a second edition book from my book & using the fraud name Sylvia S Gibson as the author of the book to cover up all their deceits and illegal acts that they are committing all over the Internet with my books and products. I am being treated very unfair for amazon to have this Sylvia S Gibson name to open up all my books and products on the Internet. I do not know who this Sylvia S Gibson is. I did not give anyone no authorization to change my name. They have no rights to change my name. They are not giving any respect. This Fraudulent Sylvia S Gibson name is not on any of my books I have written, my contracts or copyrights. I do not want that name on my books or products.

  My name is SYLVIA SCOTT GIBSON and I want my own name to open up doors to my own books and products, not some other fraudulent name.

  Requesting amazon to remove the fraudulent name Sylvia S Gibson off all my books & products.

Page 1.

1  My husband and I has written 11 books and they are using the fraud name Sylvia S Gibson to open
2  up all our books and products on the Internet. We did all the work and she get all the credit.
3  I sent amazon.com a cease and desist letter April 15, 2011 asking them to take down their
4  fraudulent author name Sylvia S Gibson off of all my books and products and they did not do so.
5  Exhibit 1- shows a picture of my original book with my name Sylvia Scott Gibson printed on my
6  book at the very bottom of my book. At the top of the page and to the right of the book you will see
7  amazon.com fraudulent author name Sylvia S Gibson. You will also see the rating, published 1990
8  2 editions. My name Sylvia Scott Gibson is only on my original book with the horse on it which is
9  image one.
10 Notice on image two this book has Latawnya, The Naughty Hor... by Sylvia S Gibson. Notice there
11 isn't a horse on this book. This is the book amazon published from my book and use their fraud
12 author Sylvia S Gibson name on it.
13 Notice Image 3 is a blue book. A total different color than my original book. On the book they have
14 Gibson at the bottom of the book and to the right they have the name of the book by their fraud
15 author Sylvia S Gibson. They are lying like this book was also done in 1990. This is a different
16 book and not my original book. I see two different books which was illegally published from my
17 original book.
18 Exhibit 2 -Websites showing amazon fraud author Sylvia S Gibson on the Internet over my books
19 and products.
20
21
22
23
24 Date May 18, 2011   _Sylvia Scott Gibson_ _James E Gibson_
25                     Sylvia Scott Gibson & James E Gibson
26 Requesting amazon to remove the fraudulent name Sylvia S Gibson off all my books and products.
27
28                           Page 2.

## Books by Sylvia S. Gibson

**Latawnya, the Naughty Horse, Learns to Say "No" to Drugs**
by Sylvia S. Gibson

★★★★★ 4.09 avg rating — 47 ratings — published 1991 — 2 editions

[ 4.09 ] 47 ratings | 30 reviews | 1 distinct work | find books in swap

## Quotes by Sylvia S. Gibson

No quotes have been added to this profile yet. Add one now.

Note: these are all the books on Goodreads for this author. To add more, perform a

goodreads

find books by title / author / isbn

home | my books | friends | groups



# Latawnya, the Naughty Horse, Learns to Say "No" to Drugs
by Sylvia S. Gibson

★★★★ 4.09 · rating details · 47 ratings · 30 reviews

hardcover
Published 1991 (first published May 1990)

ISBN       05330910
original title  Latawnya, the Naughty Horse, Learns to Say "No" to Drugs
url        http://www.amazon.com/Latawnya-Naughty-Horse-Learns-Drugs/dp/0533091020/ref=sr_1_1/102-1199983-3692143?ie=UTF8&s=books&qid=1178060644&sr=8-1

less detail

[buy a copy]   WorldCat · More...

add to my books

send reviews

recommend this book

None of your friends have reviewed this book yet.





