FILED

Name: Sylvia Scott Gibson & James E Gibson

Address: 12341 Arenisca Verde Dr.

Moreno Valley, CA 92557

Phone: 951-242-4518

Fax: _____

In Pro Per

2011 MAY 19 AM 11: 02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

NO ORDER

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER: |
|---|---|
| Plaintiff | EDCV 11-21 ODW (DTBx) |
| v. | |
| Amazon.com & Their Third Party Urban Dictionary & Pacific Lutheran University | Requesting to file Third Amended Complaint |
| Defendant(s). | |

We are requesting to file a third amended Complaint because we found out that amazon.com has entered three of my books into the world of pornography. Two of my books are anti-drugs children books. My children books and none of my other books do not have anything to do with any pornography. The name of my books that amazon has entered into pornography are:

1. Latawnya The Naughty Horse Learns To Say No To Drugs 2. My new book Latawnya The Naughty Horse Two 3. Spicy True Stories, Investigators Lies, Slanders and Stocks. Amazon.com have my anti-drug children book Latawnya The Naughty Learns To Say No To Drugs involved in many doors of Pornography. This book has the birth names of my whole family inside of it and amazon is calling out all my children names in one of their review. My books do not have anything to do with pornography. I do not understand how anyone could take an innocent anti-drug children book and enter it into the pornography world.

Request to file Third Amended Complaint Page 1.

1. One of amazon.com greatest reviews states perform in barnyard horse pornography, and she being a horse herself, engaged in horse orgies with other white horses. One of amazon statements great reviews from amazon, they named all of my children names.

2. My name and books are blocked from the Library and some other places because amazon.com entered my name and anti-drug children book into pornography.

3. My children names are being called out around all kinds of dirty raw pornography.

4. I want amazon.com to restore my birth name and my children books and let the world know my family and I are not involved in their pornography and none of my books are about pornography and never have been.

5. WE WONT TO ADD ON ANOTHER DEFENDANT CONCERNING MY CHILDREN BOOKS IN THE EXTREME PORNOGRAPHY WORLD XXX, CALLING MY CHILDRENS NAMES OUT WHILE THE LADIES ARE DOING SEX ACTS.

6. There is more to come 100% proof amazon.com Latawnya pornography & others using my family names, my children books and my other book in pornography.

May 19, 2011

Sylvia Scott Gibson & James E Gibson

Request to file Third Amended Complaint - Page 2

Exhibit 1

Cease and Desist letter to amazon.com asking them to

take my children books and my other book out of pornography.

May 12, 2011
Sylvia Scott Gibson
& James E Gibson
12341 Arenisca Verde Dr.
Moreno Valley, CA 92557
Telephone 951-242-4518

RE: Cease And Desist letter
We are demanding that you take my two anti-drug children books and my other books you have in pornography, out of Pornography.

Amazon.com & Their Third Party:
410 Terry Ave North
Seattle, WA 98109 - 5210


To Amazon.com & Their Third Party:

　　We are demanding that you cease and desist from having two of my anti-drug children books involved in PORNOGRAPHY and our other books that you have involved in Pornography.

The Names of our books you have in pornography are:
1. Latawnya The Naughty Horse Learns To Say No To Drugs
2. Latawnya The Naughty Horse Two
　　Why did you put our new book Latawnya Two in pornography?
3. Spicy True Stories, Investigators Lies, Slanders and Stocks

I see that you have my anti-drug children book Latawnya The Naughty Horse Learns To Say No To Drugs opening up all kinds of Nasty pornography doors. Why are you treating my children books like that? Do you treat the other author children books like you are doing mines, involving them in pornography?

Sylvia Scott Gibson & James E. Gibson

*Sylvia Scott Gibson + James E. Gibson* （signatures）

Exhibit 2

Amazon.com Pornography

Latawnya The Naughty Horse Learns To Say No To Drugs

My birth name & books blocked from the Library & some other places.

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▾                    Sign in



amazon.com/latawnya the naughty ✕    Search

About 190 results (0.29 seconds)                                      Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

Enter location   [ Set ]

Show search tools

▸ **The most amazing book ever! Two! - The Something Awful Forums**
41 posts - 33 authors - Last post: May 4
I was expecting her to be in a **porn** with that drug dealing horse by the ... **Latawnya, the Naughty Horse, Learns to Say "No" to Drugs** (must ...
forums.somethingawful.com › Main › General Bullshit - Cached



**Latawnya the Naughty Horse Learns To Say No To Drugs - A dramatic ...**
Nov 16, 2010 ... **Latawnya the Naughty Horse Learns To Say No To Drugs** - A ... (**amazon.com**). submitted 1 year ago by shammalammadingdong to reddit.com ...
www.reddit.com/r/.../latawnya_the_naughty_horse_learns_to_say_no_to/

**Partying...horses? : Awful Library Books**
Jan 7, 2010 ... **Latawnya, the Naughty horse, learns to say "no" to drugs** ... $65 to $125 on **Amazon**, sell it and make a donation to the drug free horse alliance. ... Sonic Wall block that said "access denied due to **pornographic content**". ...
awfullibrarybooks.net/?p=2682 - Cached

**Amazon.com controversies - Wikipedia, the free encyclopedia**
Since its founding, the website **Amazon.com** has attracted criticism and ..... **Amazon** has the right to sell the book as it is not child **pornography** or legally ... of **Latawnya, the Naughty Horse, Learns to Say "No" to Drugs** sued **Amazon** for ...
en.wikipedia.org/wiki/**Amazon**.com_controversies - Cached - Similar

**Kids no drugs - Web Hosting Services by HostGoanna**
D.a.r.e. teaching kids to say no to cigarettes and drugs smart kids say no to drugs ... among foster kids—review of kids **amazon.com**: you can say no to drugs ( drug-free kids ... say no to behavior drugs for kids | insight on **Latawnya, the naughty horse, learns to say "no" to drugs** « pixie Fun no drugs Kids no drugs ...
hostgoanna.com/cirh/ni-kids-**no-drugs**.htm - Australia - Cached



Ads

**Amazon'com**
Buy **amazon'com**
Qualified orders (
amazon.com is re
amazon.com

See your ad here »

19. PatrickB January 7, 2010 4:19 pm

    I loved the commentary on wiki (unintentionally hilarious):

    "Hardly a best seller at the time of its release, within the past few months of 2007, the book has earned a cult following, mainly by online bloggers who find the book so poorly written, making it unintentionally hilarious. For example, there are various contradictions with the known nature of horses that would theoretically prevent them from being able to drink/smoke, namely their lack of hands."

    By the sounds of things you COULD sell it as suggested and donte the $$$. [Who knew?]

20. fromula January 7, 2010 4:34 pm

    laugh it up guys but if this keeps just one horse off meth it's worth it

21. silverrod January 7, 2010 5:10 pm

    This is hysterical! It just reminded me of one of the very few times I got stoned at lunch time (or really any time in my life) in junior high and came back to my English class, to be presented with an anti-drug movie that told us smoking pot inevitably led to heroin addiction. I could only sit with my head on the desk, giggling.

22. Barbara January 7, 2010 5:14 pm

    Maybe this will help stop the epidemic of all those horses dying from drinking and smoking too much. I do wonder how they can drink since that would be pretty hard to light up and open bottles of beer with their hooves.

23. songbirdcindi January 7, 2010 5:17 pm

    A friend of mine posted a link to this book on Facebook a few months ago. When I read it, it was obvious to me that it had been self-published. I've got to give the author credit for getting it into libraries!

24. Shaynie January 7, 2010 5:43 pm

    My library has a Sonic Wall block against Internet access to specific categories. When I clicked on the "about the author" link above, I got a Sonic Wall block that said "access denied due to pornographic content". Wow! "Sylvia, the Naughty Author"?

25. Kat January 7, 2010 6:05 pm

    It's making me want to smoke drugs and drink.

26. ColoradoDan January 7, 2010 6:17 pm

    Damn, I was beat to THAT punch line.

27. animalauthor January 7, 2010 6:43 pm

Web   Images   Videos   Maps   News   Shopping   Gmail   more ▼         Web History | Search settings | Sign in

   amazon.com/latawnya the naughty hc   Search

Page 2 of about 21,700 results (0.40 seconds)         Advanced search

**Everything**

Images

Videos

News

Shopping

More

**Search near...**

Enter location   Set

Show search tools

**Amazon'com at Amazon.com - Buy amazon'com at Amazon**
Qualified orders over $25 ship free
amazon.com is rated        (6,685 reviews)
amazon.com

quixoticals: July 2007
George Putnam seems to know a lot about **porn**. If, as this film purports, ..... **Amazon**.com: Reviews for **Latawnya, the Naughty Horse**, Learns to Say "No" to ...
www.quixoticals.com/2007_07_01_archive.html - Cached

quixoticals: March 2007
A Toilet in the **Amazon** Jungle ..... Japanese Woman Lives as a Hamster · 60s Era Anti-**Pornography** Propaganda Film · Most Hilarious Protest Sign ... I'm Sorry Folks, I Broke the Internet · Customer Reviews of **Latawnya, the Naughty Horse** ...
www.quixoticals.com/2007_03_01_archive.html - Cached



The Legend of Rah and the Muggles » Conjugal Felicity
Meanwhile, The Legend of Rah and the Muggles holds an **Amazon** rating of 1 ½ stars out ..... You are gazing into the pixels of child **pornography**. ..... **Latawnya the Naughty Horse** Two · Spicy True Stories, Investigators Lies, Slanders and ...
conjugalfelicity.com/rah-and-the-muggles/ - Cached
Block all conjugalfelicity.com results

Exactly What It Says on the Tin - Television Tropes & Idioms
The Japanese **porn** "Lolita Confinement Lesbian" was Exactly What It Says on the Tin; ..... **Latawnya The Naughty Horse** Learns To Say No To Drugs is indeed about a wayward ..... SPANC: Space Pirate **Amazon** Ninja Catgirl. Terra Primate. ...
tvtropes.org/pmwiki/pmwiki.../ExactlyWhatItSaysOnTheTin - Cached - Similar

plime.com : entertainment : popular links
Man Catches On Fire in a **Porn** Shop. A man watching a video, was engulfed in flames and ran out of a San Francisco **porn** shop. picked by suebe 3 weeks ago ...
entertainment.plime.com/ - Cached

*porn opening up 38158xes web pages*

### CIUCIU Cukier Artist :: Topic: Buy Prednisone
Aug 23, 2010 ... free voyeur webcams spy cams - home video voyeur **porn** free tranny shemale movies : free tranny shemale movies ... youtube **two** drunk chicks cooking: youtube **two** drunk chicks cooking ...... **latawnya naughty horse**: boys having sex with horses ...... m xico voyeur **amazon** - free voyeur photo gallery ...
www.ciuciu.pl/forum/printview.php?t=35&start=0&sid...

### The Atlantic - Think. Again. » Is Porn Adultery?
Friday April 1, 2011, **horse** racing betting. The following time I read a ...... Monday February 14, 2011, **Latanya** Wobser. Thanks for another informative web ...... Maybe he did you need, mark said **naughty** teachers carmella he acted like ...... **Amazon** News! **Amazon** expose **two** au courant exciting Kindle popular titles ...
thinkagainblog.theatlantic.com/2008/is-porn-adultery/ - Similar

### January 2010 | hublines.com
another fine mess – Patterson, **Amazon**, and the commodification of reading ... There are really **two** stories here: one aggressively business-minded author has ...... ballardian: "**Porn** more more valuable than politicians" ... **porn** joins a long list, then... ...... **Latawnya, the Naughty horse**, learns to say "no" to drugs ...
hublines.com/archive/201001 - Cached

### Bellas Lullaby Sheet Music Great Sandy Desert Plants [الأرشيف ...
2010 Results ... **Two** fundamental errors resulted in St.â€‰Louis goals as the Blues defeated the ..... **Amazon** is online retail's 800 pound gorilla, but even so, ...... A **horse**! My kingdom for a **horse**!" cries Richard III during the Battle of .... In **the Naughty**-Boy School of Government, it is required for the boys to ...
www.alkharaitiyat.net/archive/index.php/t-18911.html - Cached

### Amazon.com controversies Vip zone only
**Amazon** at one time carried **two** cockfighting magazines and **two** dog ... argued that **Amazon** has the right to sell the book as it is not child **pornography** or ... In August 2010, the author of **Latawnya, the Naughty Horse**, Learns to Say "No" ...
www.myvip.net16.net/?title=Amazon.com_controversies - Cached

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr
Moreno Valley CA 92557

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV-11-21 ODW (DTBx) |
| v. | |
| Amazon.com & Their Third Party Urban Dictionary & Pacific Lutheran University | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside_____, State of California, and not a party to the above-entitled cause. On May 20,_____, 20 11_____, I served a true copy of Requesting to file Third Amended Complaint - Amazon.com children book pornography_____
by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: Moreno Valley Post Office
Executed on May 20,_____, 20 11_____ at Riverside County_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____     _____
Signature                                             Party Served

CV-40 (01/00)        PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE