Nada M. Alnajafi (Bar No. 267621)
George B. Tihin (Bar No. 259629)
PIVOTAL IP, PC
301 Arizona Ave, Suite 250
Santa Monica, CA 90401
Telephone: (310)437-8665
nalnajafi@pivotalip.com

Attorneys for Defendant
Urban Dictionary LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMAZON.COM, AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>　　　　Defendants. | Case No. EDCV11-00021 ODW-DTB<br><br>**URBAN DICTIONARY'S ANSWER TO SECOND AMENDED COMPLAINT**<br><br>**REQUEST FOR JURY TRIAL**<br><br>Judge: Hon. Otis D. Wright II |

Defendant Urban Dictionary LLC, ("Urban Dictionary") answers Plaintiffs' Second Amended Complaint as follows:

## JURISDICTION

1. Urban Dictionary does not contest subject matter jurisdiction.

URBAN DICTIONARY'S ANSWER
TO SECOND AMENDED COMPLAINT

2. Urban Dictonary does not contest subject matter jurisdiction, but denies the remaining allegations of Paragraph 2 for lack of knowledge or information sufficient to form a belief as to their truth.

## VENUE

3. Urban Dictonary does not contest venue, but denies the allegation that it engaged in unlawful conduct. Urban Dictonary denies the remaining allegations of Paragraph 3 for lack of knowledge or information sufficient to form a belief as to their truth.

## PARTIES

4. Urban Dictonary denies the allegations of Paragraph 4 for lack of knowledge or information sufficient to form a belief as to their truth.

5. Urban Dictonary denies the allegations of Paragraph 5 for lack of knowledge or information sufficient to form a belief as to their truth.

6. Urban Dictonary denies the allegations of Paragraph 6. Urban Dictonary is located at 548 Market St. #82617, San Francisco, CA 94104-5401. Urban Dictonary's registered agent is Incorporating Services, Ltd., located at 3500 South Dupont Highway, Dover, DE 19901.

7. Urban Dictonary denies the allegations of Paragraph 7 for lack of knowledge or information sufficient to form a belief as to their truth.

//

URBAN DICTONARY'S ANSWER
TO SECOND AMENDED COMPLAINT

### CLAIM ONE

8. Urban Dictionary denies the allegations of Paragraph 8 for lack of knowledge or information sufficient to form a belief as to their truth.

### CLAIM TWO

9. Urban Dictionary denies that it has taken the text from Plaintiffs' book and placed the text on different items. To the extent that there is any additional wrongdoing alleged in Paragraph 9, Urban Dictionary denies it. Urban Dictionary denies the remaining allegations of Paragraph 9 for lack of knowledge or information sufficient to form a belief as to their truth.

### CLAIM THREE

10. Urban Dictionary denies the allegations of Paragraph 10 for lack of knowledge or information sufficient to form a belief as to their truth.

### PRAYER FOR RELIEF

Urban Dictionary denies that Plaintiffs are entitled to any of the items set forth in their Prayer for Relief from Urban Dictionary.

### AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff James E. Gibson lacks standing.

2. Plaintiffs' claims against Urban Dictionary fail to state a claim upon which relief can be granted.

3. Plaintiff's Second Amended Complaint and each and every cause of action fails to allege facts sufficient to constitute a cause of action against Urban Dictionary.

4. All of Plaintiff's alleged damages, if they exist, were not caused by Urban Dictionary, but by the acts or omissions of others, including Plaintiffs. Therefore, Plaintiffs are not entitled to recover from Urban Dictionary for any cause of action stated in the Second Amended Complaint.

5. Urban Dictionary is protected from liability pursuant to the terms of the Digital Millennium Copyright Act. 17 U.S.C. § 512.

6. Plaintiffs' claims are moot.

7. Plaintiffs' claims are barred by the doctrine of unclean hands.

8. Urban Dictionary reserves the right to assert additional affirmative defenses as provided for in the Federal Rules of Civil Procedure.

//

//

//

//

//

//

-4-

URBAN DICTIONARY'S ANSWER
TO SECOND AMENDED COMPLAINT

# **PRAYER FOR RELIEF**

WHEREFORE, Urban Dictionary respectfully requests entry of judgment in its favor and prays that this Court:

(1) Dismiss Plaintiffs' Second Amended Complaint with prejudice;

(2) Deny any and all relief sought by Plaintiff;

(3) Award Urban Dictionary its costs, including a reasonable attorney fees; and

(4) Award Urban Dictionary such other and further relief as this Court may deem just and proper.

DATED this 25th day of May, 2011.

                                        PIVOTAL IP, PC

                                        By: /s/ Nada M. Alnajafi
                                              Nada M. Alnajafi

                                        Attorneys for Defendant
                                        Urban Dictionary, LLC

URBAN DICTONARY'S ANSWER
TO SECOND AMENDED COMPLAINT

## REQUEST FOR A JURY TRIAL

Urban Dictionary LLC requests a jury trial in this action.

Dated: May 25, 2011      PIVOTAL IP, PC


By: /s/ Nada M. Alnajafi
Nada M. Alnajafi

Attorneys for Defendant
Urban Dictionary, LLC