ALLAN E. ANDERSON (SBN 133672)
TIMOTHY L. SKELTON (SBN 200432)
ROPERS, MAJESKI, KOHN & BENTLEY
515 South Flower Street, Suite 1100
Los Angeles, CA 90071-2213
Telephone: (213) 312-2000
Facsimile: (213) 312-2001
Email: aanderson@rmkb.com
tskelton@rmkb.com

Attorneys for Defendant
AMAZON.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No. EDCV 11-21 ODW (DTBx)<br><br>NOTICE OF LODGING OF [PROPOSED] ORDER<br><br>RE: AMAZON.COM'S MOTION TO STRIKE PLAINTIFFS' "REQUESTING TO FILE THIRD AMENDED COMPLAINT" (ECF # 63);<br><br>Judge: Hon. Otis D. Wright II |

Amazon.com hereby lodges a proposed order for its Motion to Strike Plaintiffs' "Request to File Third Amended Complaint" filed on May 24, 2011 at 11:55 a.m. Docket #64.

Dated: May 26, 2011

ROPERS, MAJESKI, KOHN & BENTLEY

By:*/s/ Timothy L. Skelton*
ALLAN E. ANDERSON
TIMOTHY L. SKELTON
Attorneys for Defendant
AMAZON.COM