1  ALLAN E. ANDERSON (SBN 133672)
   TIMOTHY L. SKELTON (SBN 200432)
2  KOLLIN ZIMMERMANN (SBN 273092)
   ROPERS, MAJESKI, KOHN & BENTLEY
3  515 South Flower Street, Suite 1100
   Los Angeles, CA  90071-2213
4  Telephone:    (213) 312-2000
   Facsimile:    (213) 312-2001
5  Email:        aanderson@rmkb.com
   tskelton@rmkb.com
6  kzimmermann@rmkb.com

7  Attorneys for Defendant
   AMAZON.COM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No.  EDCV11-00021 ODW-DTB<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:       Hon. Otis D. Wright, II |

**METHOD OF SERVICE**

☒ First Class Mail ☐ Facsimile ☐ Messenger Service

☐ Overnight Delivery ☐ E-Mail/Electronic Delivery

1. At the time of service I was over 18 years of age and not a party to this action and a Citizen of the United States.

2. My business address is 515 South Flower Street, Suite 1100, Los Angeles, CA 90071-2213.

3. On May 26, 2011 I served the following documents:

**NOTICE OF LODGING OF [PROPOSED] ORDER**

**RE: AMAZON.COM'S MOTION TO STRIKE PLAINTIFFS' "REQUESTING TO FILE THIRD AMENDED COMPLAINT" (ECF # 63);**

4. I served the documents on the interested parties in this action as follows:

James E Gibson
Sylvia Scott Gibson
12341 Arenisca Verde Dr
Moreno Valley, CA 92557

Sylvia Scott Gibson
12341 Arenisca Verde Dr
Moreno Valley, CA 92557

5. I served the documents by the following means:

   5. ☒ By United States mail: I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses specified in item 4 and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

   6. ☐ By overnight delivery: I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

   7. ☐ By messenger: I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a messenger for service.

   8. ☐ By fax transmission: Based on an agreement between the parties and in conformance with Fed. Rules Civ. Proc. rule 5, and/or as a courtesy, I faxed the documents to the persons at the fax numbers listed in item 4.

   9. ☐ **ECF** Electronically, this document was transmitted by the Internet from our office.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I certify under penalty of perjury that the foregoing is true and correct.

Date: May 26, 2011

Cassia Oliveira
Type Name                                                        Signature