```
 1  Nada M. Alnajafi (Bar No. 267621)
 2  George B. Tihin (Bar No. 259629)
    PIVOTAL IP, PC
 3  301 Arizona Ave, Suite 250
    Santa Monica, CA 90401
 4  Telephone:  (310)437-8665
 5  nalnajafi@pivotalip.com

 6  Attorneys for Defendant
    Urban Dictionary LLC
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No. EDCV11-00021 ODW-DTB<br><br>**NOTICE OF ERRATE RE ELECTRONIC FILING**<br><br>Judge: Hon. Otis D. Wright II |

Defendant, Urban Dictionary, LLC ("Urban Dictionary"), hereby gives its Notice of Errata re Electronic Filing as follows:

1. May 25, 2011 Docket entry No. 68 entitled "First Application for attorney Eric S. Meltzer to Appear Pro Hac Vice (PHV Fee of $275 receipt number 0973-8704176 paid.) filed by defendant Urban Dictionary" was filed in

URBAN DICTIONARY'S ANSWER
TO SECOND AMENDED COMPLAINT

1 | error as the application was to be filed in another case for the defendant, Urban Dictionary; and

2. Urban Dictionary will file the application in the correct case.

Dated: May 26, 2011           PIVOTAL IP, PC


By: /s/ Nada M. Alnajafi
Nada M. Alnajafi

Attorneys for Defendant
Urban Dictionary, LLC

-2-