NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Nada M. Alnajafi (Bar No. 267621)
PIVOTAL IP, PC
301 Arizona Ave, Suite 250
Santa Monica, CA 90401

ATTORNEYS FOR: URBAN DICTIONARY LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| SYLVIA SCOTT GIBSON; and JAMES E. GIBSON | CASE NUMBER: |
|---|---|
| Plaintiff(s), | EDCV11-00021-0DW-DTB |
| v. | |
| AMAZON.COM, AND THEIR THIRD PARTIES; URBAN DICTIONARY AND WIKEPEDIA FREE ENCYCLOPEDIA | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for URBAN DICTIONARY, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| URBAN DICTIONARY, LLC | Defendant |

5/26/2011
Date

Sign

Nada M. Alnajafi, Esq.
Attorney of record for or party appearing in pro per

CV-30 (04/10)                                    NOTICE OF INTERESTED PARTIES