Nada M. Alnajafi (Bar No. 267621)
George B. Tihin (Bar No. 259629)
PIVOTAL IP, PC
301 Arizona Ave, Suite 250
Santa Monica, CA 90401
Telephone: (310)437-8665
nalnajafi@pivotalip.com

Attorneys for Defendant
Urban Dictionary LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, AND THEIR THIRD PARTIES URBAN DICTIONARY AND WIKIPEDIA FREE ENCYCLOPEDIA,<br><br>Defendants. | Case No. EDCV11-00021 ODW-DTB<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE

I am a citizen of the United States over the age of eighteen years and not a party to or interested in the within entitled cause. I am an employee of Pivotal IP, PC and my business address is: 301 Arizona Ave, Suite 250, Santa Monica, CA 90401. I am readily familiar with the business practice for collection and processing correspondence. On May 26, 2011, I caused to be served the following document(s):

**URBAN DICTIONARY, LLC'S ANSWER TO SECOND AMENDED COMPLAINT**

[✓] **Mail:** by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid, addressed as set forth below.

James E Gibson
12341 Arenisca Verde Dr
Moreno Valley, CA 92557

Sylvia Scott Gibson
12341 Arenisca Verde Dr
Moreno Valley, CA 92557

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. EXECUTED on **May 26, 2011**, at Santa Monica, California.

Nada M. Alnajafi

-2-
PROOF OF SERVICE