# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson et al.,<br><br>Plaintiff(s)<br>v.<br><br>Amazon.com,<br><br>Defendant(s). | CASE NUMBER:<br><br>ED CV 11-00021-ODW(DTBx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |
|---|---|

The Court, having reviewed proof of payment of the applicable fee and accompanying Application

of  **Eric Meltzer**  , of  **Imua Legal Advisors**
*Applicant's Name*                     *Firm Name / Address*

**206-903-8182**                        *Eric@imualaw.com*
*Telephone Number*                      *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of  ☐ Plaintiff   X- Defendant

☐ Intervener or other interested person _____

and the designation of  **Nada Alnajafi**
*Local Counsel Designee /State Bar Number*

of  **Pivotal IP, PC**
*Local Counsel Firm / Address*

310-437-8665                           Nalnajafi@pivotalip.com
*Telephone Number*                      *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

  X  DENIED.  Fee shall be returned by the Clerk.

cc: Fiscal

Dated    May 31, 2011                   _____
                                         U. S. District Judge