# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 11-0021 ODW (DTBx) | Date | May 26, 2011 |
| Title | *Sylvia Scott Gibson, et al. v. Amazon.com, et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Sheila English | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s): Attorneys Present for Defendant(s):

Not Present                                  Not Present

**Proceedings (In Chambers):** **Order Denying Without Prejudice Plaintiffs' Request for Amazon to Remove Fraudulent Name [62]; Granting Request to File Third Amended Complaint [63]; Denying Amazon.com's Motion to Strike Plaintiffs' Request [64] and finding Moot Amazon's Motion for Summary Judgment [47].**

Plaintiffs' Request for Amazon to Remove Fraudulent Name is premature and therefore DENIED WITHOUT PREJUDICE. [62] Plaintiffs' request to File Third Amended Complaint is GRANTED [63] and Amazon.com's Motion to strike Plaintiffs' request is DENIED. [64] Lastly, Amazon.com's motion for summary judgment is MOOT. [47]

**SO ORDERED**

---- : 00

Initials of Preparer    SE