NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Sylvia Scott Gibson & James E Gibson
12341 Arenisca Verde Dr.
Moreno Valley CA 92557
phone 951-242-4518



FILED
CLERK, U.S. DISTRICT COURT
JUN 2 2 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Sylvia Scott Gibson & James E Gibson | CASE NUMBER |
|---|---|
| PLAINTIFF(S), | EDCV 11-21 ODW (DTBx) |
| v. | |
| Amazon.com Lawyer Mr. Skeleton | PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of __Riverside__, State of California, and not a party to the above-entitled cause. On __June 15,__ , 20__11__, I served a true copy of __Third Amended Complaint to Amazon.com Lawyer__ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: __Moreno Valley Post Office__
Executed on __June 20,__ , 20__11__ at __Riverside County__, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

*Sylvia Gibson*
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                    Party Served

CV-40 (01/00)          PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE