UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **EDCV 11-0021-ODW (DTBx)**                    Date: **June 24, 2011**

Title: **Sylvia Scott Gibson and James E. Gibson v. Amazon.com and Their Third Parties Urban Dictionary and Wikipedia Free Encyclopedia**

**DOCKET ENTRY**

PRESENT:

**HON. DAVID T. BRISTOW, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
          None present                                                      None present

**PROCEEDINGS:  (IN CHAMBERS)**

   The Court is in receipt of defendant Amazaon.com's Motions to Compel ("Motions") filed June 21, 2011.  Due to the Court's unavailability on July 28, 2011, the Motions are continued to August 4, 2011, at 10:00 a.m. in Courtroom 4 of the United States District Court, Eastern Division, Riverside Courthouse, in Riverside, California.  In accordance with Local Rule 37-2.3, the Court hereby orders the parties to file supplemental briefing on or before July 21, 2011 (14 days prior to the hearing date).

MINUTES FORM 11                                                      Initials of Deputy Clerk  dts
CIVIL-GEN