UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-00021-ODW(DTBx) | Date | August 17, 2011 |
|---|---|---|---|
| Title | Sylvia Scott Gibson et al v. Amazon.com | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | None present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:**   **Order Vacating Hearings on** MOTION for Summary Judgment **[103]**; MOTION for Summary Judgment **[104]**; MOTION for Summary Judgment **[109]**

The hearing on the above-referenced motion's, scheduled for August 22, 2011 is hereby VACATED. The matter stands submitted.  An order will issue.

:   00

Initials of Preparer   se