UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 13 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON, <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> AMAZON.COM, and their third party Urban Dictionary & Wikipedia Free Encyclopedia; et al., <br><br> Defendants - Appellees. | No. 11-57116 <br><br> D.C. No. 5:11-cv-00021-ODW-DTB <br> U.S. District Court for Central California, Riverside <br><br> **MANDATE** |



RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 1 3 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

The judgment of this Court, entered January 11, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk

FILED

JAN 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON, | Nos. 11-57116<br>11-57206 |
| Plaintiffs - Appellants,<br>v. | D.C. No. 5:11-cv-00021-ODW<br>Central District of California, Riverside |
| AMAZON.COM, and their third party Urban Dictionary & Wikipedia Free Encyclopedia; et al., | ORDER |
| Defendants - Appellees. | |

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in these appeals are not final or appealable. See Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); see also *Bird v. Reese*, 875 F.2d 256 (9th Cir. 1989) (order) (order denying a motion for default judgment is not a final appealable order). Consequently, these appeals are dismissed for lack of jurisdiction.

MF/Pro Se

To the extent appellant requests reconsideration of this court's November 15, 2011 order dismissing appeal number 11-56726 for lack of jurisdiction, the request is denied.

**DISMISSED.**