UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
┌─────────────────────────┐
│         FILED           │
│                         │
│      FEB 13 2012         │
│                         │
│  MOLLY C. DWYER, CLERK   │
│   U.S. COURT OF APPEALS  │
└─────────────────────────┘
```

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>       Plaintiffs - Appellants,<br><br>v.<br><br>AMAZON.COM, and their third party Urban Dictionary & Wikipedia Free Encyclopedia; et al.,<br><br>       Defendants - Appellees. | No. 11-57206<br><br>D.C. No. 5:11-cv-00021-ODW-DTB<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

```
┌───────────────────────────────┐
│         RECEIVED              │
│  CLERK, U.S. DISTRICT COURT    │
│                               │
│        FEB 1 3 2012            │
│                               │
│  CENTRAL DISTRICT OF CALIFORNIA│
│  BY                    DEPUTY  │
└───────────────────────────────┘
```

The judgment of this Court, entered January 11, 2012, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 11 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SYLVIA SCOTT GIBSON and JAMES E. GIBSON,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>AMAZON.COM, and their third party Urban Dictionary & Wikipedia Free Encyclopedia; et al.,<br><br>Defendants - Appellees. | Nos. 11-57116<br>11-57206<br><br>D.C. No. 5:11-cv-00021-ODW<br>Central District of California, Riverside<br><br><br>ORDER |

Before: CANBY, SILVERMAN, and PAEZ, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over

this appeal because the orders challenged in these appeals are not final or

appealable. *See* Fed. R. Civ. P. 54(b); *Chacon v. Babcock*, 640 F.2d 221, 222 (9th

Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties

or judgment is entered in compliance with rule); *see also Bird v. Reese*, 875 F.2d

256 (9th Cir. 1989) (order) (order denying a motion for default judgment is not a

final appealable order). Consequently, these appeals are dismissed for lack of

jurisdiction.

MF/Pro Se

To the extent appellant requests reconsideration of this court's November

15, 2011 order dismissing appeal number 11-56726 for lack of jurisdiction, the

request is denied.

**DISMISSED.**