Web  Images  Videos  Maps  News  Shopping  Gmail  more ▼                     Sign in

  **amazon.com/sylvia s gibson**        Search

About 44,000 results (0.07 seconds)                        Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

Enter location   Set

Show search tools

### Amazon:Books:Sylvia S. Gibson
Author Suzanne **Gibson** New & used from $334.26 2 Exercises for Human Biology ( Spiral-bound) Author **Sylvia S.** Mader Currently unavailable. ...
www.amazon.com/gp/aw/s?i...field...Sylvia%20S.%20Gibson - Cached

### Amazon.com: Customer Reviews: Latawnya, the Naughty Horse, Learns ...
I owe my child's life to **Sylvia S. Gibson**. God and the baby Jesus bless you ...
www.amazon.com/Latawnya-Naughty-Horse.../0533091020?...3 - Cached
Block all amazon.com results

### Amazon.com: The Kosher Cajun Cookbook (9780882896519): Mildred L ...
Mildred L. Covert (Author), **Sylvia Gibson** (Author) ... The late **Sylvia** P ...
www.amazon.com › ... › Special Diet › Kosher
Cached - Similar

### Amazon.com: Spicy True Stories, Investigators Lies, Slanders and ...
Latawnya The Naughty Horse Two by **Sylvia** Scott **Gibson** ... This fifty-two ...
www.amazon.com › ... › Nonfiction › True Accounts › Espionage - Cached

### Amazon.com: Customer Reviews: Latawnya, the Naughty Horse, Learns ...
On the surface, **Sylvia S. Gibson's** stirring account of equine tranche de vie ...
www.amazon.com/Latawnya-Naughty.../0533091020
Cached - Similar

### Amazon.com: Profile for Barry Charming
On the surface, **Sylvia S. Gibson's** stirring account of equine tranche de vie ...
www.amazon.com/gp/pdp/profile/A1HGVRFLCYOJXW
Cached

Show more results from amazon.com

### chris leavins: The Naughty Horse
May 31, 2007 ... sylvia scott gibson, the author, is black. ... Have you seen the reviews on **Amazon**: ... "By **Sylvia S. Gibson**" "mother horse, Sylvia..." ...
www.cutewithchris.com/2007/05/the_naughty_hor.html - Similar

Ads

**Amazon'com at An**
Buy **amazon'com** at Ar
Qualified orders over $:
amazon.com is rated
amazon.com

See your ad here »

### Sylvia Plath - Wikipedia, the free encyclopedia
The Fantasia about **Sylvia** Plath is more needed than the facts. .... Robert Lowell's poetry may have played a part in this shift as she cited Lowell's 1959 book Life ..... **Gibson** Square Books Ltd. p. 157. ISBN 1906142610. ^ Brain, Tracy . ...
en.wikipedia.org/wiki/Sylvia_Plath - Cached - Similar

### Amazon:Books:Sylvia S. Gibson
Author Suzanne **Gibson** Currently unavailable. 3 Exercises for Human Biology ( Spiral-bound) Author **Sylvia S.** Mader Currently unavailable. ...
www.amazon.com/gp/aw/s?i=stripbooks&field...Sylvia%20S.%20Gibson- Block all amazon.com results

### Sylvias Marriage - Upton Sinclair - Free Romantic Novels
Here you can read or download the book "**Sylvias** Marriage" author Upton Sinclair. ... Dr. Perrin offered me his hand; and Dr. **Gibson** said, with a smile, ...
www.freeromanticnovels.com/index.php?b=Sylvias_Marriage... - Cached

### Social register, New York - Google Books Result
Social Register Association (U.S.) - 1920 - Travel
.Brady Myers Marie L Mead Myers **Sylvia** Hicks Mygatt Jessie C. . ... .Metcalfe Nichols Helen S .Estabrook Nichols Jessie S . . .**Gibson** Nichols Julia D. . ...
books.google.com/books?id=ek5lAAAAYAAJ...

**Previous**  1 2 3 4 5 **6** 7 8 9 10 11 12 13 14 15  **Next**

Search Help    Give us feedback

Google Home    Advertising Programs    Business Solutions    Privacy    Ab

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr
Moreno Valley CA 92557
Phone 951-242-4518

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV 11-20ODW (DTB x) |
| v. | |
| Amazon.com & their third party Urban Dictionary & pacific Lutheran University | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __May 18,__ 20__11__, I served a true copy of __Requesting for amazon to remove the fraudulent name Sylvia S Gibson off all my books & products.__
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Moreno Valley Post Office__
Executed on __May 18,__ 20__11__ at __Riverside County__, California

Please check one of these boxes if service is made by mail:

- ☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
- ☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
- ☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Signature of Person Making Service_

### ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

*Signature*        *Party Served*

CV-40 (01/00)    PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE